**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARLES VALLEY MINERALS INC., *et al.*,[1] | ) | Case No. 26-10966 (BLS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JUNE 15, 2026 AT 11:00 A.M. (ET)**

> **This proceeding will be conducted remotely via Zoom.  Please refer to Judge Shannon's Chambers Procedures (https://www.deb.uscourts.gov/judge-brendan-l-shannon) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Shannon's expectations of remote participants, and the advance registration requirements.  Registration is required no later than one hour prior to the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**I.      EMERGENCY HEARING ON STAY MODIFICATION MOTION**

1.      *MOTION OF DEBTORS FOR ORDER AUTHORIZING PROSECUTION OF STATE COURT ACTION AND MODIFYING AUTOMATIC STAY TO ALLOW STATE COURT ACTION TO CONTINUE* (Filed: 6/15/2026) [**Docket No. 14**]

Status: This matter is going forward.

You may find copies of the above referenced documents free-of-charge at https://cases.stretto.com/SVM.  You can direct your questions regarding the above referenced documents or any other matter to the Debtors' dedicated case information line, **855.296.3324** (Toll-Free) and **626.746.1263** (International).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Mineral Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

4935-9259-4101.1 78006.00001

Dated: June 15, 2026
        Wilmington, Delaware

*/s/ Laura Davis Jones*
**PACHULSKI STANG ZIEHL &
JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: 302-652-4100
ljones@pszjlaw.com
joneill@pszjlaw.com
ecorma@pszjlaw.com

*Proposed Co-Counsel to Debtors
and Debtors in Possession*

**SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP**
Joseph O. Larkin (I.D. No. 4883)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Joseph.Larkin@skadden.com

- and -

James J. Mazza, Jr. (*pro hac vice* pending)
Mike Jones (*pro hac vice* pending)
320 S. Canal Street
Chicago, Illinois 60606
Telephone: (312) 407-0700
James.Mazza@skadden.com
Mike.Jones@skadden.com

- and -

Jennifer Madden (*pro hac vice* pending)
525 University Ave
Palo Alto, California 94301
Telephone: (650) 470-4500
Jennifer.Madden@skadden.com

- and -

Destiny N. Almogue (*pro hac vice* pending)
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Destiny.Almogue@skadden.com

*Proposed Co-Counsel to Debtors and
Debtors in Possession*

4935-9259-4101.1 78006.00001

2