**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEARLES VALLEY MINERALS INC., *et al.*,[1] | ) | Case No. 26-10966 (BLS) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |
|  | ) | **Related Docket No. 14** |

**ORDER AUTHORIZING DEBTORS TO PROSECUTE STATE COURT
ACTION AND MODIFYING THE AUTOMATIC STAY TO
ALLOW STATE COURT ACTION TO CONTINUE**

Upon the motion (the "**Motion**")[2] of the Debtors for an order (this "**Order**") (a) authorizing, but not directing, the Debtors to proceed with certain state court litigation currently pending in the Superior Court of the State of California to determine the rights to water in the Indian Wells Valley Basin, County of Orange, Civil Complex Center captioned *Mojave Pistachios, LLC v. Indian Wells Valley Water District*, Case No. 30-2021-01187275-CU-OR-CJC (the "**Prepetition State Court Litigation**"), and (b) modifying the automatic stay to the extent required to allow parties thereto to raise claims, counterclaims and other responses in the Prepetition State Court Litigation; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b)(1) and 1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A).  The location of Searles Valley Mineral Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

28 U.S.C. § 157(b)(2)(A), that this Court may decided by a final order consistent with Article III of the United States Constitution; and this Court having found that venue of these Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion's request for the relief granted herein having been given under the circumstances; and it appearing that no other or further notice is necessary for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest, including after taking into account the Bankruptcy Code's priority scheme; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby;

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The Motion is GRANTED on an interim basis as set forth herein.

2.      Relief from the automatic stay is granted to all parties to the Prepetition State Court Litigation to raise and prosecute claims, counterclaims and other responses in the Prepetition State Court Litigation.

3.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: June 15th, 2026**
**Wilmington, Delaware**

4899-3218-9107.4 78006.00001                    2