## EXHIBIT 1

## BUDGET

4919-2555-3333.2 78006.00001

| SVM DIP Budget (US$ in '000s) | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | Wk 1 Forecast 6/19 | Wk 2 Forecast 6/26 | Wk 3 Forecast 7/3 | Wk 4 Forecast 7/10 | Wk 5 Forecast 7/17 | Wk 6 Forecast 7/24 | Wk 7 Forecast 7/31 | Wk 8 Forecast 8/7 | Wk 9 Forecast 8/14 | Wk 10 Forecast 8/21 | Wk 11 Forecast 8/28 | Wk 12 Forecast 9/4 | Wk 13 Forecast 9/11 | 13 Wk Case Period Total |
| 1.  **Receipts** | | | | | | | | | | | | | | |
| 2.  Total Receipts | $ 4,040 | $ 4,045 | $ 3,461 | $ 3,175 | $ 3,776 | $ 3,633 | $ 3,883 | $ 2,868 | $ 4,826 | $ 3,668 | $ 3,668 | $ 3,668 | $ 3,668 | $ 48,379 |
| 3.  **Disbursements** | | | | | | | | | | | | | | |
| 4.  Payroll, Wages, & Benefits | (643) | (48) | (1,348) | (48) | (1,304) | (808) | (1,483) | (48) | (1,304) | (808) | (1,304) | (48) | (2,054) | (11,253) |
| 5.  Raw Materials | (984) | (1,242) | (1,559) | (1,242) | (1,559) | (1,242) | (1,310) | (994) | (1,310) | (994) | (1,310) | (1,242) | (1,559) | (16,546) |
| 6.  Freight | (1,089) | (1,089) | (1,089) | (1,089) | (1,089) | (1,089) | (871) | (871) | (871) | (871) | (871) | (1,089) | (1,089) | (13,070) |
| 7.  Other Operating Disbursements | (1,171) | (2,337) | (2,249) | (1,575) | (1,911) | (1,402) | (1,634) | (880) | (2,893) | (361) | (2,288) | (1,353) | (1,712) | (21,766) |
| 8.  Restructuring Related Disbursements | (3,909) | (1,733) | (2,081) | (1,609) | (1,514) | (1,364) | (1,489) | (606) | (669) | (756) | (731) | (751) | (7,666) | (24,879) |
| 9.  Total  Disbursements | $ (7,795) | $ (6,450) | $ (8,326) | $ (5,564) | $ (7,377) | $ (5,906) | $ (6,788) | $ (3,399) | $ (7,048) | $ (3,791) | $ (6,505) | $ (4,484) | $ (14,080) | $ (87,513) |
| 10.  **Total Net Cash Flow** | **$ (3,756)** | **$ (2,406)** | **$ (4,865)** | **$ (2,389)** | **$ (3,601)** | **$ (2,273)** | **$ (2,905)** | **$ (531)** | **$ (2,222)** | **$ (122)** | **$ (2,836)** | **$ (816)** | **$ (10,411)** | **$ (39,134)** |
| 11.  **Cash Roll-Forward** | | | | | | | | | | | | | | |
| 12.  Beginning of Period Book Cash Balance | 1,194 | 11,104 | 8,360 | 3,681 | 1,612 | 10,914 | 8,672 | 5,574 | 5,763 | 2,341 | 2,219 | 12,383 | 11,567 | 1,194 |
| 13.  Net Cash Flow | (3,756) | (2,406) | (4,865) | (2,389) | (3,601) | (2,273) | (2,905) | (531) | (2,222) | (122) | (2,836) | (816) | (10,411) | (39,134) |
| 14.  Soda Ash Advance | 7,000 | - | - | - | 13,000 | - | - | - | - | - | - | - | - | 20,000 |
| 15.  Net Change in RFP Balance | (334) | (339) | 187 | 319 | (97) | 32 | (193) | 720 | (1,200) | - | - | - | (126) | (1,031) |
| 16.  DIP Drawdown | 7,000 | - | - | - | - | - | - | - | - | - | 13,000 | - | - | 20,000 |
| 17.  **Ending Book Cash Balance** | **$ 11,104** | **$ 8,360** | **$ 3,681** | **$ 1,612** | **$ 10,914** | **$ 8,672** | **$ 5,574** | **$ 5,763** | **$ 2,341** | **$ 2,219** | **$ 12,383** | **$ 11,567** | **$ 1,029** | **$ 1,029** |