**EXHIBIT 3**

**LIEN AND CLAIM PRIORITIES**

| Priority | Liens on Prepetition Collateral | Liens on Unencumbered Collateral | Super-Priority Administrative Expense Claims |
|---|---|---|---|
| **First** | Permitted Prior Liens (excluding Prepetition Liens) | Carve Out | Carve Out |
| **Second** | Carve Out | DIP Liens | Receivables Facility Superpriority Claims |
| **Third** | Replacement Liens | Sponsor Guarantee Liens | Prepetition Superpriority Claims |
| **Fourth** | Prepetition Liens[3] | Replacement Liens | DIP Superpriority Claims -and- Sponsor Guarantee Superpriority Claims |
| **Fifth** | DIP Liens | Receivables Facility Liens[4] | Supplier Superpriority Claims[5] |
| **Sixth** | Sponsor Guarantee Liens[6] | N/A | N/A |

[3] The Receivables Facility Liens shall be first-priority liens, not subject to the Carve Out (but subject to other Permitted Prior Liens, if any), with respect to all pre-petition Receivables funded by Advances and all Related Rights (each as defined in the Prepetition Receivables Purchase Agreement).

[4] The Receivables Facility Liens shall be first-priority liens, not subject to the Carve Out, with respect to all post-petition Receivables funded by Advances and all Related Rights (each as defined in the Prepetition Receivables Purchase Agreement).

[5] "Supplier Superpriority Claims" means the "Superpriority Claims" granted to the Supplier under that certain *Interim Order Authorizing the Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder* entered contemporaneously herewith.

[6] "Sponsor Guarantee Liens" means the liens granted to Nirma Ltd. pursuant to that certain *Interim Order Authorizing the Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder* entered contemporaneously herewith.

4919-2555-3333.2 78006.00001