**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEARLES VALLEY MINERALS INC., *et al.*,[1] | ) | Case No. 26-10966 (BLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | Related Docket No(s). |

**NOTICE OF APPLICATION**

PLEASE TAKE NOTICE that on June 24, 2026, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Application of the Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Skadden, Arps, Slate, Meagher & Flom LLP as Counsel to the Debtors Effective as of the Petition Date and (II) Granting Related Relief* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that in accordance with Rule 9006-1 of the Local Bankruptcy Rules for the District of Delaware, any objections to the relief requested in the Application must be (i) made in writing and (ii) filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served so as to be received on or before **4:00 p.m. (prevailing Eastern Time) on July 8, 2026** (the "**Objection Deadline**"). Objections, if any, shall be served on: (a) Searles Valley Minerals Inc. 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210 (Attn: Dennis Cruise, President (cruise@svminerals.com)); (b) proposed co-counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 320 S. Canal Street, Chicago, Illinois 60606 (Attn: James J. Mazza, Jr., Esq. (james.mazza@skadden.com) and (Attn: Jennifer Madden, Esq. (jennifer.madden@skadden.com)) and 2000 Avenue of the Stars, Suite 200N, Los Angeles, California 90067 (Attn: Destiny N. Almogue, Esq. (destiny.almogue@skadden.com)); (c) proposed co-counsel for the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899 (Courier 19801) (Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com), James E. O'Neill, Esq. (joneill@pszjlaw.com), and Edward A. Corma, Esq. (ecorma@pszjlaw.com)); (d) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Jane Leamy, Esq. (jane.m.leamy@usdoj.gov)) ; (e) counsel to the Prepetition Secured Lender (Attn: William Hao,

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A).  The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

Esq. (william.hao@alston.com)); (f) counsel to the DIP Lender (Attn: David Fournier, Esq. (david.fournier@troutman.com)); and (g) counsel to any statutory committee appointed in the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** THAT THE HEARING ON THE APPLICATION (THE "**HEARING**") IS SCHEDULED FOR **JULY 15 AT 1:30 P.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, AT THE COURT, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THEN THE RELIEF REQUESTED IN THE APPLICATION MAY BE GRANTED WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: Wilmington, Delaware
       June 24, 2026

*/s/ Laura Davis Jones*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| Laura Davis Jones (DE Bar No. 2436) | Joseph O. Larkin (I.D. No. 4883) |
| James E. O'Neill (DE Bar No. 4042) | One Rodney Square |
| Edward A. Corma (DE Bar No. 6718) | 920 N. King Street |
| 919 North Market Street, 17th Floor | Wilmington, Delaware 19801 |
| P.O. Box 8705 | Telephone: (302) 651-3000 |
| Wilmington, Delaware 19899-8705 | Joseph.Larkin@skadden.com |
| (Courier 19801) | |
| Telephone: 302-652-4100 | - and - |
| ljones@pszjlaw.com | |
| joneill@pszjlaw.com | James J. Mazza, Jr.(admitted *pro hac vice*) |
| ecorma@pszjlaw.com | Jennifer Madden (admitted *pro hac vice*) |
| | 320 S. Canal Street |
| *Proposed Co-Counsel to Debtors and Debtors in Possession* | Chicago, Illinois 60606 |
| | Telephone: (312) 407-0700 |
| | James.Mazza@skadden.com |
| | Jennifer.Madden@skadden.com |
| | |
| | - and - |
| | |
| | Destiny N. Almogue (admitted *pro hac vice*) |
| | 2000 Avenue of the Stars, Suite 200N |
| | Los Angeles, California 90067 |
| | Telephone: (213) 687-5000 |
| | Destiny.Almogue@skadden.com |
| | |
| | *Proposed Co-Counsel to Debtors and Debtors in Possession* |