# UNITED STATES BANKRUPTCY COURT
## District of Delaware
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

Stephen L Grant
*Clerk of Court*

**To: Laura Davis Jones**
**Pachulski, Stang, Ziehl & Jones LLP**
**919 North Market St., 17th Floor**
**Wilmington, DE 19801**

**RE:** *Searles Valley Minerals Inc.*
*Case No. 26−10966*

Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **July 23, 2026** at **12:00 p.m. ET** , J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Stephen L Grant, Clerk of Court, for approval prior to mailing.

Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before July 2, 2026 and file the Notice and Certificate of Service with the Court no later than July 9, 2026.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 6/22/26

Stephen L Grant, *Clerk of Court*

(VAN−472)

United States Bankruptcy Court

District of Delaware

| | |
|---|---|
| In re: | Case No. 26-10966-BLS |
| Searles Valley Minerals Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 22, 2026 | Form ID: van472 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Searles Valley Minerals Inc., 9401 Indian Creek Parkway, Suite 1000, Overland Park, KS 66210-2091 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexis R. Gambale | on behalf of Interested Party HSBC Bank USA  National Association agambale@pashmanstein.com, lsalcedo@pashmanstein.com |
| Curtis S. Miller | on behalf of Interested Party TATA Chemicals North America  Inc. csmefiling@mnat.com, curtis-miller-4921@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com |
| David J. Kozlowski | on behalf of Creditor Chemtron Supply  LLC d/b/a CRB Water dkozlowski@morrisoncohen.com, autodocket@morrisoncohen.com |
| Edward A. Corma | on behalf of Debtor Searles Valley Minerals Inc. ecorma@pszjlaw.com |
| Eleonora P. Khazanova | on behalf of Debtor Searles Valley Minerals Inc. ekhazanova@dresslerpeters.com |

District/off: 0311-1 | User: admin | Page 2 of 2
Date Rcvd: Jun 22, 2026 | Form ID: van472 | Total Noticed: 1

Frederick Brian Rosner
on behalf of Interested Party Process Equipment  Inc. rosner@teamrosner.com,
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Gregory A. Taylor
on behalf of Creditor Union Pacific Railroad Company gtaylor@ashbygeddes.com
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

James J. Mazza, Jr
on behalf of Debtor Searles Valley Minerals Inc. james.mazza@skadden.com  james-mazza-0606@ecf.pacerpro.com

Jane M. Leamy
on behalf of U.S. Trustee U.S. Trustee jane.m.leamy@usdoj.gov

John W. Weiss
on behalf of Interested Party HSBC Bank USA  National Association jweiss@pashmanstein.com

Laura Davis Jones
on behalf of Debtor Trona Railway Company LLC ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor Searles Valley Minerals Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor Searles Domestic Water Company LLC ljones@pszjlaw.com  efile1@pszjlaw.com

Luke Brzozowski
on behalf of Interested Party TATA Chemicals North America  Inc. lbrzozowski@morrisnichols.com,
luke-brzozowski-2846@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morris
nichols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew J. Ochs
on behalf of Interested Party TATA Chemicals North America  Inc. mjochs@hollandhart.com, mlforkell@hollandhart.com

Michael Schein
on behalf of Creditor CIT Equipment Financing  LLC mschein@vedderprice.com,
ecfnydocket@vedderprice.com;Docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Michael Schein
on behalf of Creditor First-Citizens Bank & Trust Company mschein@vedderprice.com
ecfnydocket@vedderprice.com;Docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Reliable Companies
gmatthews@reliable-co.com

Samuel C. Wisotzkey
on behalf of Creditor Nalco Company LLC swisotzkey@kmksc.com  kmksc@kmksc.com

U.S. Trustee
USTPRegion03.WL.ECF@USDOJ.GOV

William Hao
on behalf of Interested Party HSBC Bank USA  National Association william.hao@alston.com,
gerard.catalanello@alston.com;andrew.frisoli@alston.com

TOTAL: 21