**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>SEARLES VALLEY MINERALS INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10966 (BLS)<br><br>Re: Docket Nos. 12, 15<br><br>**Hearing Date: July 7, 2026, 10:00 a.m. (EST)**<br>**Objection Date: June 30, 2026, 4:00 p.m. (EST)** |

**SISECAM CHEMICAL RESOURCES LLC'S LIMITED OBJECTION AND RESERVATION OF RIGHTS REGARDING (A) MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTORS TO ASSUME SODA ASH SUPPLY AND LIQUIDITY AGREEMENT AND OBTAIN UNSECURED FINANCING THEREUNDER; AND (B) MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN JUNIOR POSTPETITION FINANCING; (II) AUTHORIZING DEBTORS TO USE CASH COLLATERAL; (III) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED LENDER; (IV) MODIFYING THE AUTOMATIC STAY; AND (V) SCHEDULING FINAL HEARING AND (VI) GRANTING RELATED RELIEF**

Sisecam Chemical Resources LLC ("Sisecam") hereby files this limited objection and reservation of rights (the "Objection and Reservation of Rights") regarding the *Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder* [Docket No. 12] and the *Motion of Debtors For Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue To Access Financing Under Its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection To the Prepetition Secured Lender; (III) Modifying The Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief*) [Docket No. 15] (together, the "DIP Motions").  Sisecam states as follows:

1.      Sisecam and Debtor Searles Valley Minerals, Inc. ("SVM") are parties to a Swap Agreement (the "Swap Agreement") that governed transactions in 2025 and 2026.  Under the Swap

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

4884-3979-7035\1

Agreement, Sisecam and SVM agreed to, among other things, terms for Sisecam to supply SVM with technical grade refined soda ash meeting certain specifications and terms for SVM to supply Sisecam with dense grade refined soda ash meeting certain specifications.  The Swap Agreement required the parties to endeavor to swap equal quantities of products.  The parties could invoice one another for "swap imbalances" existing at the end of the term of the Swap Agreement.

2.	On January 25, 2025, by request of SVM, Sisecam delivered to SVM 6,622.57 metric tons of technical grade refined soda ash in accordance with the Swap Agreement (the "Sisecam Soda Ash").

3.	Throughout 2025 and into 2026, SVM communicated to Sisecam that the Sisecam Soda Ash had been set aside, and that the Sisecam Soda Ash would be returned to Sisecam. However, notwithstanding efforts by Sisecam to retrieve the Sisecam Soda Ash, SVM did not release the Sisecam Soda Ash to Sisecam.  As of the date of this filing, Sisecam is unaware of whether the Sisecam Soda Ash remains within the Debtors' physical possession.

4.	Having been unable to retrieve the Sisecam Soda Ash, on May 29, 2026, Sisecam delivered to SVM notice of termination of the Swap Agreement and an invoice for $1,624,582.65 on account of the Sisecam Soda Ash.  The Swap Agreement provides that undisputed invoiced payments are due in full in net thirty (30) days from receipt of an invoice.  The Debtors commenced these chapter 11 proceedings on June 15, 2026, before the expiration of the 30-day period. SVM has neither disputed, nor paid any of the invoiced amount.

5.	Sisecam objects to each of the Motions to the extent that they seek to grant Nirma Limited and the DIP Lender liens on or security interests in the Sisecam Soda Ash and the Sisecam Soda Ash is not property of SVM's bankruptcy estate.

6.	Sisecam respectfully requests that any orders granting the Motions on a final basis provide that the Sisecam Soda Ash is excluded from DIP Collateral unless and until it is agreed between Sisecam and the Debtors or determined by order of this Court that the Sisecam Soda Ash is within the Debtors' physical possession and is property of SVM's bankruptcy estate.

7.	Sisecam reserves its rights to supplement this Objection and Reservation of Rights and to seek relief from the Court in connection with its rights to the Sisecam Soda Ash.

4884-3979-7035\1

3

Dated:  June 30, 2026

/s/  *Alessandra Glorioso*
Alessandra Glorioso (DE Bar No. 5757)
DORSEY & WHITNEY (DELAWARE) LLP
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 261-7419
E-mail:  glorioso.alessandra@dorsey.com

*Counsel to Sisecam Chemical Resources LLC*

3

4884-3979-7035\1