**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARLES VALLEY MINERALS INC., *et al.*,[1] | ) | Case No. 26-10966 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 7, 2026 AT 10:00 A.M. EASTERN TIME**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Shannon's Chambers Procedures (https://www.deb.uscourts.gov/judge-brendan-l-shannon) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Shannon's expectations of remote participants, and the advance registration requirements. Registration is required no later than one hour prior to the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**CONTINUED MATTERS**

1. **Supply Agreement Motion** – Motion Of Debtors For Entry Of Interim And Final Orders Authorizing The Debtors To Assume Soda Ash Supply And Liquidity Agreement And Obtain Unsecured Financing Thereunder [Filed: 6/15/26] (Docket No. 12)

   Response Deadline: June 30, 2026 at 4:00 p.m. Eastern Time [Extended for the Committee until July 9, 2026 at 4:00 p.m. Eastern Time].

   Responses Received:

   a) Sisecam Chemical Resources LLC Limited Objection and Reservation of Rights Regarding (A) Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder and the (B) Motion of Debtors For Entry of Interim and Final Orders (I)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue To Access Financing Under Its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection To the Prepetition Secured Lender; (III) Modifying The Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief [Filed 6/30/26] (Docket No. 110)

Related Documents:

a)  Declaration Of Adrian Frankum In Support Of Motion Of Debtors For Entry Of Interim And Final Orders Authorizing The Debtors To Assume Soda Ash Supply And Liquidity Agreement And Obtain Unsecured Financing Thereunder [Filed: 6/15/26] (**Docket No. 12-5**).

b)  Debtors' Motion For Entry Of An Order Authorizing The Filing Of Certain Information Under Seal In Connection With Debtors' Motion For Entry Of An Order Authorizing The Debtors To Assume Soda Ash Supply And Liquidity Agreement And Obtain Financing Thereunder [Filed: 6/15/26] (**Docket No. 13**)

c)  [Signed] Interim Order Authorizing The Debtors To Assume Soda Ash Supply And Liquidity Agreement And Obtain Unsecured Financing Thereunder [Filed: 6/16/26] (Docket No. 50https://ecf.deb.uscourts.gov/doc1/042023039946)

d)  Notice of Final Hearing on Motion of Debtors for Entry of Interim and Final Orders Authorizing The Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder [Filed: 6/17/26] (Docket No. 73)

Status:  This matter will be continued to July 15, 2026 at 1:30 p.m. (E.T.).  The Limited Objection and Reservation of Rights filed by Sisecam Chemical Resources LLC has been resolved with agreed upon language being added to the order.

2.  **DIP and Cash Collateral Motion** – Motion Of Debtors For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Obtain Junior Postpetition Financing; (II) Authorizing Debtors To Use Cash Collateral; (III) Granting Adequate Protection To Prepetition Secured Lender; (Iv) Modifying The Automatic Stay; And (V) Scheduling Final Hearing And (VI) Granting Related Relief [Filed: 6/15/26] (Docket No. 15)

Response Deadline:  June 30, 2026 at 4:00 p.m. Eastern Time[Extended for the Committee until July 9, 2026 at 4:00 p.m. Eastern Time].

Responses Received:

a) Sisecam Chemical Resources LLC Limited Objection and Reservation of Rights Regarding (A) Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder and the (B) Motion of Debtors For Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue To Access Financing Under Its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection To the Prepetition Secured Lender; (III) Modifying The Automatic

Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief [Filed 6/30/26] (Docket No. 110)

Related Documents:

a)  Declaration Of Adrian Frankum In Support Of Motion Of Debtors For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Obtain Junior Postpetition Financing; (II) Authorizing Debtors To Use Cash Collateral; (III) Granting Adequate Protection To Prepetition Secured Lender; (IV) Modifying The Automatic Stay; (V) Scheduling Final Hearing And (VI) Granting Related Relief [Filed: 6/15/26] (**Docket No. 15-4**)

b)  Declaration Of Christian Tempke In Support Of Motion Of Debtors For Entry Of Interim And Final Orders (I) Authorizing The Debtors To (A) Obtain Postpetition Financing; (B) Continue Access Financing Under Its Receivables Facility; And (C) Utilize Cash Collateral; (II) Granting Adequate Protection To The Prepetition Secured Lender; (III) Modifying The Automatic Stay; (IV) Scheduling Final Hearing And (V) Granting Related Relief [Filed: 6/15/26] (**Docket No. 15-5**).

c)  [Signed] Interim Order Authorizing The Debtors To (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection To The Prepetition Secured Lender; (III) Modifying The Automatic Stay; (IV) Scheduling Final Hearing And (V) Granting Related Relief [Filed: 6/16/26] (Docket No. 59https://ecf.deb.uscourts.gov/doc1/042023039946)

d)  Notice of Final Hearing on Motion of Debtors For Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue to Access Financing Under Its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Lender; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief [Filed: 6/17/26] (Docket No. 75)

Status:  This matter will be continued to July 15, 2026 at 1:30 p.m. (E.T.). The Limited Objection and Reservation of Rights filed by Sisecam Chemical Resources LLC has been resolved with agreed upon language being added to the order.

## MATTERS GOING FORWARD

3.  **Employee Wage and Benefits-**Motion Of Debtors For Entry Of Interim And Final Orders (I) Authorizing Debtors To (A) Pay Certain Prepetition Employee Obligations And (B) Continue Employee Benefits Programs And (II) Granting Related Relief [Filed: 6/15/26] (Docket No. 6).

Response Deadline:  June 30, 2026 at 4:00 p.m. Eastern Time [Extended for the Committee until July 3, 2026 at 4:00 p.m. Eastern Time].

Responses Received:  None as of the date hereof.

Related Documents:

a)  [Signed] Interim Order Authorizing Debtors To (A) Pay Certain Prepetition Employee Obligations And (B) Continue Employee Benefits Programs And (II) Granting Related Relief [Filed: 6/16/26] (Docket No. 54).

b)  Notice of Final Hearing on Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Certain Prepetition Employee Obligations and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Filed: 6/17/26] (Docket No. 66).

Status:  This matter will go forward.  The Debtors are in dialogue with the Committee on this matter and will provide an update to the Court prior to the hearing.

4.  **Cash Management** – Motion Of Debtors For Entry Of Interim And Final Orders (I) Authorizing Debtors To (A) Continue Operating Their Cash Management System, (B) Honor Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue To Perform Intercompany Transactions; (II) Granting Administrative Expense Status To Postpetition Intercompany Transactions; And (III) Granting Related Relief [Filed: 6/15/26] (Docket No. 7)

Response Deadline:  June 30, 2026 at 4:00 p.m. Eastern Time [Extended for the Committee until July 3, 2026 at 4:00 p.m. Eastern Time].

Responses Received:

a) Informal comments from the United States Trustee.

Related Documents:

a)  [Signed] Interim Order Authorizing Debtors To (A) Continue Operating Their Cash Management System, (B) Honor Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue To Perform Intercompany Transactions; (II) Granting Administrative Expense Status To Postpetition Intercompany Transactions; And (III) Granting Related Relief  [Filed: 6/16/26] (Docket No. 55).

b)  Notice of Final Hearing on Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Operating Their Cash Management System, (B) Honor Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Transactions; and (III) Granting Related Relief [Filed: 6/17/26] (Docket No. 70).

Status:  This matter will go forward.  The Debtors are in dialogue with the Committee on this matter and will provide an update to the Court prior to the hearing.  The informal comments received  from United States Trustee will be incorporated into a revised form of order.

5.      **Insurance Motion** – Motion Of Debtors For Entry Of Interim And Final Orders (I) Authorizing Debtors To (A) Maintain Existing Insurance Policies And Pay All Insurance Obligations Arising Thereunder And (B) Renew, Revise, Extend, Supplement, Change, And Enter Into New Insurance Policies; And (II) Granting Related Relief [Filed: 6/15/26] (Docket No. 8).

Response Deadline:  June 30, 2026 at 4:00 p.m. Eastern Time [Extended for the Committee until July 3, 2026 at 4:00 p.m. Eastern Time].

Responses Received:

a) Informal comments received from XL Specialty Insurance Company and XL Insurance America, Inc.

Related Documents:

a)   [Signed] Interim Order (I) Authorizing Debtors To (A) Maintain Existing Insurance Policies And Pay All Insurance Obligations Arising Thereunder And (B) Renew, Revise, Extend, Supplement, Change, And Enter Into New Insurance Policies; And (II) Granting Related Relief [Filed: 6/16/26] (Docket No. 46).

b)   Notice of Final Hearing on Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder and (B) Renew, Revise, Extend, Supplement, Change, and Enter Into New Insurance Policies; and (II) Granting Related Relief [Filed: 6/17/26] (Docket No. 69).

Status:  This matter will go forward.  The Debtors are in dialogue with the Committee on this matter and will provide an update to the Court prior to the hearing. The informal comments received from XL Specialty Insurance Company and XL Insurance America, Inc. will be incorporated into a revised form of order.

6.      **Taxes** – Motion Of Debtors For Entry Of Interim And Final Orders (I) Authorizing Debtors To Pay Certain Prepetition Taxes And Assessments; And (II) Granting Related Relief [Filed: 6/15/26] (Docket No. 9).

Response Deadline:  June 30, 2026 at 4:00 p.m. Eastern Time [Extended for the Committee until July 3, 2026 at 4:00 p.m. Eastern Time].

Responses Received:  None as of the date hereof.

Related Documents:

a)   [Signed] Interim Order (I) Authorizing Debtors To Pay Certain Prepetition Taxes And Assessments; And (II) Granting Related Relief [Filed: 6/16/26] (Docket No. 47).

b) Notice of Final Hearing on Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Assessments; and (II) Granting Related Relief [Filed: 6/17/26] (Docket No. 68).

Status:  This matter will go forward. The Debtors are in dialogue with the Committee on this matter and will provide an update to the Court prior to the hearing.

7.  **Utilities –** Motion Of Debtors For Entry Of Interim And Final Orders (I) Approving Debtors' Proposed Form Of Adequate Assurance Of Payment; (II) Establishing Procedures For Resolving Objections By Utility Companies; (III) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Service; And (Iv) Granting Related Relief [Filed: 6/15/26] (Docket No. 10)

Response Deadline:  June 30, 2026 at 4:00 p.m. Eastern Time [Extended for the Committee until July 3, 2026 at 4:00 p.m. Eastern Time].

Responses Received:

a)  Objection of Constellation NewEnergy Gas Division, LLC and Southern California Edison Company to the Motion of Debtors for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief [Filed 6/23/26] (Docket No. 90)

b)  Informal comments received from objector.

Related Documents:

a) [Signed] Interim Order (I) Approving Debtors' Proposed Form Of Adequate Assurance Of Payment; (II) Establishing Procedures For Resolving Objections By Utility Companies; (III) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Service; And (Iv) Granting Related Relief [Filed: 6/16/26] (Docket No. 48).

b) Notice of Final Hearing on Motion of Debtors for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief [Filed: 6/17/26] (Docket No. 71).

Status:  This matter will go forward.  The Debtors are in dialogue with the Committee on this matter and will provide an update to the Court prior to the hearing.  The informal comments received from objector will be incorporated into a revised form of order.

8.  **Critical Vendors** – Motion Of Debtors For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Pay Certain Prepetition Claims Of Critical Vendors And (II) Granting Related Relief [Filed: 6/15/26] (Docket No. 11).

DE:4910-9082-6425.1 78006.00001                                6

Response Deadline:  June 30, 2026 at 4:00 p.m. Eastern Time [Extended for the Committee until July 3, 2026 at 4:00 p.m. Eastern Time].

Responses Received:  None as of the date hereof.

Related Documents:

a) [Signed] Interim Order Authorizing The Debtors To Pay Certain Prepetition Claims Of Critical Vendors And (II) Granting Related Relief [Filed: 6/16/26] (Docket No. 49).

b) Notice of Final Hearing on Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Filed: 6/17/26] (Docket No. 72).

Status:  This matter will go forward.  The Debtors are in dialogue with the Committee on this matter and will provide an update to the Court prior to the hearing.

9. **Stay Modification Motion-**Motion Of Debtors For Order Authorizing Prosecution Of State Court Action And Modifying Automatic Stay To Allow State Court Action To Continue [Filed: 6/15/26] (Docket No. 14**)**

Response Deadline:  June 30, 2026 at 4:00 p.m. Eastern Time [Extended for the Committee until July 3, 2026 at 4:00 p.m. Eastern Time].

Responses Received:  None as of the date hereof.

Related Documents:

a)[Signed] Order Authorizing Debtors To Prosecute State Court Action And Modifying The Automatic Stay To Allow State Court Action To Continue [Filed 6/15/26] (Docket No. 22)

b)Notice of Final Hearing on Motion of Debtors for Order Authorizing Prosecution of State Court Action and Modifying Automatic Stay to Allow State Court Action to Continue [Filed 6/17/26] (Docket No. 76)

Status:  This matter will go forward. The Debtors are in dialogue with the Committee on this matter and will provide an update to the Court prior to the hearing.

10. **Sale Motion** – Motion Of Debtors For Entry Of Orders (I) Approving Bidding Procedures For The Sale Of Certain Or All Of The Debtors' Assets; (B) Authorizing The Debtors To Designate One Or More Stalking Horse Bidders And To Provide Bid Protections; (C) Approving Assumption And Assignment Procedures; (D) Scheduling A Hearing To Consider Any Proposed Sale; And (II) (A) Approving The Sale Of The Debtors' Assets Free And Clear Of All Liens, Claims, Encumbrances, And Other Interests, (B) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (C) Granting Related Relief [Filed: 6/15/26] (Docket No. 18).

Response Deadline:  June 30, 2026 at 4:00 p.m. Eastern Time [Extended until July 1, 2026 at 4:00 p.m. Eastern Time for the United States Trustee and for the Committee until July 3, 2026 at 4:00 p.m. Eastern Time].

Responses Received:

a) Informal comments received from United States Trustee.

Related Documents:

a)  Notice of Hearing on Motion of Debtors for Entry of Orders (I) Approving Bidding Procedures for the Sale of Certain or All of the Debtors' Assets; (B) Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections; (C) Approving Assumption and Assignment Procedures; (D) Scheduling a Hearing to Consider any Proposed Sale; and (II) (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Filed: 6/17/26] (Docket No. 77).

b)  Notice of Filing of Proposed Form of Purchase Agreement [Filed 6/27/26] (Docket No. 108)

Status:  This matter is going forward.  The Debtors are in dialogue with the Committee on this matter and will provide an update to the Court prior to the hearing.  The informal comments received  from United States Trustee will be incorporated into a revised form of order.

11.     **Rejection Motion** – Omnibus Motion Of Debtors For Entry Of An Order (I) Authorizing The Debtors To (A) Reject Certain Unexpired Railcar Leases Nunc Pro Tunc To The Petition Date And (B) Abandon Certain Property And (II) Granting Related Relief [Filed: 6/15/26] (Docket No. 19).

Response Deadline:  June 30, 2026 at 4:00 p.m. Eastern Time [Extended for the Committee until July 3, 2026 at 4:00 p.m. Eastern Time].

Responses Received:

a) Objection of Abergin Rail 2023-1, LLC to the Motion of Debtors For Entry Of An Order (I) Authorizing The Debtors To (A) Reject Certain Unexpired Railcar Leases Nunc Pro Tunc To The Petition Date And (B) Abandon Certain Property And (II) Granting Related Relief [Filed 6/30/26] (Docket No. 111)

b) Informal comments received from certain objectors.

c) Reply [TBD]

Related Documents:

a) Notice of Hearing on Omnibus Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Rail Car Leases nunc pro tunc to the Petition Date and (B) Abandon Certain Property and (II) Granting Related Relief [Filed: 6/17/26] (Docket No. 78)

Status:  This matter is going forward.  The Debtors are in dialogue with the Committee on this matter and will provide an update to the Court prior to the hearing.  The informal comments received  from certain objectors will be incorporated into a revised form of order.

Dated:  July 2, 2026
Wilmington, Delaware

*/s/ James E. O'Neill*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| Laura Davis Jones (DE Bar No. 2436) | Joseph O. Larkin (I.D. No. 4883) |
| James E. O'Neill (DE Bar No. 4042) | One Rodney Square |
| Edward A. Corma (DE Bar No. 6718) | 920 N. King Street |
| 919 North Market Street, 17th Floor | Wilmington, Delaware 19801 |
| P.O. Box 8705 | Telephone: (302) 651-3000 |
| Wilmington, Delaware 19899-8705 (Courier 19801) | Joseph.Larkin@skadden.com |
| Telephone: (302) 652-4100 |  and - |
| ljones@pszjlaw.com | James J. Mazza, Jr. (admitted *pro hac vice*) |
| joneill@pszjlaw.com | Jennifer Madden (admitted *pro hac vice*) |
| ecorma@pszjlaw.com | 320 S. Canal Street |
| *Proposed Co-Counsel to Debtors and* | Chicago, Illinois 60606 |
| *Debtors in Possession* | Telephone: (312) 407-0700 |
| | James.Mazza@skadden.com |
| | Jennifer.Madden@skadden.com |
| | - and - |
| | Destiny N. Almogue (admitted *pro hac vice*) |
| | 2000 Avenue of the Stars, Suite 200N |
| | Los Angeles, California 90067 |
| | Telephone: (213) 687-5000 |
| | Destiny.Almogue@skadden.com |
| | |
| | *Proposed Co-Counsel to Debtors and* |
| | *Debtors in Possession* |