## **EXHIBIT 2**

**Sale Notice**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARLES VALLEY MINERALS INC., *et al.*,[1] | ) | Case No. 26-10966 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## NOTICE OF AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On June 15, 2026 (the "**Petition Date**"), Searles Valley Minerals Inc. and certain of its subsidiaries, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), each filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

2.      On June 15, 2026, the Debtors filed a motion [Docket No. 18] (the "**Motion**")[2] seeking, among other things, (a) entry of an order (the "**Bidding Procedures Order**") approving the bidding procedures (the "**Bidding Procedures**") for the sale or disposition of certain or all of the Debtors' assets (the "**Assets**") in one or more sale transactions pursuant to Bankruptcy Code section 363 (each, a "**Sale Transaction**" and collectively, the "**Sale**"); (b) establishing procedures for the Debtors to designate a stalking horse bidder (the "**Stalking Horse Bidder**") and to enter into a stalking horse agreement (a "**Stalking Horse Agreement**") containing bid protections; (c) establishing certain dates and deadlines for the Sale process, including scheduling (i) an auction of the Assets (the "**Auction**"), if any, in accordance with the Bidding Procedures, and (ii) the hearing with respect to the approval of the Sale of the Assets free and clear of all liens, claims and encumbrances (the "**Sale Hearing**"); (d) approving procedures for the assumption and assignment of certain executory contracts and unexpired leases (the "**Assumption Procedures**"); and (iv) approving the form and manner of notice of the Sale.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A).  The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion or the Bidding Procedures, as applicable.

3. Any property sold pursuant to the Bidding Procedures shall be sold free and clear of all claims, liens, interests, and encumbrances of any kind or nature whatsoever (other than the Assumed Liabilities and the Permitted Encumbrances) to the fullest extent permitted by section 363(f) of the Bankruptcy Code.

4. On July 7, 2026, the Bankruptcy Court entered the Bidding Procedures Order [Docket No. __].  The Bidding Procedures provide the following:

(a) **Auction**.  If two or more Qualified Bids with respect to all or a subgrouping of the Assets are received by the Bid Deadline, the Debtors will conduct an auction (the "**Auction**") (including any Sub-Auction(s)) to determine the highest or otherwise best Qualified Bid with respect to such Assets.  The Auction will begin on **August 13, 2026 at 10:00 a.m. prevailing Eastern Time** at the offices of counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, 395 9th Ave., New York, New York 10001, or such other place (which may be virtual) and time as the Debtors shall notify all Qualified Bidders that have submitted Qualified Bids (including any Stalking Horse Bidder), the DIP Lender, the Prepetition Secured Lender, the Committee, and each of their counsel.  Only the Debtors, the DIP Lender, the Prepetition Secured Lender, the Committee, and any Qualified Bidder that has submitted a Qualified Bid (including any Stalking Horse Bidder) by no later than **August 6, 2026 at 11:59 p.m. prevailing Eastern Time** (the "**Bid Deadline**"), in each case, along with their representatives and counsel, or such other parties as the Debtors shall determine shall attend the Auction and only such Qualified Bidders (including any Stalking Horse Bidder) will be entitled to make any further Bids at the Auction.  Any Qualified Bidder that wishes to take part in this process and submit a bid for the Debtors' assets must submit their competing bid prior to the Bid Deadline and in accordance with the Bidding Procedures.  If two or more Qualified Bids are not received by the Bid Deadline, the Debtors may determine not to conduct the Auction.  If only one Qualified Bid is received by the Final Bid Deadline, the Debtors may select the Modified Purchase Agreement or Stalking Horse Agreement, as applicable, of such Qualified Bidder to be the Successful Bid and such Qualified Bidder shall be the Successful Bidder.

(b) **Sale Hearing**.  The Sale Hearing is presently scheduled to take place on **August 26, 2026, at 1:30 p.m., prevailing Eastern Time**, at the Bankruptcy Court.  At the Sale Hearing, the Debtors will present the Successful Bid or Successful Bids to the Bankruptcy Court for approval.  The Sale Hearing may be adjourned by the Debtors and Successful Bidder, from time to time, upon the filing of a notice of adjournment on Bankruptcy Court's docket of the date scheduled for the Sale Hearing.

(c) **Objection Deadline**.  Objections, if any, to the Sale of the Assets to a Successful Bidder or Successful Bidders must be made by **August 18, 2026, at 4:00 p.m., prevailing Eastern Time** (the "**Sale Objection Deadline**").  All objections must: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state with particularity the

legal and factual basis for the objection and the specific grounds therefor; and (d) be filed with the Court no later than the Sale Objection Deadline, and be served on (i) proposed counsel to the Debtors, (ii) counsel to the Successful Bidder or Successful Bidders, (iii) counsel to the DIP Lender, (iv) counsel to the Prepetition Secured Lender, and (v) counsel to the Committee. ***Unless an objection is timely served and filed in accordance with this notice, it may not be considered by the Bankruptcy Court and the Bankruptcy Court may grant the relief requested without further hearing and notice.***

5.      The key dates for the Transaction process are as follows:

| Date/Time | Event |
| --- | --- |
| **July 7, 2026** at 11:59 p.m. EDT | Mailing Date for Sale Notice |
| **July 10, 2026** at 11:59 p.m. EDT | Assumption and Assignment Service Deadline |
| **July 10, 2026** at 11:59 p.m. EDT | Non-Binding LOI Deadline |
| **August 6, 2026** at 11:59 p.m. EDT | Bid Deadline (due date for Bids and Good Faith Deposits) |
| **August 13, 2026** at 10:00 a.m. EDT | Auction |
| **August 17, 2026** at 11:59 p.m. EDT | Deadline to enter into and file Successful Bidder Purchase Agreement with Successful Bidder (the "**Transaction Approval Filing**") |
| **August 18, 2026** at 4:00 p.m. EDT | Sale Objection Deadline |
| **August 19, 2026** at 11:59 p.m. EDT | Deadline to respond to objections to the Sale of the Assets to Successful Bidder or Successful Bidders |
| **August 26, 2026** at 1:30 p.m. EDT | Sale Hearing |

6.      This notice (the "**Sale Notice**") and the Sale Hearing are subject to the fuller terms and conditions of the Motion and the Bidding Procedures Order, which shall control in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety.  Parties interested in receiving more information regarding the sale of certain or all of the Debtors' Assets or copies of any related document, including the Motion or the Bidding Procedures Order, may make a written request to counsel for the Debtors, (a) Skadden, Arps, Slate, Meagher & Flom LLP, 320 S. Canal Street, Chicago, Illinois 60606 (Attn: James J. Mazza, Jr., Esq. (james.mazza@skadden.com) and Jennifer Madden, Esq. (jennifer.madden@skadden.com)), 2000 Avenue of the Stars, Suite 200N, Los Angeles,

California 90067 (Attn: Destiny N. Almogue, Esq. (destiny.almogue@skadden.com)), One Manhattan West, 395 9th Ave., New York, New York 10001 (Attn: Dohyun Kim, Esq. (dohyun.kim@skadden.com)), and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899 (Courier 19801) (Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com), James E. O'Neill (joneill@pszjlaw.com), and Edward A. Corma, Esq. (ecorma@pszjlaw.com)).  In addition, copies of the Motion, the Bidding Procedures Order and this Notice can be found (a) at https://cases.stretto.com/SVM; and (b) through PACER on the Court's website, https://ecf.deb.uscourts.gov (registration required), and are on file with the Clerk of the Bankruptcy Court, 824 Market St. N., Wilmington, Delaware 19801.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated:  Wilmington, Delaware
       June 15, 2026

/s/ DRAFT

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |

**PACHULSKI STANG ZIEHL
& JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: 302-652-4100
ljones@pszjlaw.com
joneill@pszjlaw.com
ecorma@pszjlaw.com

*Proposed Co-Counsel to Debtors and
Debtors in Possession*

**SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP**
Joseph O. Larkin (I.D. No. 4883)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Joseph.Larkin@skadden.com

- and -

James J. Mazza, Jr. (admitted *pro hac vice* )
Jennifer Madden (admitted *pro hac vice* )
320 S. Canal Street
Chicago, Illinois 60606
Telephone: (312) 407-0700
James.Mazza@skadden.com
Jennifer.Madden@skadden.com

- and -

Destiny N. Almogue (admitted *pro hac vice*)
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Destiny.Almogue@skadden.com

*Proposed Co-Counsel to Debtors and
Debtors in Possession*