# EXHIBIT A

## Proposed Schedule of Contracts Subject to Assumption and Assignment and Proposed Cure Amounts

**Case No.: 26-10966**
**In re: Searles Valley Minerals Inc.**
**Debtors - Proposed Schedule of Contracts Subject to Assumption and Assignment and Proposed Cure Amounts**
***Subject to Material Change***

| Contract ID | Case No. | Debtor | Counterparty Name | Description | Cure Amount |
|---|---|---|---|---|---|
| 1 | 26-10966 | Searles Valley Minerals Inc. | Aera Energy LLC | Chemicals - Salt (Bulk) | $0.00 |
| 2 | 26-10966 | Searles Valley Minerals Inc. | AIRGAS USA, LLC | CO2 Provider Agreement | $1,446.74 |
| 3 | 26-10966 | Searles Valley Minerals Inc. | AITX | Rail Car Leases (Car Series: DGHX 9184 TO 9290) | $12,000.00 |
| 4 | 26-10966 | Searles Valley Minerals Inc. | Alliant Insurance Services | Supplier Agreement | $251.56 |
| 5 | 26-10966 | Searles Valley Minerals Inc. | Amergin Rail 2023-1 | Rail Car Leases (Car Series: AJPX 7000 TO 7198 & Lease #: TRC1-1) | $646,654.05 |
| 6 | 26-10966 | Searles Valley Minerals Inc. | Anheuser-Busch InBev International GmbH; Ambev Luxembourg Senningerberg Risch Branch | Master Agreement for supply of Dense Soda Ash for glass container production (Mexico IVP) | $0.00 |
| 7 | 26-10966 | Searles Valley Minerals Inc. | APPLIED INDUSTRIAL TECH. | Sales Agreement | $978,763.15 |
| 8 | 26-10966 | Searles Valley Minerals Inc. | Arkansas Glass Container Corp. | Dense Soda Ash | $0.00 |
| 9 | 26-10966 | Searles Valley Minerals Inc. | Arkansas Glass Container Corp. | Dense Soda Ash (Amendment No. 1) | $0.00 |
| 10 | 26-10966 | Searles Valley Minerals Inc. | Ascensus Specialties LLC | Boric Acid Technical Grade Purchase Agreement | $0.00 |
| 11 | 26-10966 | Searles Valley Minerals Inc. | Best Best & Krieger | Supplier Agreement | $1,037,304.65 |
| 12 | 26-10966 | Searles Valley Minerals Inc. | Blue Cross and Blue Shield of Kansas City | Summary of Benefits and Coverage | $760.66 |
| 13 | 26-10966 | Searles Valley Minerals Inc. | BNSF Railway | Supplier Agreement | $13,389.89 |
| 14 | 26-10966 | Searles Valley Minerals Inc. | Bureau of Land Management | Mobile Equipment Lease (ID:04-6148-ME-RW001-00000-000026) | $0.00 |
| 15 | 26-10966 | Searles Valley Minerals Inc. | California Energy Commission | CEC Grant Agreement (form CEC-146) - Searles Valley Minerals, Inc. as recipient | $0.00 |
| 16 | 26-10966 | Searles Valley Minerals Inc. | Caremark (A Div of CVS Pharmacy) | Supplier Agreement | $177,000.00 |
| 17 | 26-10966 | Searles Valley Minerals Inc. | Cargill, Incorporated | Sodium Sulfate | $0.00 |
| 18 | 26-10966 | Searles Valley Minerals Inc. | CATERPILLAR FINANCIAL SERVICES CORPORATION | Mobile Equipment Leases (ID:04-1251-ME-U1164-MB01244-00019; 04-4235-ME-U1167-XK01172-00022; 04-6147-ME-U1162-WC00226-00018; :04-9261-ME-U1144-RA00344-00013) | $26,096.62 |
| 19 | 26-10966 | Searles Valley Minerals Inc. | CertainTeed LLC | Agreement 2024-2026 Price Amendment | $0.00 |
| 20 | 26-10966 | Searles Valley Minerals Inc. | CertainTeed LLC | Borax Pentahydrate (Vbor) Standard Grade | $0.00 |
| 21 | 26-10966 | Searles Valley Minerals Inc. | CertainTeed LLC | Borax Pentahydrate Standard Grade (Mag Japan) | $0.00 |
| 22 | 26-10966 | Searles Valley Minerals Inc. | CertainTeed LLC | Dense Soda Ash | $0.00 |
| 23 | 26-10966 | Searles Valley Minerals Inc. | CertainTeed LLC | Dense Soda Ash (Amendment) | $0.00 |
| 24 | 26-10966 | Searles Valley Minerals Inc. | CertainTeed LLC | Dense Soda Ash (Anhydrous Sodium Carbonate) - Amendment 2026 & 2027 | $0.00 |
| 25 | 26-10966 | Searles Valley Minerals Inc. | Chevron U.S.A. Inc. | Sodium Chloride, Salt, Bulk (Amendment No. 4) | $0.00 |
| 26 | 26-10966 | Searles Valley Minerals Inc. | CMA CGM (America) | Supplier Agreement | $21,960.00 |
| 27 | 26-10966 | Searles Valley Minerals Inc. | Collaboration Software Partners, LLC | UKG Ready Master Service Agreement - HRIS/Payroll Services (36-month term) | $97,206.45 |
| 28 | 26-10966 | Searles Valley Minerals Inc. | COMPASS CAPITAL | Rail Car Leases (Car Series: DGHX 9101 TO 9283 & Lease #: ??) | $0.00 |
| 29 | 26-10966 | Searles Valley Minerals Inc. | Compass Rail XI | Supplier Agreement | $113,400.00 |
| 30 | 26-10966 | Searles Valley Minerals Inc. | CONTINENTAL LABOR RESOURCES | Master Purchase Order to coincide with SVM's standard Master Work Agreement | $266,870.08 |
| 31 | 26-10966 | Searles Valley Minerals Inc. | CORE SALES LLC | Coal Purchase and Sale Agreement and all Addendums | $9,200,000.00 |
| 32 | 26-10966 | Searles Valley Minerals Inc. | Corporate Woods Kansas Realty | Supplier Agreement | $64,445.34 |
| 33 | 26-10966 | Searles Valley Minerals Inc. | COSCO Shipping Lines | Supplier Agreement | $36,275.00 |
| 34 | 26-10966 | Searles Valley Minerals Inc. | Crimson Resources | Salt - Bulk | $0.00 |
| 35 | 26-10966 | Searles Valley Minerals Inc. | CSX Transportation | Supplier Agreement | $1,209.05 |
| 36 | 26-10966 | Searles Valley Minerals Inc. | DE LAGE LANDEN FINANCIAL SERVICES | Mobile Equipment Leases (ID:04-6146-ME-DE828-EC33530-00095; 04-6146-ME-DE829-DA01220-00096; 04-6147-ME-DE825-KE99436-00091; 04-6147-ME-DE826-KE99437-00092; 04-6147-ME-DE827-KE99438-00093; 04-9286-ME-DE824-KE43047-00090; 05-1006-ME-U1222-7400205-00094) | $38,776.37 |
| 37 | 26-10966 | Searles Valley Minerals Inc. | Delta Dental of Kansas, Inc. | Delta Dental PPO Dental Insurance Certificate | $0.00 |
| 38 | 26-10966 | Searles Valley Minerals Inc. | Delta Dental of Kansas, Inc. | Delta Dental PPO Summary of Dental Plan Benefits | $0.00 |
| 39 | 26-10966 | Searles Valley Minerals Inc. | Docusign, Inc. | Docusign eSignature Business Pro - 8 Envelopes Sending Account Users | $0.00 |

| Contract ID | Case No. | Debtor | Counterparty Name | Description | Cure Amount |
|---|---|---|---|---|---|
| 40 | 26-10966 | Searles Valley Minerals Inc. | E. & J. Gallo Winery | Dense Soda Ash (Second Amendment) MICA dated Apr 24, 2013 | $0.00 |
| 41 | 26-10966 | Searles Valley Minerals Inc. | E. & J. Gallo Winery | Sodium Sulfate | $0.00 |
| 42 | 26-10966 | Searles Valley Minerals Inc. | Ecobat Resources California, Inc. | Bulk Dense Soda Ash | $0.00 |
| 43 | 26-10966 | Searles Valley Minerals Inc. | Fabrica de Jabon La Corona S.A de C.V. | Sodium Sulphate Anhydrous CY2026 | $0.00 |
| 44 | 26-10966 | Searles Valley Minerals Inc. | Fevisa Industrial, S.A. de C.V. | Soda Ash Dense | $0.00 |
| 45 | 26-10966 | Searles Valley Minerals Inc. | Fevisa Industrial; Fevisa Comercial | Soda Ash Dense - Contract (dated Aug 24, 2021), Jan 1, 2022 to Dec 31, 2024 | $0.00 |
| 46 | 26-10966 | Searles Valley Minerals Inc. | Frontier Communications of America, Inc. | Dedicated Internet Access (DIA) 10 Gbps Ethernet Service - Trona, CA | $5,152.80 |
| 47 | 26-10966 | Searles Valley Minerals Inc. | Gallo Glass Company | Dense Soda Ash Supply Agreement dated Jan 1, 2014 (PWO under MICA dated Apr 24, 2013) | $0.00 |
| 48 | 26-10966 | Searles Valley Minerals Inc. | GATX Corporation | Rail Car Leases (Car Series: DGHX 80000 TO 80048 & Lease #: Rider #1; Car Series: DGHX 80050 TO 80099 & Lease #: Rider #2; Car Series: DGHX 80100 TO 80149 & Lease #: Rider #3) | $368,775.00 |
| 49 | 26-10966 | Searles Valley Minerals Inc. | GATX Corporation | Railcar Net Lease - 50 Covered Hopper Cars (4000-4500 c.f., 286K GRL) Renewal Amendment | $0.00 |
| 50 | 26-10966 | Searles Valley Minerals Inc. | GATX Corporation | Railcar Net Lease - 50 Covered Hopper Cars (4250 c.f., 286K GRL) for Sodium Carbonate (Soda Ash) | $0.00 |
| 51 | 26-10966 | Searles Valley Minerals Inc. | GATX Corporation | Renewal of Net Contract No. 2824, Rider No. 1 (Railcar Net Lease - 49 Covered Hopper Cars (4250 c.f., 286K GRL) for Sodium Carbonate) | $0.00 |
| 52 | 26-10966 | Searles Valley Minerals Inc. | Grant Thornton | Supplier Agreement | $0.00 |
| 53 | 26-10966 | Searles Valley Minerals Inc. | Great America Financial Services | Office Equipment Lease (ID:04-2216-OE-OE038--00038) | $0.00 |
| 54 | 26-10966 | Searles Valley Minerals Inc. | Guardian Glass, LLC | Dense Soda Ash and Sodium Sulfate Amendment No 4 to Price Agreement | $0.00 |
| 55 | 26-10966 | Searles Valley Minerals Inc. | Guardian Glass, LLC | Dense Soda Ash and Sodium Sulfate Amendment No 4 to Supply Agreement | $0.00 |
| 56 | 26-10966 | Searles Valley Minerals Inc. | Hatch Ltd. | Confidentiality Agreement (Mutual Disclosure) dated Feb 29, 2024 | $0.00 |
| 57 | 26-10966 | Searles Valley Minerals Inc. | HAYNES BUILDING SERVICE, L.L.C. | Facility janitorial services | $205,657.40 |
| 58 | 26-10966 | Searles Valley Minerals Inc. | Henkel Capital, S.A. de C.V. | Sodium Sulfate (Consignment Supply) ICERTIS: CSA_671027 | $0.00 |
| 59 | 26-10966 | Searles Valley Minerals Inc. | Holmes Western Oil | Salt - Bulk | $0.00 |
| 60 | 26-10966 | Searles Valley Minerals Inc. | IFCHOR North America | Supplier Agreement | $79,747.80 |
| 61 | 26-10966 | Searles Valley Minerals Inc. | Incide Technologies, Inc. | VBOR (Borax Pentahydrate), Boric Acid | $0.00 |
| 62 | 26-10966 | Searles Valley Minerals Inc. | INEOS OXIDE LLC | Supply Agreement | $0.00 |
| 63 | 26-10966 | Searles Valley Minerals Inc. | INFINITY ASSET HOLDINGS 2020-1, LLC | Rail Car Leases (Car Series: AJPX 6512 TO 6749 & Lease #: TRNA02101) | $0.00 |
| 64 | 26-10966 | Searles Valley Minerals Inc. | INFINITY ASSET HOLDINGS 2020-1, LLC | Rail Car Leases (Car Series: DGHX 3333 TO 3649 & Lease #: TRNA01201) | $808,700.00 |
| 65 | 26-10966 | Searles Valley Minerals Inc. | Infor (US) LLC | California Consumer Privacy Act Addendum to SaaS Agreement | $0.00 |
| 66 | 26-10966 | Searles Valley Minerals Inc. | Infor (US) LLC | CloudSuite Distribution Enterprise + Birst + ION + Mingle + Document Management | $0.00 |
| 67 | 26-10966 | Searles Valley Minerals Inc. | Infor (US) LLC | CloudSuite Distribution Enterprise + Graphical Lot Tracker | $0.00 |
| 68 | 26-10966 | Searles Valley Minerals Inc. | Infor (US) LLC | Infor Enterprise Performance Management Full Suite Bundle | $0.00 |
| 69 | 26-10966 | Searles Valley Minerals Inc. | Infor (US) LLC | Master Software License Agreement for Infor SaaS Services | $0.00 |
| 70 | 26-10966 | Searles Valley Minerals Inc. | Insight Direct USA, Inc. | Park Place maintenance schedule for HP equipment | $8,405.13 |
| 71 | 26-10966 | Searles Valley Minerals Inc. | InterVision Systems, LLC | Arctic Wolf MSPP managed detection & response (MDR) - 2025 renewal | $17,157.18 |
| 72 | 26-10966 | Searles Valley Minerals Inc. | Intralinks | Supplier Agreement | $75,855.76 |
| 73 | 26-10966 | Searles Valley Minerals Inc. | Knauf Insulation, Inc. | Bulk Borax Pentahydrate (Vbor) | $0.00 |
| 74 | 26-10966 | Searles Valley Minerals Inc. | KOMATSU FINANCIAL LIMITED PARTNERSHIP | Mobile Equipment Lease (ID:04-6147-ME-U1224-0060983-00097) | $0.00 |
| 75 | 26-10966 | Searles Valley Minerals Inc. | Logicalis, Inc. | Carbon Black Endpoint Foundations - 500 Endpoint Licenses | $0.00 |
| 76 | 26-10966 | Searles Valley Minerals Inc. | Metropolitan Stevedore Company dba Metro Ports | Amendment to Stevedoring and Terminal Services Agreement | $4,020,670.87 |
| 77 | 26-10966 | Searles Valley Minerals Inc. | MPW INDUSTRIAL SERVICES GROUP, INC. | Water treatment equipment and service agreement | $119,895.00 |
| 78 | 26-10966 | Searles Valley Minerals Inc. | Nachurs/Hollingsworth & Vose | VBOR (2500 lb Super Sacks) | $0.00 |
| 79 | 26-10966 | Searles Valley Minerals Inc. | NWN Corporation | Arctic Wolf MSP Plus - Managed Detection & Response (MDR) Security Services Renewal | $0.00 |
| 80 | 26-10966 | Searles Valley Minerals Inc. | OI (Owens-Illinois) | Sodium Sulfate | $0.00 |
| 81 | 26-10966 | Searles Valley Minerals Inc. | Owens-Brockway Glass Container Inc. | Soda Ash | $0.00 |

| Contract ID | Case No. | Debtor | Counterparty Name | Description | Cure Amount |
|---|---|---|---|---|---|
| 82 | 26-10966 | Searles Valley Minerals Inc. | PEAC Solutions | Office Equipment Lease (ID:04-5349-OE-OE037-V625254-00037) | $9,169.36 |
| 83 | 26-10966 | Searles Valley Minerals Inc. | Pilkington North America, Inc. | Dense Soda Ash | $0.00 |
| 84 | 26-10966 | Searles Valley Minerals Inc. | Possehl, S.A. de C.V. (SVM supplier) | Sodium Sulfate Consignment Supply | $110,971.63 |
| 85 | 26-10966 | Searles Valley Minerals Inc. | PROCESS EQUIPMENT INC dba PROCESSBARRON | Purchase Order CS2407540 | $2,541,948.00 |
| 86 | 26-10966 | Searles Valley Minerals Inc. | Progress Rail Leasing Corporation | Rail Car Leases (Car Series: DGHX 3000 TO 3329 & Lease #: 5423-R) | $298,680.00 |
| 87 | 26-10966 | Searles Valley Minerals Inc. | PRUDENTIAL OVERALL SUPPLY | Prudential provides uniform apparel cleaning and delivery. | $0.00 |
| 88 | 26-10966 | Searles Valley Minerals Inc. | QUINN COMPANY | Master Rental Agreement | $115,800.99 |
| 89 | 26-10966 | Searles Valley Minerals Inc. | REDVECTOR | Licensing Agreement for online safety training | $0.00 |
| 90 | 26-10966 | Searles Valley Minerals Inc. | Sacramento Agricultural Products, LLC | Soda Ash Dense | $0.00 |
| 91 | 26-10966 | Searles Valley Minerals Inc. | Saint-Gobain Mexico | Soda Ash | $0.00 |
| 92 | 26-10966 | Searles Valley Minerals Inc. | Saint-Gobain Mexico (Cuautla) | Soda Ash | $0.00 |
| 93 | 26-10966 | Searles Valley Minerals Inc. | Saint-Gobain Mexico SA de CV | Sodium Carbonate | $0.00 |
| 94 | 26-10966 | Searles Valley Minerals Inc. | Saint-Gobain Mobility Mexico SA de CV | Framework Agreement for the Supply of Sodium Carbonate | $0.00 |
| 95 | 26-10966 | Searles Valley Minerals Inc. | San Diego Unified Port District | Amended and Restated Lease for property located at Tenth Avenue Marine Terminal | $0.00 |
| 96 | 26-10966 | Searles Valley Minerals Inc. | San Diego Unified Port District | Real Estate Lease (ID:04-1020-RE-#SDCA-#030118-00002) | $884,522.40 |
| 97 | 26-10966 | Searles Valley Minerals Inc. | SAVERGLASS, S. DE R.L. DE C.V. | Dense Soda Ash | $0.00 |
| 98 | 26-10966 | Searles Valley Minerals Inc. | SAVERGLASS, S. DE R.L. DE C.V. | Dense Soda Ash (Amendment) | $0.00 |
| 99 | 26-10966 | Searles Valley Minerals Inc. | SCHNEIDER ELECTRIC SYSTEMS USA, INC. | Schneider's Technical Support and Service Level Agreement for DCS software and hardware | $37,675.58 |
| 100 | 26-10966 | Searles Valley Minerals Inc. | SECURITAS SECURITY SERVICES INC. | Plant Security Services | $0.00 |
| 101 | 26-10966 | Searles Valley Minerals Inc. | SMBC Rail Services LLC | Railcar Lease (ID:04-9232-RC-#DGHX-0009184-0013R) | $0.00 |
| 102 | 26-10966 | Searles Valley Minerals Inc. | SOUTHERN COUNTIES LUBRICANTS | Purchase and Sale Agreement for lubricants and grease | $163,044.45 |
| 103 | 26-10966 | Searles Valley Minerals Inc. | SULPHURIC ACID TRADING COMPANY, INC. | Sulfuric Acid usage | $0.00 |
| 104 | 26-10966 | Searles Valley Minerals Inc. | T&T Trucking | Supplier Agreement | $5,449.15 |
| 105 | 26-10966 | Searles Valley Minerals Inc. | Tata Chemicals Soda Ash Partners LLC | Supplier Agreement | $0.00 |
| 106 | 26-10966 | Searles Valley Minerals Inc. | The CIT Group/Equipment Financing, Inc. | Rail Car Leases (Lease #s: IMCC01002, IMCC01003, TRNA02301, IMCC02009, IMCC02010, TRNA03005, TRNA03005, TRNA03001, TRNA03004, TRNA03002, TRNA03003, TRNA02201, TRNA01002, TRNA01002) | $1,329,183.55 |
| 107 | 26-10966 | Searles Valley Minerals Inc. | The Prudential Insurance Company of America | Benefits Plan Provider Agreements (STD, Term, Life, Group, AD&D, LTD, and Illness) | $106,360.14 |
| 108 | 26-10966 | Searles Valley Minerals Inc. | TotalEnergies Distributed Generation USA, LLC | Letter of Intent for solar PV and battery energy storage system at Westend plant | $0.00 |
| 109 | 26-10966 | Searles Valley Minerals Inc. | TTX Company | Supplier Agreement | $292,520.44 |
| 110 | 26-10966 | Searles Valley Minerals Inc. | U.S Bank Equipment Finance | Office Equipment Leases (ID:04-6147-OE-OE040-RT3B10J-00040; 04-6147-OE-OE041-R602151-00041; 04-6158-OE-OE030-TV01675-00030; 04-9240-OE-OE042-R900015-00042; 4-9267-OE-OE043-R700327-00043; 04-9276-OE-OE044-R700559-00044; 04-9280-OE-OE039-R700486-00039; 07-9140-OE-OE045-R630888-00045) | $747.89 |
| 111 | 26-10966 | Searles Valley Minerals Inc. | UBEO West | Office Equipment Leases (ID:04-1228-OE-OE034-01014BW-00034; 04-2216-OE-OE035-01062BW-00035; 04-4216-OE-OE033-30248BW-00033) | $0.00 |
| 112 | 26-10966 | Searles Valley Minerals Inc. | Union Pacific Railroad Company | Amendment to Confidential Rail Transportation Contract | $0.00 |
| 113 | 26-10966 | Searles Valley Minerals Inc. | Union Pacific Railroad Company | Confidential Rail Transportation Contract | $472,373.86 |
| 114 | 26-10966 | Searles Valley Minerals Inc. | UNITED RENTALS (NORTH AMERICA) | Volume Incentive Payment Schedule to define rebates | $17,888.49 |
| 115 | 26-10966 | Searles Valley Minerals Inc. | US DEPT OF THE INTERIOR OFFICE OF NATURAL RESOURCES REVENUE (ONRR) | Supplier Agreement | $0.00 |
| 116 | 26-10966 | Searles Valley Minerals Inc. | VALLEY PACIFIC PETROLEUM SERVICES | Gasoline and diesel fuel supply | $0.00 |
| 117 | 26-10966 | Searles Valley Minerals Inc. | Verticomm | Fortinet Support Coterm Renewal 2025 | $0.00 |
| 118 | 26-10966 | Searles Valley Minerals Inc. | Verticomm | Microsoft 365 subscription renewal 2026 | $0.00 |
| 119 | 26-10966 | Searles Valley Minerals Inc. | Verticomm | Veeam Data Cloud Vault Renewal 2026-2027 | $0.00 |
| 120 | 26-10966 | Searles Valley Minerals Inc. | Vichisa S.A. | Soda Ash | $0.00 |
| 121 | 26-10966 | Searles Valley Minerals Inc. | Vidrio Plano de México, S.A. de C.V. | Soda Ash Dense | $0.00 |
| 122 | 26-10966 | Searles Valley Minerals Inc. | Vision Service Plan Insurance Company | Group Vision Care Policy (48-month term) | $0.00 |
| 123 | 26-10966 | Searles Valley Minerals Inc. | VMS Software | OpenVMS Integrity support renewal 2025-2026 (Support Only, Silver level) | $0.00 |
| 124 | 26-10966 | Searles Valley Minerals Inc. | WALTER'S WHOLESALE ELECTRIC CO. | Purchase Order CS2407500 | $442,280.46 |

| Contract ID | Case No. | Debtor | Counterparty Name | Description | Cure Amount |
|---|---|---|---|---|---|
| 125 | 26-10966 | Searles Valley Minerals Inc. | WELLS FARGO BANK, N.A | Mobile Equipment Leases (ID:04-9283-ME-U1225-V19802X-00098; 04-9283-ME-U1226-V19800X-00099; 04-9283-ME-U1227-V19801X-00100; 04-9283-ME-U1228-V19861X-00101; 04-9283-ME-U1229-V19800X-00102) | $0.00 |
| 126 | 26-10966 | Searles Valley Minerals Inc. | Xerox Financial Services | Office Equipment Leases (ID:04-2216-OE-OE028-H278972-00028; 04-5349-OE-OE025-H259972-00025; 04-9204-OE-OE031-H816996-00031; 04-9267-OE-OE029-Q519132-00029; 04-9285-OE-OE032-Q595412-00032; 4-9291-OE-OE027-Q220017-00027; 04-9299-OE-OE036-Q400500-00036) | $0.00 |
| 127 | 26-10966 | Searles Valley Minerals Inc. | Zoom Video Communications, Inc. | Zoom Workplace Business Plus subscription - 60 licenses, US/Canada unlimited calling | $8,531.15 |
| 128 | 26-10967 | Trona Railway Company LLC | First-Citizens Bank & Trust Company | Amendment No. 05 to Rider No. 01 - 223 Group B Covered Hopper Cars | $0.00 |
| 129 | 26-10967 | Trona Railway Company LLC | PNC Bank, National Association / Amergin Asset Management, LLC | Notice and Acknowledgment of Assignment - Railcar Lease Rider No. 2 | $0.00 |
| 130 | 26-10967 | Trona Railway Company LLC | Progress Rail Leasing Corporation | Amendment 06 to Rider No. 1 (Lease ID 5423-R) | $0.00 |
| 131 | 26-10967 | Trona Railway Company LLC | The CIT Group/Equipment Financing, Inc. | Amendment No. 04 to Rider No. 01 - 228 Group A Covered Hopper Cars | $0.00 |