**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEARLES VALLEY MINERALS INC., *et al.*,[1] | ) | Case No. 26-10966 (BLS) |
| Debtors. | ) | (Jointly Administered) |

# GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Searles Valley Minerals Inc. and its affiliated debtors and debtors in possession (each, a "Debtor" and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (each, a "Schedule" and collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" and collectively, the "Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

The global notes contained herein (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to the Schedules and Statements (the "Specific Notes" and, together with the Global Notes, the "Notes"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances. However, subsequent information or discovery may result in material changes to the Schedules and Statements, and errors or omissions may exist.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise to assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of Debtor, or otherwise subsequently to designate any

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

claim as "disputed," "contingent," or "unliquidated." Moreover, nothing contained in the Schedules, Statements, or these Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other applicable laws to recover assets or avoid transfers.

## A. Global Notes and Overview of Methodology

**The Schedules, Statements, and Notes should not be relied upon by any person for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1. **Description of the Chapter 11 Cases**. On June 15, 2026 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code. On June 16, 2026, the Bankruptcy Court entered an order authorizing the joint administration of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 44]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statement.

2. **Basis of Presentation**. In the ordinary course of business, the Debtors prepare consolidated financial statements for financial reporting purposes on a monthly basis. The Schedules and Statements are unaudited and are the result of the Debtors' reasonable efforts to report certain financial information of each Debtor on an unconsolidated basis. The Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be reconciled fully with the financial statements of each Debtor. The Debtors used reasonable efforts to attribute the assets and liabilities, certain required financial information, and various cash disbursements to each particular Debtor entity. However, because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements.

3. **Reporting Date**. Unless otherwise noted in specific responses, the Schedules and Statements reflect the Debtors' books and records as of June 15, 2026, or the latest available record date before then.

4. **Current Values**. The assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records. Unless otherwise noted, the carrying value on each of the Debtor's books, rather than the current market value, is reflected in the Schedules and Statements.

5. **Confidentiality**. There may be instances when personal information was not included or was redacted due to the nature of an agreement between a Debtor and a third party or to protect the privacy of an individual. Pursuant to the *Order (I) Authorizing the Debtors to Redact*

*Certain Personally Identifiable Information and (II) Granting Related Relief* [Docket No. 45], the Debtors are authorized to redact personally identifiable information from the Schedules and Statements.

6. **Accuracy**. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law, or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared.

7. **Undetermined Amounts**. Claim amounts that could not readily be quantified by the Debtors are scheduled as "undetermined," "unknown," or "N/A." The description of an amount as "undetermined," "unknown," or "N/A" is not intended to reflect upon the materiality of the amount.

8. **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information obtained and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve their rights to amend, supplement, or otherwise to modify the Schedules and Statements as needed.

9. **Insiders**. For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) debtor/non-Debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only, and their inclusion in the Schedules and Statements shall not constitute an admission that such persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision-making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose. The listing of a party as an "insider" is not intended to be, and should not be construed as, a legal characterization of such party as an insider, and such listing as an insider does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

10. **Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

11. **Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

12. **Payment of Prepetition Claims Pursuant to First Day Orders**. The Debtors have requested authority to pay certain outstanding prepetition claims pursuant to orders entered by the Bankruptcy Court after the first day hearing in these cases (collectively, the "First Day Orders"). The Schedules and Statements reflect the Debtors' outstanding liabilities in the amounts owed as of the Petition Date without reducing liabilities on account of any payments authorized under the First Day Orders. If liabilities on account of prepetition wages and benefits have been satisfied in full, they are not listed on the Schedules and Statements unless otherwise noted.

13. **Other Paid Claims**. If the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement shall prevail, shall supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties.

14. **Setoffs**. The Debtors incur certain setoffs in the ordinary course of their business. Such setoffs may occur due to a variety of transactions or disputes, including but not limited to intercompany transactions, counterparty settlements, hedging obligations, refunds, and negotiations or other disputes between the Debtors, their vendors, and contract counterparties. These setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements. Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code. The Debtors reserve all rights to challenge any setoff or recoupment rights that may be asserted against them, including but not limited to any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

15. **Debtors' Reservation of Rights**. Nothing contained in the Schedules and Statements or these Notes shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including the following:

a. Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute, and to assert setoff rights, counterclaims, and defenses to, any claim reflected on the Schedules and Statements as to amount, liability, and classification, and otherwise subsequently to designate any claim as "disputed," "contingent," or "unliquidated."

b. Notwithstanding that the Debtors have made reasonable efforts to characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as needed.

c. The listing of a claim or agreement (i) on Schedule D as "secured," (ii) on Schedule E/F (Part 1) as "priority," (iii) on Schedule E/F (Part 2) as "unsecured," or (iv) on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant, the executory nature of the agreement

under section 365 of the Bankruptcy Code, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or agreement pursuant to a schedule amendment, claim objection, or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

d. In the ordinary course of business, the Debtors leased equipment and other assets from certain third-party lessors for use in their daily operations. The Debtors have made commercially reasonable efforts to list any such leases in Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule E/F. Except as otherwise noted herein, the property subject to any such lease is not reflected in Schedule A/B as either owned property or an asset of the Debtors, nor is such property or assets of third parties within the control of the Debtors. Nothing in the Schedules and Statements is, or shall be construed as, an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any such issues, including the recharacterization thereof.

e. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with respect to such credits, allowances, and other adjustments, including the right to assert claim objections or setoffs with respect to the same.

f. Although the Debtors have made reasonable efforts to ensure the accuracy of the Schedules and Statements, the Schedules and Statements may contain errors and omissions. The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases identified in the Schedules and Statements and to amend and supplement the Schedules and Statements as necessary.

g. The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including the right to dispute the characterization or the structure of any transaction, document, or instrument related to a creditor's claim.

h. The Debtors made reasonable efforts to locate and identify guarantees and other secondary liability claims (the "Guarantees") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. If such Guarantees have been identified, they are included in the relevant Schedules and Statements. Guarantees embedded in the Debtors' executory contracts,

unexpired leases, secured financings, debt instruments, and other agreements may have been omitted inadvertently. Accordingly, the Debtors reserve their rights to amend and supplement the Schedules and Statements if additional Guarantees are identified. Moreover, the Debtors reserve the right to amend the Schedules and Statements to recharacterize and reclassify any such contract or claim.

16. **Global Notes Control**. If the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

**B. <u>Specific Notes for Schedules</u>**

1. **Schedule A/B.**

a. **A/B.2**. The values reported in A/B 2 are as of June 15, 2026.

b. **A/B.3**. The values provided for in Schedule A/B, Item 3 for each account for a given Debtor reflect the ending cash balances of such accounts as of the Petition Date.

c. **A/B.7**. Deposits listed are potentially subject to offset by counterparties. The Miscellaneous Deposits consist of legacy transactions that never reached materiality threshold and should have been written off but are currently still reflected on the debtors' books and records. These consist of items such as lease deposits, prefunding claims manager deposits, etc.

d. **A/B.11.** For Debtor Searless Domestic Water Company LLC a methodology was used for calculating accounts receivable aging of 70% less than 90 days and 30% greater than 90 days based on the June month end AR Aging report given this split was not readily available as of the Petition Date.

e. **A/B.70–77**. Despite making commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules. The values reported in A/B.71 are as of June 15, 2026. Regarding A/B.73, insurance policies are listed in <u>Exhibit C</u> to the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder and (B) Renew, Revise, Extend, Supplement, Change, and Enter Into New Insurance Policies; and (II) Granting Related Relief* [Docket No. 8].

2. **Schedule D**. Certain of the claims listed on Schedule D, as well as the Guarantees of those claims listed on Schedule H, arose and were incurred on various dates. A determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost-prohibitive. Accordingly, not all of these dates are included for each such claim. To the best of the Debtors’ knowledge, all claims listed on Schedule D arose or were incurred before the Petition

Date. The amounts in Schedule D are consistent with the Debtors' stipulations set forth in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue to Access Financing Under Its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Lender; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief* [Docket No. 15], which are subject to investigation and challenge by the Official Committee of Unsecured Creditors or other parties in interest.

Except as otherwise agreed to or stated pursuant to a stipulation or order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates, subject to the foregoing limitations, state as follows: (a) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken; (b) the descriptions provided on Schedule D are only intended to be a summary; and (c) the Debtors have not included on Schedule D claims that were secured by property for which the collateral was not in the Debtors' possession as of the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

Except as specifically stated herein, real property lessors, equipment lessors, utility companies, and other parties that may hold security deposits or other security interests have not been listed on Schedule D.

The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights.

The Debtors have not listed on Schedule D certain insurance premium finance agreements which, while the insurance covers the Debtors, is financed through Karnavati Holding, Inc. which has pledged premium refunds to secure the premium finance obligations.

a. **D.2.30**. The Port of San Diego letter of credit was drawn postpetition involuntarily and the demand facility was paid down. The Debtors reserve all rights with respect to this letter of credit.

3. **Schedule E/F**

a. **Part 1**.

Certain of the claims listed on Schedule E/F (Part 1) arose and were incurred on multiple dates. A determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost-prohibitive. Accordingly, not all of these dates are included for each such claim.

The liabilities listed on Schedule E/F (Part 1) do not reflect any analysis of such claims under sections 503 or 507 of the Bankruptcy Code. The Debtors reserve the right to dispute

whether creditors listed on Schedule E/F are entitled to priority status pursuant to sections 503 or 507 of the Bankruptcy Code.

Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on Schedule E/F. However, certain of such claims may be subject to ongoing audits, or the Debtors otherwise are unable to determine with certainty the amount of the remaining claims listed on Schedule E/F. Therefore, the Debtors have listed all such claims as contingent, pending final resolution of ongoing audits or other outstanding issues.

b. **Part 2**.

The Debtors have exercised their commercially reasonable efforts to list all liabilities on Schedule E/F of each applicable Debtor. However, as a result of the Debtors' consolidated operations, each Debtor's Schedule E/F should be reviewed for a complete understanding of the Debtors' unsecured obligations. Certain creditors listed on Schedule E/F may owe amounts to the Debtors, and as such the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Schedule E/F may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute any setoff or recoupment rights that may be asserted against the Debtors by a creditor. Additionally, certain creditors may assert liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their rights to dispute the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F. In addition, certain claims listed on Schedule E/F (Part 2) may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

The Debtors have included trade creditors and taxing authorities on Schedule E/F, some of whose claims may have been satisfied, in whole or in part, pursuant to the First Day Orders. Notwithstanding the foregoing, the Debtors have reflected the prepetition liabilities of such trade creditors and taxing authorities as of the Petition Date. Moreover, Schedule E/F does not include certain balances including deferred liabilities, accruals, and general reserves. The accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made reasonable efforts to include as contingent, unliquidated, or disputed the claim of any party not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

To the extent practicable, Schedule E/F is intended to reflect the balance as of the Petition Date. Despite the Debtors' reasonable best efforts, to the extent an unsecured claim has been paid or may be paid, it is possible that such claim is not included on Schedule E/F. Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to orders of the Bankruptcy Court, and the Debtors reserve their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of any claim. Additionally, Schedule E/F does not include any potential rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected.

4. **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "Agreements"), review is ongoing and inadvertent errors, omissions, or overinclusion may have

occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, and amendments or letter agreements that may not be set forth on Schedule G. In addition, as described herein, certain nondisclosure agreements or other confidential information have been omitted. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments, and agreements that may not be listed on Schedule G. Executory agreements that are oral in nature have not been included on Schedule G. Certain of the Agreements listed on Schedule G may have been entered into on behalf of more than one of the Debtors.

5. **Schedule H**. The Debtors are party to certain prepetition secured credit agreements that were executed by multiple Debtors. The obligations of guarantors under the prepetition secured credit agreements are noted on Schedule H for each Debtor. Moreover, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors.

## C. Specific Notes for Statements

1. **Statement 1.** The Debtors record revenue net of sales allowances, rebates, and discounts.

2. **Statement 3.** The payments disclosed on Statement 3 are based on payments made by the Debtors with payment dates from March 17, 2026 to June 15, 2026. The actual dates that cash cleared the Debtors' bank accounts may differ based on the form of payment. The Debtors' accounts payable system does not include the corresponding payment clear dates, and compiling this data would have required a time-consuming manual review of individual bank statements. However, it is expected that many payments included on Statement 3 have payment clear dates that are the same as payment dates (e.g., wires and other forms of electronic payments). All payments flow from the Searles Valley Minerals master account on account of the other Debtors.

3. **Statement 5**. On occasion, the Debtors may return goods to vendors or suppliers in the ordinary course of business. These are listed on Statement 5, along with all returns of goods to vendors and suppliers.

4. **Statement 7**. The Debtors have used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtors were involved in any capacity within one year before the Petition Date. The Debtors reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

5. **Statement 10**. Amounts listed herein were for events that were reported or tracked for insurance purposes. De minimis losses are not separately tracked by the Debtors and were not included on Statement 10.

6. **Statement 11**. The Debtors have used reasonable efforts to identify payments for services of any entities who provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately before the Petition Date, which are identified on Statement 11. Additional information regarding the Debtors' retention of professionals will be more fully described in the individual retention applications for such professionals and any related orders.

7. **Statement 20**. In the year preceding the Petition Date, inventory to which the Debtors took title upon shipment was temporarily stored in various locations, ports, railyards, and other storage facilities while in transit or otherwise not in the Debtors' possession.

8. **Statement 22–24**. There are no current violations, notifications or self-reporting obligations as of the Petition Date. Historically, the Debtors have been subject to violation notices and self-reporting obligations and have resolved such notices satisfactorily.

9. **Statement 26(d)**. Over the past two years, the Debtors have provided their financial statements via physical and electronic mail to various parties in the ordinary course of business, including current or potential secured lenders, government entities, shareholders, customers, and other interested parties. Considering the voluminous number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of **Statement 26d**.

**Fill in this information to identify the case:**

Debtor name Searles Valley Minerals Inc.

United States Bankruptcy Court for the: District of Delaware

Case number (If known): 26-10966

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 04/01/2026 (MM / DD / YYYY) | to Filing date | ☑ Operating a business<br>☐ Other | $ 38,369,291.09 |
| **For prior year:** | From 04/01/2025 (MM / DD / YYYY) | to 03/31/2026 (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | $ 246,038,000.00 |
| **For the year before that:** | From 04/01/2024 (MM / DD / YYYY) | to 03/31/2025 (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | $ 318,663,000.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ____ (MM / DD / YYYY) | to Filing date | | $ |
| **For prior year:** | From ____ (MM / DD / YYYY) | to ____ (MM / DD / YYYY) | | $ |
| **For the year before that:** | From ____ (MM / DD / YYYY) | to ____ (MM / DD / YYYY) | | $ |

Debtor Searles Valley Minerals Inc.
Name

Case number (if known) 26-10966

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Exhibit P2, Q3<br>Creditor's name<br>Street<br>City State ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. | Creditor's name<br>Street<br>City State ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Exhibit P2, Q4<br>Insider's name<br>Street<br>City State ZIP Code<br>**Relationship to debtor** | | $ | |
| 4.2. | Insider's name<br>Street<br>City State ZIP Code<br>**Relationship to debtor** | | $ | |

Debtor Searles Valley Minerals Inc. Case number (if known) 26-10966
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name<br>Street<br>City State ZIP Code | | | $ |
| 5.2. | Creditor's name<br>Street<br>City State ZIP Code | | | $ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name<br>Street<br>City State ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | $ |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Case title: See Exhibit P3, Q7<br>Case number: | | Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Case title:<br>Case number: | | Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor Searles Valley Minerals Inc. Case number (*if known*) 26-10966
Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name<br>Street<br>City State ZIP Code | | $ |
| | **Case title** | **Court name and address** |
| | | Name<br>Street<br>City State ZIP Code |
| | **Case number** | |
| | **Date of order or assignment** | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | See Exhibit P4, Q9<br>Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |
| 9.2. | Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor Searles Valley Minerals Inc. Case number (if known) 26-10966
Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See Exhibit P6, Q11 | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City State ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City State ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor Searles Valley Minerals Inc. Case number (if known) 26-10966
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Address: Street / City State ZIP Code<br>Relationship to debtor | | | $ |
| 13.2. | Who received transfer?<br>Address: Street / City State ZIP Code<br>Relationship to debtor | | | $ |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street<br>City State ZIP Code | From ____ To ____ |
| 14.2. | Street<br>City State ZIP Code | From ____ To ____ |

Debtor Searles Valley Minerals Inc. Case number (if known) 26-10966

Name

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name<br>Street<br>City State ZIP Code | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | Facility name<br>Street<br>City State ZIP Code | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. ____________

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No
☐ Yes

Debtor Searles Valley Minerals Inc.
Name

Case number (*if known*) 26-10966

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | See Exhibit P10, Q18<br>Name<br>Street<br>City State ZIP Code | XXXX– | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | | $ |
| 18.2. | Name<br>Street<br>City State ZIP Code | XXXX– | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| See Exhibit P10, Q20<br>Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

Debtor Searles Valley Minerals Inc. Case number (if known) 26-10966

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| <br>**Case number** | Name<br>Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

Debtor Searles Valley Minerals Inc. Case number (*if known*) 26-10966

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ☑ No
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number (Do not include Social Security number or ITIN.) |
|---|---|---|---|
| 25.1. | See Exhibit P13, Q25<br>Name<br>Street<br>City State ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>Dates business existed<br>From _______ To _______ |
| 25.2. | Name<br>Street<br>City State ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>Dates business existed<br>From _______ To _______ |
| 25.3. | Name<br>Street<br>City State ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>Dates business existed<br>From _______ To _______ |

Debtor Searles Valley Minerals Inc.
Name

Case number (if known) 26-10966

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❑ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | See Exhibit P13, Q26a<br>Name<br>Street<br>City State ZIP Code | From ______ To ______ |
| 26a.2. | Name<br>Street<br>City State ZIP Code | From ______ To ______ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

❑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | See Exhibit P13, Q26b<br>Name<br>Street<br>City State ZIP Code | From ______ To ______ |
| 26b.2. | Name<br>Street<br>City State ZIP Code | From ______ To ______ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

❑ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | See Exhibit P13, Q26c<br>Name<br>Street<br>City State ZIP Code | |

Debtor Searles Valley Minerals Inc. Case number (*if known*) 26-10966

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name<br>Street<br>City State ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| 26d.1. | Name<br>Street<br>City State ZIP Code |
| 26d.2. | Name<br>Street<br>City State ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| See Exhibit P13, Q27 | | $ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | Name<br>Street<br>City State ZIP Code |

Debtor Searles Valley Minerals Inc. Case number (*if known*) 26-10966

Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.2. Name

Street

City State ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See Exhibit P13, Q28 | | | |
| | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| See Exhibit P13, Q29 | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☐ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See Exhibit P2, Q4<br>Name<br>Street<br>City State ZIP Code | | | |

**Relationship to debtor**

Debtor Searles Valley Minerals Inc. Case number (*if known*) 26-10966

**Name and address of recipient**

30.2

Name

Street

City State ZIP Code

**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- [ ] No
- [x] Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| See Exhibit P13, Q31 | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- [x] No
- [ ] Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/13/2026
MM / DD / YYYY

✘ /s/ Don Pemberton
Signature of individual signing on behalf of the debtor

Printed name Don Pemberton

Position or relationship to debtor Chief Financial Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- [ ] No
- [x] Yes

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q3 - PAYMENTS TO CREDITORS WITHIN 90 DAYS

| | Creditor's name and address | Dates | Amount ($) | Reason for payment or transfer |
|---|---|---|---|---|
| 3.1 | AIRGAS USA, LLC | 04/28/2026 | 97,833.91 | Suppliers or Vendors |
| | PO BOX 102289, Pasadena, CA 91189-2289 | | | |
| | **TOTAL FOR AIRGAS USA, LLC** | | **97,833.91** | |
| 3.2 | AIRGAS WEST | 03/26/2026 | 10,866.83 | Suppliers or Vendors |
| | PO BOX 102289, Pasadena, CA 91189-2289 | 04/28/2026 | 7,529.86 | Suppliers or Vendors |
| | **TOTAL FOR AIRGAS WEST** | | **18,396.69** | |
| 3.3 | ALL COPY PRODUCTS INC | 04/22/2026 | 29,911.70 | Suppliers or Vendors |
| | 1635 W 13TH AVE, Denver, CO 80204 | | | |
| | **TOTAL FOR ALL COPY PRODUCTS INC** | | **29,911.70** | |
| 3.4 | ALLIANT INSURANCE SERVICES INC. | 04/10/2026 | 145,279.00 | Suppliers or Vendors |
| | PO BOX 744912, Los Angeles, CA 90074-4912 | 04/30/2026 | 350,756.59 | Suppliers or Vendors |
| | | 05/14/2026 | 70,278.70 | Suppliers or Vendors |
| | | 05/29/2026 | 877,877.09 | Suppliers or Vendors |
| | | 06/05/2026 | 287,408.00 | Suppliers or Vendors |
| | **TOTAL FOR ALLIANT INSURANCE SERVICES INC.** | | **1,731,599.38** | |
| 3.5 | ARDENT COMPANIES, INC. | 04/10/2026 | 83,553.50 | Suppliers or Vendors |
| | PO BOX 974758, Dallas, TX 75397-4758 | | | |
| | **TOTAL FOR ARDENT COMPANIES, INC.** | | **83,553.50** | |
| 3.6 | ASBURY ENVIRONMENTAL SERVICES | 03/20/2026 | 10,563.76 | Suppliers or Vendors |
| | PO BOX 843021, Los Angeles, CA 90084-3021 | 04/10/2026 | 19,652.85 | Suppliers or Vendors |
| | | 05/29/2026 | 29,823.53 | Suppliers or Vendors |
| | **TOTAL FOR ASBURY ENVIRONMENTAL SERVICES** | | **60,040.14** | |
| 3.7 | AT&T | 03/20/2026 | 4,946.58 | Suppliers or Vendors |
| | PO BOX 5025, CAROL STREAM, IL 60197-5025 | 03/26/2026 | 50.79 | Suppliers or Vendors |
| | | 04/10/2026 | 9,609.80 | Suppliers or Vendors |
| | | 04/28/2026 | 426.58 | Suppliers or Vendors |
| | **TOTAL FOR AT&T** | | **15,033.75** | |
| 3.8 | CREDITOR 1 | 03/20/2026 | 5,300.00 | Independent Contractor Fees |
| | [Address on file] | 04/10/2026 | 6,400.00 | Independent Contractor Fees |
| | | 04/23/2026 | 4,150.00 | Independent Contractor Fees |
| | | 04/30/2026 | 5,350.00 | Independent Contractor Fees |
| | | 05/14/2026 | 4,150.00 | Independent Contractor Fees |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q3 - PAYMENTS TO CREDITORS WITHIN 90 DAYS

| | Creditor's name and address | Dates | Amount ($) | Reason for payment or transfer |
|---|---|---|---|---|
| | | 05/29/2026 | 5,500.00 | Independent Contractor Fees |
| | | 06/05/2026 | 2,800.00 | Independent Contractor Fees |
| | **TOTAL FOR CREDITOR 1** | | **33,650.00** | |
| 3.9 | CREDITOR 2 | 04/23/2026 | 2,000.00 | Independent Contractor Fees |
| | [Address on file] | 04/30/2026 | 2,935.50 | Independent Contractor Fees |
| | | 05/08/2026 | 2,625.00 | Independent Contractor Fees |
| | | 05/14/2026 | 2,562.50 | Independent Contractor Fees |
| | | 05/22/2026 | 2,500.00 | Independent Contractor Fees |
| | | 05/29/2026 | 7,500.00 | Independent Contractor Fees |
| | | 06/12/2026 | 2,500.00 | Independent Contractor Fees |
| | **TOTAL FOR CREDITOR 2** | | **22,623.00** | |
| 3.10 | BEST BEST AND KRIEGER LLP | 06/10/2026 | 300,000.00 | Services |
| | PO BOX 1028, Riverside, CA 92502-1028 | | | |
| | **TOTAL FOR BEST BEST AND KRIEGER LLP** | | **300,000.00** | |
| 3.11 | BLUE CROSS BLUE SHIELD-ADMIN/CLAIMS | 03/20/2026 | 206,388.93 | Services |
| | I-20 AT ALPINE RD, Columbia, SC 29219 | 03/26/2026 | 101,596.64 | Services |
| | | 04/10/2026 | 215,615.12 | Services |
| | | 04/23/2026 | 545,175.56 | Services |
| | **TOTAL FOR BLUE CROSS BLUE SHIELD-ADMIN/CLAIMS** | | **1,068,776.25** | |
| 3.12 | BRENNTAG PACIFIC | 03/27/2026 | 20,297.61 | Suppliers or Vendors |
| | FILE #2674, Los Angeles, CA 90074-2674 | 04/08/2026 | 10,846.82 | Suppliers or Vendors |
| | | 04/10/2026 | 9,302.42 | Suppliers or Vendors |
| | | 04/22/2026 | 13,572.41 | Suppliers or Vendors |
| | | 04/28/2026 | 15,639.80 | Suppliers or Vendors |
| | | 05/21/2026 | 6,397.40 | Suppliers or Vendors |
| | **TOTAL FOR BRENNTAG PACIFIC** | | **76,056.46** | |
| 3.13 | CREDITOR 3 | 04/23/2026 | 1,200.00 | Independent Contractor Fees |
| | [Address on file] | 04/30/2026 | 2,400.00 | Independent Contractor Fees |
| | | 05/08/2026 | 2,400.00 | Independent Contractor Fees |
| | | 05/14/2026 | 2,400.00 | Independent Contractor Fees |
| | | 05/22/2026 | 2,400.00 | Independent Contractor Fees |
| | | 05/29/2026 | 7,200.00 | Independent Contractor Fees |
| | | 06/12/2026 | 2,400.00 | Independent Contractor Fees |
| | **TOTAL FOR CREDITOR 3** | | **20,400.00** | |
| 3.14 | BURLINGTON NORTHERN SANTA FE | 05/15/2026 | 169,510.00 | Suppliers or Vendors |
| | 3115 SOLUTIONS CENTER, Dallas, TX 75267-6152 | 05/22/2026 | 121,891.92 | Suppliers or Vendors |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q3 - PAYMENTS TO CREDITORS WITHIN 90 DAYS

| | Creditor's name and address | Dates | Amount ($) | Reason for payment or transfer |
|---|---|---|---|---|
| | | 05/29/2026 | 11,946.20 | Suppliers or Vendors |
| | | 06/05/2026 | 6,043.64 | Suppliers or Vendors |
| | **TOTAL FOR BURLINGTON NORTHERN SANTA FE** | | **309,391.76** | |
| 3.15 | CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION<br>PO BOX 942879, Sacramento, CA 94279-2879 | 04/28/2026 | 48,791.87 | Suppliers or Vendors |
| | **TOTAL FOR CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION** | | **48,791.87** | |
| 3.16 | CAREMARK LLC A DIV OF CVS PHARMACY<br>ONE CVS DR, Woonsocket, RI 02895 | 03/26/2026 | 146,446.02 | Services |
| | | 04/23/2026 | 144,134.21 | Services |
| | **TOTAL FOR CAREMARK LLC A DIV OF CVS PHARMACY** | | **290,580.23** | |
| 3.17 | CREDITOR 4<br>[Address on file] | 04/23/2026 | 3,410.88 | Independent Contractor Fees |
| | | 04/30/2026 | 2,513.28 | Independent Contractor Fees |
| | | 05/08/2026 | 2,962.08 | Independent Contractor Fees |
| | | 05/14/2026 | 3,141.60 | Independent Contractor Fees |
| | | 05/22/2026 | 2,872.32 | Independent Contractor Fees |
| | | 05/29/2026 | 5,520.24 | Independent Contractor Fees |
| | | 06/05/2026 | 3,006.96 | Independent Contractor Fees |
| | | 06/12/2026 | 3,051.84 | Independent Contractor Fees |
| | **TOTAL FOR CREDITOR 4** | | **26,479.20** | |
| 3.18 | CHEMTRON SUPPLY CORPORATION<br>3500 HARRY S. TRUMAN BLVD, St. Charles, MO 63301 | 04/10/2026 | 261,756.61 | Suppliers or Vendors |
| | | 04/28/2026 | 243,423.94 | Suppliers or Vendors |
| | **TOTAL FOR CHEMTRON SUPPLY CORPORATION** | | **505,180.55** | |
| 3.19 | COMMERCIAL LUMBER AND PALLET CO INC<br>135 LONG LANE, City of Industry, CA 91744 | 05/14/2026 | 75,040.00 | Suppliers or Vendors |
| | | 06/12/2026 | 56,280.00 | Suppliers or Vendors |
| | **TOTAL FOR COMMERCIAL LUMBER AND PALLET CO INC** | | **131,320.00** | |
| 3.20 | CONSTELLATION NEWENERGY<br>GAS DIVISION LLC, PO BOX 5473, Carol Stream, IL 60197-5473 | 03/25/2026 | 830,966.41 | Suppliers or Vendors |
| | **TOTAL FOR CONSTELLATION NEWENERGY** | | **830,966.41** | |
| 3.21 | COSCO SHIPPING LINES INC.<br>9659 N. SAM HOUSTON PKWY EAST, SUITE 150 #240, Humble, TX 77396 | 03/26/2026 | 51,670.00 | Suppliers or Vendors |
| | | 03/27/2026 | 3,600.00 | Suppliers or Vendors |
| | | 04/02/2026 | 380.00 | Suppliers or Vendors |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q3 - PAYMENTS TO CREDITORS WITHIN 90 DAYS

| | Creditor's name and address | Dates | Amount ($) | Reason for payment or transfer |
|---|---|---|---|---|
| | | 04/28/2026 | 94,435.00 | Suppliers or Vendors |
| | | 05/01/2026 | 575.00 | Suppliers or Vendors |
| | | 06/05/2026 | 66,435.00 | Suppliers or Vendors |
| | **TOTAL FOR COSCO SHIPPING LINES INC.** | | **217,095.00** | |
| 3.22 | CSX TRANSPORTATION | 03/26/2026 | 174,379.00 | Suppliers or Vendors |
| | 1659 SOLUTIONS CENTER, Chicago, IL 60677-1006 | 04/02/2026 | 46,018.00 | Suppliers or Vendors |
| | | 04/06/2026 | 19,722.00 | Suppliers or Vendors |
| | | 04/08/2026 | 69,260.92 | Suppliers or Vendors |
| | | 04/10/2026 | 19,830.00 | Suppliers or Vendors |
| | | 04/28/2026 | 19,830.00 | Suppliers or Vendors |
| | | 05/06/2026 | 13,220.00 | Suppliers or Vendors |
| | | 05/14/2026 | 6,610.00 | Suppliers or Vendors |
| | | 05/15/2026 | 13,438.00 | Suppliers or Vendors |
| | | 05/22/2026 | 20,244.00 | Suppliers or Vendors |
| | | 05/29/2026 | 20,484.00 | Suppliers or Vendors |
| | | 06/09/2026 | 13,656.00 | Suppliers or Vendors |
| | **TOTAL FOR CSX TRANSPORTATION** | | **436,691.92** | |
| 3.23 | DELTA DENTAL OF KANSAS,INC | 03/16/2026 | 12,311.15 | Services |
| | 1619 N. WATERFRONT PKWY, Wichita, KS 67206 | 03/23/2026 | 10,252.05 | Services |
| | | 03/31/2026 | 14,289.37 | Services |
| | | 04/07/2026 | 9,508.67 | Services |
| | | 04/14/2026 | 8,903.50 | Services |
| | | 04/21/2026 | 6,212.63 | Services |
| | | 04/28/2026 | 4,968.95 | Services |
| | | 05/06/2026 | 10,859.44 | Services |
| | | 05/08/2026 | 1,944.00 | Services |
| | | 05/11/2026 | 9,290.44 | Services |
| | | 05/18/2026 | 4,836.36 | Services |
| | | 05/26/2026 | 3,441.36 | Services |
| | | 06/01/2026 | 3,038.34 | Services |
| | | 06/10/2026 | 3,553.47 | Services |
| | **TOTAL FOR DELTA DENTAL OF KANSAS,INC** | | **103,409.73** | |
| 3.24 | DURR SYSTEMS, INC | 04/17/2026 | 63,894.61 | Suppliers or Vendors |
| | PO BOX 23217, New York, NY 10087-3217 | | | |
| | **TOTAL FOR DURR SYSTEMS, INC** | | **63,894.61** | |
| 3.25 | ENDPAK PACKAGING INC. | 03/26/2026 | 35,368.60 | Suppliers or Vendors |
| | 9101 PERKINS ST, Pico Rivera, CA 90660 | | | |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q3 - PAYMENTS TO CREDITORS WITHIN 90 DAYS

| | Creditor's name and address | Dates | Amount ($) | Reason for payment or transfer |
|---|---|---|---|---|
| | **TOTAL FOR ENDPAK PACKAGING INC.** | | **35,368.60** | |
| 3.26 | FAIRBANKS SCALES<br>PO BOX 419655, Kansas City, MO 64121-9655 | 03/20/2026 | 14,071.26 | Suppliers or Vendors |
| | **TOTAL FOR FAIRBANKS SCALES** | | **14,071.26** | |
| 3.27 | FIRST GLOBAL GEAR SERVICES<br>DBS : FGGS, 115 TECHNOLOGY DR, SUITE A-201, Trumbull, CT 6611 | 04/10/2026 | 67,607.04 | Services |
| | **TOTAL FOR FIRST GLOBAL GEAR SERVICES** | | **67,607.04** | |
| 3.28 | FRONTIER CALIFORNIA INC.<br>PO BOX 740407, CINCINNATI, OH 45274-0407 | 03/20/2026 | 5,065.86 | Suppliers or Vendors |
| | | 04/28/2026 | 5,065.86 | Suppliers or Vendors |
| | **TOTAL FOR FRONTIER CALIFORNIA INC.** | | **10,131.72** | |
| 3.29 | G. LEWIS & ASSOCIATES<br>233 Golf Drive, Buck Hills Falls, PA 18323 | 05/29/2026 | 20,000.00 | Services |
| | | 06/03/2026 | 20,000.00 | Services |
| | **TOTAL FOR G. LEWIS & ASSOCIATES** | | **40,000.00** | |
| 3.30 | GLOBAL-PAK, INC.<br>PO BOX 89, Elkton, OH 44415 | 03/26/2026 | 68,904.00 | Suppliers or Vendors |
| | **TOTAL FOR GLOBAL-PAK, INC.** | | **68,904.00** | |
| 3.31 | GRANT THORNTON LLP<br>PO BOX 71192, Chicago, IL 60694-1192 | 05/20/2026 | 196,875.50 | Services |
| | **TOTAL FOR GRANT THORNTON LLP** | | **196,875.50** | |
| 3.32 | HERC RENTALS, INC.<br>PO BOX 936257, Atlanta, GA 31193 | 03/20/2026 | 9,430.70 | Suppliers or Vendors |
| | | 04/23/2026 | 7,592.78 | Suppliers or Vendors |
| | **TOTAL FOR HERC RENTALS, INC.** | | **17,023.48** | |
| 3.33 | IMC LOGISITICS, LLC<br>1305 SCHILLING BLVD WEST, Collierville, TN 38017 | 03/26/2026 | 146,453.64 | Suppliers or Vendors |
| | | 04/28/2026 | 335,768.89 | Suppliers or Vendors |
| | **TOTAL FOR IMC LOGISITICS, LLC** | | **482,222.53** | |

# EXHIBIT P2, Q3 - PAYMENTS TO CREDITORS WITHIN 90 DAYS

| | Creditor's name and address | Dates | Amount ($) | Reason for payment or transfer |
|---|---|---|---|---|
| 3.34 | INDIAN WELLS VALLEY GROUNDWATER AUTHORITY, PO BOX 1329, Ridgecrest, CA 93556-1329 | 04/10/2026 | 22,810.95 | Suppliers or Vendors |
| | **TOTAL FOR INDIAN WELLS VALLEY** | | **22,810.95** | |
| 3.35 | INEOS OXIDE LLC 2600 SOUTH SHORE BLVD, CHURCH ST STATION, League City, TX 77573 | 04/10/2026 | 78,768.99 | Suppliers or Vendors |
| | **TOTAL FOR INEOS OXIDE LLC** | | **78,768.99** | |
| 3.36 | INNOVATIVE PROCESS CONTROLS, LLC PO BOX 930, Woodinville, WA 98072 | 03/20/2026 | 1,872.49 | Suppliers or Vendors |
| | | 04/23/2026 | 7,398.40 | Suppliers or Vendors |
| | **TOTAL FOR INNOVATIVE PROCESS CONTROLS, LLC** | | **9,270.89** | |
| 3.37 | INTELLITRANS LLC PO BOX 934941, Atlanta, GA 31193-4941 | 03/20/2026 | 5,191.35 | Suppliers or Vendors |
| | | 04/23/2026 | 10,727.20 | Suppliers or Vendors |
| | **TOTAL FOR INTELLITRANS LLC** | | **15,918.55** | |
| 3.38 | INTRALINKS, INC PO BOX 392134, Pittsburgh, PA 15251-2134 | 06/05/2026 | 132,927.30 | Suppliers or Vendors |
| | **TOTAL FOR INTRALINKS, INC** | | **132,927.30** | |
| 3.39 | IPFS CORPORATION OF THE SOUTH 1055 BRDWAY, 11TH FLOOR, Kansas City, MO 64105 | 04/02/2026 | 308,613.99 | Suppliers or Vendors |
| | | 04/30/2026 | 308,613.99 | Suppliers or Vendors |
| | | 05/29/2026 | 308,613.99 | Suppliers or Vendors |
| | **TOTAL FOR IPFS CORPORATION OF THE SOUTH** | | **925,841.97** | |
| 3.40 | JIM BURKE FORD PO BOX 2088, Bakersfield, CA 93303 | 03/20/2026 | 29,166.09 | Suppliers or Vendors |
| | | 04/23/2026 | 2,138.89 | Suppliers or Vendors |
| | **TOTAL FOR JIM BURKE FORD** | | **31,304.98** | |
| 3.41 | KELLY PIPE CO. PO BOX 2827, Santa Fe Springs, CA 90670 | 04/23/2026 | 36,027.54 | Suppliers or Vendors |
| | **TOTAL FOR KELLY PIPE CO.** | | **36,027.54** | |
| 3.42 | CREDITOR 5 [Address on file] | 04/14/2026 | 18,000.00 | Legal Settlement |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q3 - PAYMENTS TO CREDITORS WITHIN 90 DAYS

| | Creditor's name and address | Dates | Amount ($) | Reason for payment or transfer |
|---|---|---|---|---|
| | **TOTAL FOR CREDITOR 5** | | **18,000.00** | |
| 3.43 | KOMATSU FINANCIAL LP<br>PO BOX 99303, Chicago, IL 60693 | 06/12/2026 | 9,292.32 | Services |
| | **TOTAL FOR KOMATSU FINANCIAL LP** | | **9,292.32** | |
| 3.44 | CREDITOR 6 | 05/29/2026 | 6,656.00 | Independent Contractor Fees |
| | [Address on file] | 06/05/2026 | 3,328.00 | Independent Contractor Fees |
| | | 06/12/2026 | 1,664.00 | Independent Contractor Fees |
| | **TOTAL FOR CREDITOR 6** | | **11,648.00** | |
| 3.45 | LINDE GAS AND EQUIPMENT INC. | 03/20/2026 | 18,873.72 | Suppliers or Vendors |
| | DEPT LA 21511, Pasadena, CA 91185-1511 | 04/23/2026 | 56,691.48 | Suppliers or Vendors |
| | **TOTAL FOR LINDE GAS AND EQUIPMENT INC.** | | **75,565.20** | |
| 3.46 | MARSH & MCLENNAN COMPANIES, INC<br>3201 Beechleaf Court, Suite 200, Raleigh, NC 27604 | 05/29/2026 | 250,000.00 | Services |
| | **TOTAL FOR MARSH & MCLENNAN COMPANIES, INC** | | **250,000.00** | |
| 3.47 | MATT BIRD ENGINEERING, LLC<br>148 LILAC ST, Ridgecrest, CA 93555 | 04/10/2026 | 30,075.00 | Services |
| | **TOTAL FOR MATT BIRD ENGINEERING, LLC** | | **30,075.00** | |
| 3.48 | MEDITERRANEAN SHIPPING CO (USA) INC<br>420 5TH AVE, New York, NY 10018 | 04/28/2026 | 9,340.67 | Suppliers or Vendors |
| | **TOTAL FOR MEDITERRANEAN SHIPPING CO (USA) INC** | | **9,340.67** | |
| 3.49 | MINERAL TRANSPORT SERVICE | 04/28/2026 | 260,547.63 | Services |
| | 14071 PEYTON DR, SUITE 747, Chino Hills, CA 91709 | 06/12/2026 | 31,367.70 | Services |
| | **TOTAL FOR MINERAL TRANSPORT SERVICE** | | **291,915.33** | |
| 3.50 | MP ENVIRONMENTAL SERVICES, INC.<br>PO BOX 80358, Bakersfield, CA 93380 | 04/10/2026 | 9,288.00 | Services |
| | **TOTAL FOR MP ENVIRONMENTAL SERVICES, INC.** | | **9,288.00** | |
| 3.51 | MPW INDUSTRIAL SERVICES GROUP, INC.<br>1300 PAYSPHERE CIRCLE, Chicago, IL 60674 | 05/29/2026 | 39,965.00 | Services |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q3 - PAYMENTS TO CREDITORS WITHIN 90 DAYS

| | Creditor's name and address | Dates | Amount ($) | Reason for payment or transfer |
|---|---|---|---|---|
| | **TOTAL FOR MPW INDUSTRIAL SERVICES GROUP, INC.** | | **39,965.00** | |
| 3.52 | Mr. Crane, Inc.<br>647 N. HARITON ST, Orange, CA 92868 | 05/29/2026 | 70,191.07 | Suppliers or Vendors |
| | **TOTAL FOR MR. CRANE, INC.** | | **70,191.07** | |
| 3.53 | MRC GLOBAL<br>PO BOX 204392, Dallas, TX 75320-4392 | 03/20/2026 | 5,249.87 | Suppliers or Vendors |
| | | 04/23/2026 | 62,584.97 | Suppliers or Vendors |
| | **TOTAL FOR MRC GLOBAL** | | **67,834.84** | |
| 3.54 | NALCO<br>PO BOX 70716, Chicago, IL 60673-0716 | 04/08/2026 | 98,680.14 | Suppliers or Vendors |
| | | 04/10/2026 | 85,430.45 | Suppliers or Vendors |
| | | 04/17/2026 | 75,685.32 | Suppliers or Vendors |
| | | 04/28/2026 | 51,943.12 | Suppliers or Vendors |
| | | 05/22/2026 | 44,924.67 | Suppliers or Vendors |
| | **TOTAL FOR NALCO** | | **356,663.70** | |
| 3.55 | NAPA AUTO PARTS<br>501 W INYOKERN RD, Ridgecrest, CA 93555 | 03/20/2026 | 3,661.94 | Suppliers or Vendors |
| | | 04/23/2026 | 5,001.35 | Suppliers or Vendors |
| | **TOTAL FOR NAPA AUTO PARTS** | | **8,663.29** | |
| 3.56 | NEW PIG CORPORATION<br>ONE PORK AVE, Tipton, PA 16684-0304 | 03/20/2026 | 9,054.23 | Suppliers or Vendors |
| | | 04/23/2026 | 18,426.24 | Suppliers or Vendors |
| | **TOTAL FOR NEW PIG CORPORATION** | | **27,480.47** | |
| 3.57 | NH3 PLUS, INC.<br>5382 SOUTH PEACH, Fresno, CA 93725 | 03/20/2026 | 13,961.93 | Suppliers or Vendors |
| | **TOTAL FOR NH3 PLUS, INC.** | | **13,961.93** | |
| 3.58 | OCEAN NETWORK EXPRESS PTE LTD<br>7 STRAITS VIEW, MARINA ONE EAST, TOWER, #16-01, 18936 | 04/02/2026 | 160.00 | Suppliers or Vendors |
| | | 04/17/2026 | 4,620.00 | Suppliers or Vendors |
| | | 04/28/2026 | 88,230.00 | Suppliers or Vendors |
| | **TOTAL FOR OCEAN NETWORK EXPRESS PTE LTD** | | **93,010.00** | |
| 3.59 | ONTERRIS, INC.<br>1631 E. SAINT ANDREW PLACE, Santa Ana, CA 92705 | 04/17/2026 | 71,775.00 | Suppliers or Vendors |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q3 - PAYMENTS TO CREDITORS WITHIN 90 DAYS

| | Creditor's name and address | Dates | Amount ($) | Reason for payment or transfer |
|---|---|---|---|---|
| | **TOTAL FOR ONTERRIS, INC.** | | **71,775.00** | |
| 3.60 | PACIFIC GAS & ELECTRIC | 03/24/2026 | 725,843.20 | Suppliers or Vendors |
| | IN CARE OF PAYMENT PROCESSING, PO BOX 997300, Sacramento, | 04/14/2026 | 8,181.00 | Suppliers or Vendors |
| | CA 95899-7300 | 04/17/2026 | 1,212,433.13 | Suppliers or Vendors |
| | | 04/28/2026 | 437.15 | Suppliers or Vendors |
| | | 05/21/2026 | 1,218,681.40 | Suppliers or Vendors |
| | **TOTAL FOR PACIFIC GAS & ELECTRIC** | | **3,165,575.88** | |
| 3.61 | PACIFIC MECHANICAL SUPPLY | 03/20/2026 | 24,910.81 | Suppliers or Vendors |
| | PO BOX 150345, Ogden, UT 84415-0345 | 04/23/2026 | 102,982.34 | Suppliers or Vendors |
| | **TOTAL FOR PACIFIC MECHANICAL SUPPLY** | | **127,893.15** | |
| 3.62 | PRACTUS LLP | 04/10/2026 | 41,080.00 | Suppliers or Vendors |
| | 11300 TOMAHAWK CREEK PKWY, SUITE 310, Leawood, KS 66211 | | | |
| | **TOTAL FOR PRACTUS LLP** | | **41,080.00** | |
| 3.63 | PROCON PACIFIC, LLC | 03/26/2026 | 72,106.00 | Suppliers or Vendors |
| | 436 EISENHOUWER LANE NORTH, Lombard, IL 60148 | | | |
| | **TOTAL FOR PROCON PACIFIC, LLC** | | **72,106.00** | |
| 3.64 | PROFESSIONAL BEARING SERVICE INC. | 03/26/2026 | 48,372.38 | Suppliers or Vendors |
| | 3831 CATALINA ST UNIT I, Los Alamitos, CA 90720 | 04/30/2026 | 6,350.00 | Suppliers or Vendors |
| | **TOTAL FOR PROFESSIONAL BEARING SERVICE INC.** | | **54,722.38** | |
| 3.65 | PRUDENTIAL INSURANCE CO. OF AMERICA | 03/17/2026 | 210.00 | Suppliers or Vendors |
| | PO BOX 101241, Atlanta, GA 30392-1241 | 03/26/2026 | 60,091.12 | Suppliers or Vendors |
| | | 04/14/2026 | 248.57 | Suppliers or Vendors |
| | | 04/16/2026 | 182.14 | Suppliers or Vendors |
| | | 05/05/2026 | 129.86 | Suppliers or Vendors |
| | | 05/12/2026 | 120.00 | Suppliers or Vendors |
| | | 05/27/2026 | 23.44 | Suppliers or Vendors |
| | | 06/09/2026 | 90.00 | Suppliers or Vendors |
| | **TOTAL FOR PRUDENTIAL INSURANCE CO. OF AMERICA** | | **61,095.13** | |
| 3.66 | PRUDENTIAL OVERALL SUPPLY | 04/14/2026 | 17,801.79 | Suppliers or Vendors |
| | PO BOX 11210, Santa Ana, CA 92711-1210 | 04/28/2026 | 6,355.91 | Suppliers or Vendors |
| | | 06/09/2026 | 13,750.81 | Suppliers or Vendors |
| | **TOTAL FOR PRUDENTIAL OVERALL SUPPLY** | | **37,908.51** | |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q3 - PAYMENTS TO CREDITORS WITHIN 90 DAYS

| | Creditor's name and address | Dates | Amount ($) | Reason for payment or transfer |
|---|---|---|---|---|
| 3.67 | CREDITOR 7 | 04/23/2026 | 7,625.00 | Independent Contractor Fees |
| | [Address on file] | 04/30/2026 | 4,750.00 | Independent Contractor Fees |
| | | 05/08/2026 | 4,843.75 | Independent Contractor Fees |
| | | 05/14/2026 | 5,312.50 | Independent Contractor Fees |
| | | 05/22/2026 | 5,406.25 | Independent Contractor Fees |
| | | 05/29/2026 | 7,500.00 | Independent Contractor Fees |
| | | 06/05/2026 | 4,718.75 | Independent Contractor Fees |
| | | 06/12/2026 | 5,718.75 | Independent Contractor Fees |
| | **TOTAL FOR CREDITOR 7** | | **45,875.00** | |
| 3.68 | RYAN TRANSPORTATION SERVICES | 03/26/2026 | 51,122.17 | Services |
| | PO BOX 841220, Dallas, TX 75284-1220 | 04/02/2026 | 3,218.16 | Services |
| | | 04/10/2026 | 21,236.38 | Services |
| | | 04/23/2026 | 70,753.81 | Services |
| | | 04/28/2026 | 117,735.99 | Services |
| | | 05/14/2026 | 66,890.67 | Services |
| | | 05/22/2026 | 21,416.02 | Services |
| | | 05/29/2026 | 21,830.48 | Services |
| | **TOTAL FOR RYAN TRANSPORTATION SERVICES** | | **374,203.68** | |
| 3.69 | SAN DIEGO GAS AND ELECTRIC | 04/08/2026 | 35,577.94 | Suppliers or Vendors |
| | PO BOX 25111, Santa Ana, CA 92799-5111 | 04/28/2026 | 232.76 | Suppliers or Vendors |
| | **TOTAL FOR SAN DIEGO GAS AND ELECTRIC** | | **35,810.70** | |
| 3.70 | SECURITAS SECURITY SERVICES INC. | 04/17/2026 | 133,187.19 | Services |
| | PO BOX 57220, Los Angeles, CA 90074-7220 | 05/22/2026 | 143,324.98 | Services |
| | | 06/05/2026 | 125,388.46 | Services |
| | **TOTAL FOR SECURITAS SECURITY SERVICES INC.** | | **401,900.63** | |
| 3.71 | SOUTHERN CALIFORNIA EDISON CO | 03/26/2026 | 24,299.69 | Suppliers or Vendors |
| | PO BOX 300, Rosemead, CA 91772-0001 | 04/08/2026 | 868,390.81 | Suppliers or Vendors |
| | | 04/10/2026 | 524.73 | Suppliers or Vendors |
| | | 04/17/2026 | 170,947.77 | Suppliers or Vendors |
| | | 04/28/2026 | 13,410.94 | Suppliers or Vendors |
| | | 05/14/2026 | 630,167.36 | Suppliers or Vendors |
| | | 06/12/2026 | 572,538.14 | Suppliers or Vendors |
| | **TOTAL FOR SOUTHERN CALIFORNIA EDISON CO** | | **2,280,279.44** | |
| 3.72 | SUMINISTROS INDUSTRIALES POTOSINOS | 05/14/2026 | 33,626.08 | Suppliers or Vendors |
| | EJE 120 NO 595 ZONA INDUSTRIAL, San Luis Potosi, SL 78395 | 06/12/2026 | 66,717.40 | Suppliers or Vendors |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q3 - PAYMENTS TO CREDITORS WITHIN 90 DAYS

| | Creditor's name and address | Dates | Amount ($) | Reason for payment or transfer |
|---|---|---|---|---|
| | **TOTAL FOR SUMINISTROS INDUSTRIALES POTOSINOS** | | **100,343.48** | |
| 3.73 | SURENCY LIFE AND HEALTH INS. CO. | 03/18/2026 | 15,090.95 | Suppliers or Vendors |
| | PO BOX 843810, Kansas City, MO 64184-3810 | 03/23/2026 | 1,084.50 | Suppliers or Vendors |
| | | 03/25/2026 | 8,325.61 | Suppliers or Vendors |
| | | 04/01/2026 | 11,255.72 | Suppliers or Vendors |
| | | 04/08/2026 | 9,850.54 | Suppliers or Vendors |
| | | 04/15/2026 | 1,756.34 | Suppliers or Vendors |
| | | 04/16/2026 | 3,632.34 | Suppliers or Vendors |
| | | 04/21/2026 | 535.50 | Suppliers or Vendors |
| | | 04/22/2026 | 4,043.82 | Suppliers or Vendors |
| | | 05/05/2026 | 20,021.71 | Suppliers or Vendors |
| | | 05/06/2026 | 1,640.46 | Suppliers or Vendors |
| | | 05/13/2026 | 1,124.08 | Suppliers or Vendors |
| | | 05/14/2026 | 1,813.73 | Suppliers or Vendors |
| | | 05/20/2026 | 1,467.25 | Suppliers or Vendors |
| | | 05/21/2026 | 350.00 | Suppliers or Vendors |
| | | 05/28/2026 | 1,633.82 | Suppliers or Vendors |
| | | 06/03/2026 | 1,717.88 | Suppliers or Vendors |
| | | 06/10/2026 | 41.68 | Suppliers or Vendors |
| | **TOTAL FOR SURENCY LIFE AND HEALTH INS. CO.** | | **85,385.93** | |
| 3.74 | T & T TRUCKING INC | 04/10/2026 | 109,843.16 | Suppliers or Vendors |
| | 11396 N HWY 99, Lodi, CA 95240 | 04/28/2026 | 101,608.97 | Suppliers or Vendors |
| | **TOTAL FOR T & T TRUCKING INC** | | **211,452.13** | |
| 3.75 | TATA CHEMICALS SODA ASH PARTNERS LLC | 03/20/2026 | 1,470,593.14 | Services |
| | 111 E. SEGO LILY DRIVE, Sandy, UT 84070 | 03/26/2026 | 1,246,946.81 | Services |
| | | 04/09/2026 | 1,912,755.91 | Services |
| | | 04/17/2026 | 1,179,469.61 | Services |
| | | 04/29/2026 | 2,006,417.53 | Services |
| | | 05/07/2026 | 5,010,101.75 | Services |
| | | 05/19/2026 | 1,474,735.55 | Services |
| | | 05/29/2026 | 1,692,797.90 | Services |
| | | 06/05/2026 | 1,199,748.73 | Services |
| | | 06/09/2026 | 1,549,303.68 | Services |
| | | 06/11/2026 | 975,199.08 | Services |
| | | 06/12/2026 | 1,243,192.27 | Services |
| | **TOTAL FOR TATA CHEMICALS SODA ASH PARTNERS LLC** | | **20,961,261.96** | |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q3 - PAYMENTS TO CREDITORS WITHIN 90 DAYS

| | Creditor's name and address | Dates | Amount ($) | Reason for payment or transfer |
|---|---|---|---|---|
| 3.76 | CREDITOR 8<br>[Address on file] | 04/23/2026 | 2,880.00 | Independent Contractor Fees |
| | | 04/30/2026 | 2,880.00 | Independent Contractor Fees |
| | | 05/08/2026 | 2,880.00 | Independent Contractor Fees |
| | | 05/14/2026 | 5,760.00 | Independent Contractor Fees |
| | | 05/22/2026 | 4,800.00 | Independent Contractor Fees |
| | | 05/29/2026 | 6,240.00 | Independent Contractor Fees |
| | | 06/05/2026 | 4,500.00 | Independent Contractor Fees |
| | | 06/12/2026 | 2,880.00 | Independent Contractor Fees |
| | **TOTAL FOR CREDITOR 8** | | **32,820.00** | |
| 3.77 | TRISTAR CLAIMS MANAGEMENT SERVICES<br>100 OCEANGATE, SUITE 700, Long Beach, CA 90802 | 03/20/2026 | 24,545.93 | Services |
| | | 03/26/2026 | 205.00 | Services |
| | | 04/10/2026 | 26,567.03 | Services |
| | | 04/20/2026 | 59,860.75 | Services |
| | | 05/15/2026 | 303,874.86 | Services |
| | | 05/29/2026 | 27,390.69 | Services |
| | **TOTAL FOR TRISTAR CLAIMS MANAGEMENT SERVICES** | | **442,444.26** | |
| 3.78 | UNION PACIFIC RAILROAD<br>5074 COLLECTIONS CENTER DR, Dallas, TX 75284 | 04/10/2026 | 401,916.08 | Suppliers or Vendors |
| | | 05/15/2026 | 142,087.46 | Suppliers or Vendors |
| | **TOTAL FOR UNION PACIFIC RAILROAD** | | **544,003.54** | |
| 3.79 | UNITED RENTALS(NORTH AMERICA)<br>FILE 51122, Los Angeles, CA 90074-1122 | 03/20/2026 | 73,535.06 | Suppliers or Vendors |
| | | 04/23/2026 | 91,771.39 | Suppliers or Vendors |
| | **TOTAL FOR UNITED RENTALS(NORTH AMERICA)** | | **165,306.45** | |
| 3.80 | UNIVAR<br>PO BOX 740896, Los Angeles, CA 90074-0896 | 03/16/2026 | 11,680.52 | Suppliers or Vendors |
| | | 06/12/2026 | 11,521.95 | Suppliers or Vendors |
| | **TOTAL FOR UNIVAR** | | **23,202.47** | |
| 3.81 | US PLASTICS TRADING & LOGISTICS INC<br>20016 NE 36 PL., Aventura, FL 33180 | 04/17/2026 | 63,181.77 | Suppliers or Vendors |
| | **TOTAL FOR US PLASTICS TRADING & LOGISTICS INC** | | **63,181.77** | |
| 3.82 | VALLEY PACIFIC PETROLEUM SERVICES<br>PO BOX 1245, French Camp, CA 95231-1245 | 03/26/2026 | 112,896.17 | Suppliers or Vendors |
| | | 04/10/2026 | 56,143.18 | Suppliers or Vendors |
| | | 04/28/2026 | 123,799.42 | Suppliers or Vendors |
| | | 05/01/2026 | 54,331.86 | Suppliers or Vendors |
| | | 05/14/2026 | 96,389.24 | Suppliers or Vendors |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q3 - PAYMENTS TO CREDITORS WITHIN 90 DAYS

| | Creditor's name and address | Dates | Amount ($) | Reason for payment or transfer |
|---|---|---|---|---|
| | | 05/29/2026 | 91,071.36 | Suppliers or Vendors |
| | | 06/09/2026 | 46,157.32 | Suppliers or Vendors |
| | **TOTAL FOR VALLEY PACIFIC PETROLEUM SERVICES** | | **580,788.55** | |
| 3.83 | VCOM SOLUTIONS INC. | 03/26/2026 | 8,086.78 | Suppliers or Vendors |
| | 12657 ALCOSTA BLVD, SUITE 450, San Ramon, CA 94583 | 04/28/2026 | 9,097.06 | Suppliers or Vendors |
| | **TOTAL FOR VCOM SOLUTIONS INC.** | | **17,183.84** | |
| 3.84 | VEOLIA WTS USA, INC. | 03/20/2026 | 17,518.59 | Suppliers or Vendors |
| | PO BOX 846046, Dallas, TX 75284-6046 | | | |
| | **TOTAL FOR VEOLIA WTS USA, INC.** | | **17,518.59** | |
| 3.85 | VISION SERVICE PLAN | 03/26/2026 | 12,117.68 | Services |
| | PO BOX 742788, Los Angeles, CA 90074-2788 | | | |
| | **TOTAL FOR VISION SERVICE PLAN** | | **12,117.68** | |
| 3.86 | WABTEC GLOBAL SERVICES | 03/20/2026 | 2,214.68 | Services |
| | 2665 RELIABLE PKWY, Chicago, IL 60686 | 04/28/2026 | 6,642.13 | Services |
| | **TOTAL FOR WABTEC GLOBAL SERVICES** | | **8,856.81** | |
| 3.87 | WALKER CHEMICAL CONSULTING LLC | 04/23/2026 | 1,240.00 | Services |
| | 17004 HAUSER STREET, Overland Park, KS 66221 | 04/30/2026 | 1,240.00 | Services |
| | | 05/08/2026 | 1,240.00 | Services |
| | | 05/14/2026 | 1,240.00 | Services |
| | | 05/22/2026 | 1,240.00 | Services |
| | | 05/29/2026 | 3,720.00 | Services |
| | | 06/05/2026 | 1,240.00 | Services |
| | **TOTAL FOR WALKER CHEMICAL CONSULTING LLC** | | **11,160.00** | |
| 3.88 | WILLIS TOWERS WATSON US LLC | 06/09/2026 | 100,000.00 | Services |
| | 233 S. Wacker Drive, Suite 1800, Chicago, IL 60606 | | | |
| | **TOTAL FOR WILLIS TOWERS WATSON US LLC** | | **100,000.00** | |
| 3.89 | WORKRIGHT LAW, APC | 04/14/2026 | 21,000.00 | Services |
| | 3925 TIPPERARY COURT, Yorba Linda, CA 92886 | | | |
| | **TOTAL FOR WORKRIGHT LAW, APC** | | **21,000.00** | |
| 3.90 | YOKOGAWA CORP OF AMERICA | 03/26/2026 | 25,586.05 | Suppliers or Vendors |
| | PO BOX 409220, Atlanta, GA 30384-9220 | | | |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q3 - PAYMENTS TO CREDITORS WITHIN 90 DAYS

| | Creditor's name and address | Dates | Amount ($) | Reason for payment or transfer |
|---|---|---|---|---|
| | **TOTAL FOR YOKOGAWA CORP OF AMERICA** | | **25,586.05** | |
| 3.91 | ZURICH NA<br>1400 AMERICAN LANE, Schaumburg, IL 60196 | 05/29/2026 | 15,590.60 | Services |
| | **TOTAL FOR ZURICH NA** | | **15,590.60** | |
| | **GRAND TOTAL** | | **40,299,075.79** | |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| 4.1 | Cleary, Karl | Former VP of Operations | 06/20/2025 | 14,498.35 | Net Payroll |
| | 9401 Indian Creek Parkway, Suite 1000, Overland Park, KS 66210 | | 07/03/2025 | 580.29 | Expense Reimbursements |
| | | | 07/11/2025 | 4,803.15 | Bonus |
| | | | 07/18/2025 | 14,802.91 | Net Payroll |
| | | | 08/08/2025 | 5,233.81 | Bonus |
| | | | 08/14/2025 | 20,000.00 | Expense Reimbursements |
| | | | 08/20/2025 | 16,078.14 | Net Payroll |
| | | | 08/29/2025 | 33,209.02 | Final Net Payroll |
| | **TOTAL FOR CLEARY, KARL** | | | **109,205.67** | |
| 4.2 | Cruise, Dennis | President | 06/20/2025 | 23,980.53 | Net Payroll |
| | 9401 Indian Creek Parkway, Suite 1000, Overland Park, KS 66210 | | 07/11/2025 | 10,882.36 | Bonus |
| | | | 07/18/2025 | 24,179.76 | Net Payroll |
| | | | 07/24/2025 | 7,699.21 | Expense Reimbursements |
| | | | 08/08/2025 | 10,882.37 | Bonus |
| | | | 08/20/2025 | 23,398.85 | Net Payroll |
| | | | 08/28/2025 | 4,038.40 | Expense Reimbursements |
| | | | 09/12/2025 | 10,882.36 | Bonus |
| | | | 09/19/2025 | 22,936.27 | Net Payroll |
| | | | 10/16/2025 | 8,093.11 | Expense Reimbursements |
| | | | 10/20/2025 | 22,936.26 | Net Payroll |
| | | | 11/20/2025 | 5,011.09 | Expense Reimbursements |
| | | | 11/20/2025 | 23,165.56 | Net Payroll |
| | | | 12/11/2025 | 1,491.59 | Expense Reimbursements |
| | | | 12/19/2025 | 25,771.47 | Net Payroll |
| | | | 01/20/2026 | 21,948.41 | Net Payroll |
| | | | 02/20/2026 | 21,948.40 | Net Payroll |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | | | 02/26/2026 | 13,537.31 | Expense Reimbursements |
| | | | 03/20/2026 | 21,948.41 | Net Payroll |
| | | | 04/20/2026 | 21,948.40 | Net Payroll |
| | | | 04/23/2026 | 4,971.39 | Expense Reimbursements |
| | | | 05/08/2026 | 185,116.14 | Bonus |
| | | | 05/20/2026 | 23,003.27 | Net Payroll |
| | | | 05/29/2026 | 2,243.62 | Expense Reimbursements |
| | **TOTAL FOR CRUISE, DENNIS** | | | **542,014.54** | |
| 4.3 | Dowd, Matthew J.<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS 66210 | Director and Corporate Secretary | 07/03/2025 | 4,000.00 | Board Fees |
| | | | 08/07/2025 | 4,000.00 | Board Fees |
| | | | 09/04/2025 | 4,000.00 | Board Fees |
| | | | 10/02/2025 | 4,000.00 | Board Fees |
| | | | 11/13/2025 | 4,000.00 | Board Fees |
| | | | 12/04/2025 | 4,000.00 | Board Fees |
| | | | 02/06/2026 | 8,000.00 | Board Fees |
| | | | 03/05/2026 | 4,000.00 | Board Fees |
| | | | 04/23/2026 | 4,000.00 | Board Fees |
| | | | 06/12/2026 | 8,000.00 | Board Fees |
| | **TOTAL FOR DOWD, MATTHEW J.** | | | **48,000.00** | |
| 4.4 | DUBEL & ASSOCIATES, LLC<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS 66210 | Independent Director | 05/29/2026 | 63,710.00 | Independent Director Fees |
| | **TOTAL FOR DUBEL & ASSOCIATES, LLC** | | | **63,710.00** | |
| 4.5 | Ford, Pamela<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS 66210 | Former VP of Sales and Marketing | 06/20/2025 | 11,405.20 | Net Payroll |
| | | | 07/11/2025 | 3,855.65 | Bonus |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | | | 07/18/2025 | 11,616.39 | Net Payroll |
| | | | 08/08/2025 | 3,855.65 | Bonus |
| | | | 08/20/2025 | 11,616.39 | Net Payroll |
| | | | 09/04/2025 | 1,460.25 | Expense Reimbursements |
| | | | 09/12/2025 | 4,174.17 | Bonus |
| | | | 09/19/2025 | 12,885.15 | Net Payroll |
| | | | 10/20/2025 | 12,716.29 | Net Payroll |
| | | | 11/06/2025 | 1,484.19 | Expense Reimbursements |
| | | | 11/20/2025 | 14,628.56 | Net Payroll |
| | | | 12/19/2025 | 14,701.13 | Net Payroll |
| | | | 01/20/2026 | 11,581.02 | Net Payroll |
| | | | 02/13/2026 | 2,285.51 | Expense Reimbursements |
| | | | 02/20/2026 | 11,581.03 | Net Payroll |
| | | | 03/20/2026 | 11,581.02 | Net Payroll |
| | | | 04/07/2026 | 55,904.39 | Final Net Payroll |
| | | | 04/28/2026 | 183,883.55 | Severance |
| | **TOTAL FOR FORD, PAMELA** | | | **381,215.54** | |
| 4.6 | Karnavati Holdings, Inc.<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS 66210 | Intercompany - Non-Debtor Affiliate | 07/01/2025 | 2,000,012.80 | Loan Repayment |
| | | | 03/03/2026 | 4,100,000.00 | Loan Repayment |
| | **TOTAL FOR KARNAVATI HOLDINGS, INC.** | | | **6,100,012.80** | |
| 4.7 | Pemberton, Don<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS 66210 | Chief Financial Officer | 06/19/2025 | 2,360.48 | Expense Reimbursements |
| | | | 06/20/2025 | 15,082.95 | Net Payroll |
| | | | 07/10/2025 | 2,519.91 | Expense Reimbursements |
| | | | 07/11/2025 | 5,298.98 | Bonus |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|
| | | 07/18/2025 | 16,848.45 | Net Payroll |
| | | 07/24/2025 | 1,938.92 | Expense Reimbursements |
| | | 08/08/2025 | 5,728.70 | Bonus |
| | | 08/14/2025 | 4,811.61 | Expense Reimbursements |
| | | 08/20/2025 | 16,675.87 | Net Payroll |
| | | 08/28/2025 | 2,883.51 | Expense Reimbursements |
| | | 09/11/2025 | 3,408.50 | Expense Reimbursements |
| | | 09/12/2025 | 5,728.69 | Bonus |
| | | 09/18/2025 | 2,525.48 | Expense Reimbursements |
| | | 09/19/2025 | 16,675.86 | Net Payroll |
| | | 10/02/2025 | 3,159.36 | Expense Reimbursements |
| | | 10/16/2025 | 1,524.61 | Expense Reimbursements |
| | | 10/20/2025 | 16,675.87 | Net Payroll |
| | | 11/20/2025 | 2,635.41 | Expense Reimbursements |
| | | 11/20/2025 | 17,683.06 | Net Payroll |
| | | 12/11/2025 | 3,863.28 | Expense Reimbursements |
| | | 12/19/2025 | 18,552.72 | Net Payroll |
| | | 12/31/2025 | 195.10 | Expense Reimbursements |
| | | 01/20/2026 | 15,227.74 | Net Payroll |
| | | 02/06/2026 | 3,197.18 | Expense Reimbursements |
| | | 02/20/2026 | 15,227.74 | Net Payroll |
| | | 03/20/2026 | 3,385.60 | Expense Reimbursements |
| | | 03/20/2026 | 15,227.74 | Net Payroll |
| | | 04/10/2026 | 5,283.10 | Expense Reimbursements |
| | | 04/20/2026 | 15,227.74 | Net Payroll |
| | | 04/30/2026 | 710.45 | Expense Reimbursements |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | | | 05/08/2026 | 118,174.71 | Bonus |
| | | | 05/20/2026 | 16,739.79 | Net Payroll |
| | | | 05/29/2026 | 3,133.80 | Expense Reimbursements |
| | **TOTAL FOR PEMBERTON, DON** | | | **378,312.91** | |
| 4.8 | Puri, Avinash<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS 66210 | Director | 06/20/2025 | 12,431.69 | Net Payroll |
| | | | 07/18/2025 | 12,512.63 | Net Payroll |
| | | | 08/20/2025 | 12,512.63 | Net Payroll |
| | | | 09/19/2025 | 13,549.30 | Net Payroll |
| | | | 10/16/2025 | 2,778.25 | Expense Reimbursements |
| | | | 10/20/2025 | 13,728.26 | Net Payroll |
| | | | 11/20/2025 | 13,663.64 | Net Payroll |
| | | | 12/11/2025 | 9,483.33 | Expense Reimbursements |
| | | | 12/19/2025 | 14,782.29 | Net Payroll |
| | | | 01/20/2026 | 12,584.14 | Net Payroll |
| | | | 02/20/2026 | 11,017.87 | Expense Reimbursements |
| | | | 02/20/2026 | 12,584.14 | Net Payroll |
| | | | 03/20/2026 | 12,584.13 | Net Payroll |
| | | | 04/10/2026 | 8,527.96 | Expense Reimbursements |
| | | | 04/20/2026 | 12,584.13 | Net Payroll |
| | | | 04/23/2026 | 4,453.53 | Expense Reimbursements |
| | | | 05/08/2026 | 177,836.58 | Bonus |
| | | | 05/20/2026 | 13,698.10 | Net Payroll |
| | | | 05/29/2026 | 2,861.31 | Expense Reimbursements |
| | **TOTAL FOR PURI, AVINASH** | | | **374,173.91** | |
| 4.9 | Raval, Niraj<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS 66210 | VP of Sales & Logistics | 06/20/2025 | 8,306.33 | Net Payroll |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | | | 07/11/2025 | 1,986.64 | Bonus |
| | | | 07/18/2025 | 10,142.60 | Net Payroll |
| | | | 08/08/2025 | 1,986.64 | Bonus |
| | | | 08/20/2025 | 10,142.60 | Net Payroll |
| | | | 09/12/2025 | 1,986.64 | Bonus |
| | | | 09/19/2025 | 10,142.60 | Net Payroll |
| | | | 10/20/2025 | 10,142.61 | Net Payroll |
| | | | 11/20/2025 | 10,142.60 | Net Payroll |
| | | | 12/19/2025 | 10,142.60 | Net Payroll |
| | | | 01/20/2026 | 7,043.91 | Net Payroll |
| | | | 02/13/2026 | 2,242.05 | Expense Reimbursements |
| | | | 02/20/2026 | 7,043.92 | Net Payroll |
| | | | 02/26/2026 | 1,752.85 | Expense Reimbursements |
| | | | 03/12/2026 | 3,208.16 | Expense Reimbursements |
| | | | 03/20/2026 | 7,043.90 | Net Payroll |
| | | | 04/10/2026 | 2,618.52 | Expense Reimbursements |
| | | | 04/20/2026 | 7,043.91 | Net Payroll |
| | | | 04/23/2026 | 43.28 | Expense Reimbursements |
| | | | 05/08/2026 | 21,782.77 | Bonus |
| | | | 05/20/2026 | 9,023.34 | Net Payroll |
| | **TOTAL FOR RAVAL, NIRAJ** | | | **143,968.47** | |
| 4.10 | Searles Domestic Water Company LLC<br>82820 Trona Road, Trona, CA 93562 | Intercompany - Debtor Affiliate | 07/03/2025 | 1,838.21 | Monthly Expenses Reimbursement |
| | | | 07/24/2025 | 540.12 | Monthly Expenses Reimbursement |
| | | | 08/07/2025 | 3,782.47 | Monthly Expenses Reimbursement |
| | | | 08/28/2025 | 2,787.83 | Monthly Expenses Reimbursement |
| | | | 09/11/2025 | 5,714.17 | Monthly Expenses Reimbursement |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|
| | | 09/18/2025 | 957.00 | Monthly Expenses Reimbursement |
| | | 10/09/2025 | 2,320.73 | Monthly Expenses Reimbursement |
| | | 10/30/2025 | 150.00 | Monthly Expenses Reimbursement |
| | | 11/13/2025 | 3,351.28 | Monthly Expenses Reimbursement |
| | | 12/11/2025 | 1,231.50 | Monthly Expenses Reimbursement |
| | | 01/15/2026 | 3,793.72 | Monthly Expenses Reimbursement |
| | | 02/06/2026 | 4,650.50 | Monthly Expenses Reimbursement |
| | | 03/12/2026 | 4,106.31 | Monthly Expenses Reimbursement |
| | | 03/20/2026 | 1,587.79 | Monthly Expenses Reimbursement |
| | | 03/26/2026 | 3,558.51 | Monthly Expenses Reimbursement |
| | | 04/30/2026 | 3,663.25 | Monthly Expenses Reimbursement |
| **TOTAL FOR SEARLES DOMESTIC WATER COMPANY LLC** | | | **44,033.39** | |
| **GRAND TOTAL** | | | **8,184,647.23** | |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P3, Q7 - LEGAL ACTIONS

| | Case Title | Nature | Court Name and Address | Case No. | Status |
|---|---|---|---|---|---|
| 7.1 | CONSUMERS PIPE & SUPPLY CO., a California coporation vs. SEARLES VALLEY MINERALS INC. | Breach of Contract | Superior Court of California, County of San Bernadino<br>14455 Civic Center Drive, Victorville, CA 92392 | CIVVS2603582 | PENDING |
| 7.2 | Joseph Raborg v. SVM | Employment | Superior Court of California, County of San Bernadino<br>8303 Haven Avenue, Rancho Cucamonga, CA 91730 | CIVSB2603786 | PENDING |
| 7.3 | MODE TRANSPORTATION, LLC, a Delaware Limited Liability Company vs. SEARLES VALLEY MINERALS, INC. | Breach of Contract | Fourth Judicial Circuit, in and for Duval County, Florida<br>501 W Adams St, Jacksonville, FL 32202 | 248992679 | PENDING |
| 7.4 | Mojave Pistachios, LLC, John Thomas Conway, John Thomas Conway Trust, John Thomas Conway Living Trust U/D/T August 7, 2008, Nugent Family Trust, and Sierra Shadows Ranch LP v. Indian Wells Water District, SVM, Meadowlark Farms, all persons claiming any right, title, estate, lien or interest in property adverse to Plaintiff, and Does 1 through 2,000 | Interest in Property | Superior Court of California - County of Kern<br>1773 State Highway 58 Business, Mojave, CA 93501 | BCV-19-103265 | PENDING |
| 7.5 | Mountain Coal Company, LLC and Thunder Basin Coal Company v. Searles Valley Minerals, Inc. | Breach of Contract | Kansas Johnson County District Court<br>150 W Santa Fe St, Olathe, KS 66061 | JO-2026-CV-000834 | PENDING |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P4, Q9 - GIFTS AND CHARITABLE CONTRIBUTIONS

| | Recipient | Address | Relationship | Description | Date | Value ($) |
|---|---|---|---|---|---|---|
| 9.1 | Kern Economic Development Corporation | PO Box 1033, Bakersfield, CA 93302 | n/a | Gift | 02/28/2026 | 2,000.00 |
| 9.2 | Kern Economic Development Corporation | PO Box 1033, Bakersfield, CA 93302 | n/a | Sponsorship | 05/27/2026 | 2,500.00 |
| 9.3 | Ridgecrest Chamber of Commerce | 128 E California St Suite B, Ridgecrest, CA 93555 | n/a | Gift | 03/31/2026 | 1,000.00 |
| | | | | | **Total** | **5,500.00** |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P6, Q11 - PAYMENTS RELATED TO BANKRUPTCY

| | Recipient Name, Address, Email | Describe any property transferred | Date | Amount ($) | Who made payment, if not debtor |
|---|---|---|---|---|---|
| 11.1 | ANKURA CONSULTING GROUP LLC | | 05/12/2026 | 508,139.20 | |
| | PO BOX 74007043, Chicago, IL 60674 | | 05/22/2026 | 297,928.00 | |
| | https://ankura.com/ | | 05/29/2026 | 745,264.69 | |
| | | | 06/10/2026 | 480,000.00 | |
| | | | 06/12/2026 | 490,000.00 | |
| | **TOTAL FOR ANKURA CONSULTING GROUP LLC** | | | **2,521,331.89** | |
| 11.2 | LAZARD & CO., LIMITED | | 05/15/2026 | 122,922.67 | |
| | 30 ROCKEFELLER PLAZA, New York, NY 10020 | | 05/22/2026 | 150,000.00 | |
| | https://www.lazard.com/ | | 06/01/2026 | 1,360,590.93 | |
| | **TOTAL FOR LAZARD & CO., LIMITED** | | | **1,633,513.60** | |
| 11.3 | PACHULSKI STANG ZIEHL & JONES LLP | | 06/09/2026 | 150,000.00 | |
| | 1700 Broadway 36th Floor, New York, NY 10019 | | 06/12/2026 | 100,000.00 | |
| | https://www.pszjlaw.com/ | | | | |
| | **TOTAL FOR PACHULSKI STANG ZIEHL & JONES LLP** | | | **250,000.00** | |
| 11.4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM | | 05/14/2026 | 750,000.00 | |
| | 2000 Avenue of the Stars, Suite 200N, Los Angeles, CA 90067-4704 | | 05/27/2026 | 475,000.00 | |
| | https://www.skadden.com/ | | 06/01/2026 | 1,117,193.80 | |
| | | | 06/10/2026 | 750,000.00 | |
| | | | 06/12/2026 | 750,000.00 | |
| | **TOTAL FOR SKADDEN, ARPS, SLATE, MEAGHER & FLOM** | | | **3,842,193.80** | |
| 11.5 | STRETTO, INC. | | 05/29/2026 | 15,000.00 | |
| | 410 Exchange, Suite 100, Irvine, CA 92602 | | | | |
| | https://www.stretto.com/ | | | | |
| | **TOTAL FOR STRETTO, INC.** | | | **15,000.00** | |
| | **GRAND TOTAL** | | | **8,262,039.29** | |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P10, Q18 - CLOSED FINANCIAL ACCOUNTS

| | Institution | Address | Account Type | Last 4 | Date Closed | Balance ($) |
|---|---|---|---|---|---|---|
| 18.1 | JP Morgan Chase Bank, N.A. | PO Box 182051, Columbus, OH 43218 | Checking | x1776 | 06/30/2025 | 1,149.48 |
| 18.2 | JP Morgan Chase Bank, N.A. | PO Box 182051, Columbus, OH 43218 | Checking | x3293 | 06/30/2025 | 67,493.24 |
| | | | | | **Total** | **68,642.72** |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P10, Q20 - OFF-PREMISES STORAGE

| | Facility Name | Address | Who Has Access | Description of Contents | Still Have? |
|---|---|---|---|---|---|
| 20.1 | Vital Records Control | 12965 Loring Rd, Bonner Springs, KS 66012 | Don Pemberton and Jan Doherty | Business Records | Yes |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P13, Q25 - OTHER BUSINESSES INTERESTS

| | Business Name | Address | Nature of Business | EIN | From | To |
|---|---|---|---|---|---|---|
| 25.1 | Searles Domestic Water Company, LLC | 82820 Trona Road, Trona, CA 93562 | Debtor Affiliate | n/a | 12/27/2007 | Current |
| 25.2 | Searles Valley Minerals Europe S.A.S. | 164 Avenue Joseph Kessel, Voisins le Bretonneux 78960 | Debtor Affiliate | n/a | 12/27/2007 | Current |
| 25.3 | Trona Railway Company LLC | 13068 Main St., Trona, CA 93562 | Debtor Affiliate | 95-6003177 | 12/27/2007 | Current |

Debtor: Searles Valley Minerals Inc.  Case No. 26-10966

# EXHIBIT P13, Q26a - ACCOUNTANTS & BOOKKEEPERS

| | Name | Address | From | To |
|---|---|---|---|---|
| 26a.1 | Don Pemberton | 9401 Indian Creek Parkway, Suite 1000, Overland Park, KS 66210 | 06/16/1997 | Current |
| 26a.2 | Lauri Mak | 9401 Indian Creek Parkway, Suite 1000, Overland Park, KS 66210 | 01/03/2023 | 05/21/2026 |
| 26a.3 | Suzanne Vassar | 9401 Indian Creek Parkway, Suite 1000, Overland Park, KS 66210 | 09/03/1996 | 04/07/2026 |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P13, Q26b - AUDITORS

| | Name | Address | From | To |
|---|---|---|---|---|
| 26b.1 | Grant Thornton LLP | 1201 Walnut Street, Suite 2200, Kansas City, MO 64106 | 01/01/2008 | Current |

Debtor: Searles Valley Minerals Inc.　　Case No. 26-10966

# EXHIBIT P13, Q26c - POSSESSION OF BOOKS/RECORDS

| | Name | Address | If Records Not Available, Reason |
|---|---|---|---|
| 26c.1 | Don Pemberton | 9401 Indian Creek Parkway, Suite 1000, Overland Park, KS 66210 | |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P13, Q27 - INVENTORIES OF PROPERTY

| | Supervisor | Date | Amount ($) | Possessor | Possessor Address |
|---|---|---|---|---|---|
| 27.1 | Don Pemberton | Monthly | Undetermined | Don Pemberton | 9401 Indian Creek Parkway, Suite 1000, Overland Park, KS 66210 |
| 27.2 | Grant Thornton LLP | 03/31/2025 | Undetermined | Don Pemberton | 9401 Indian Creek Parkway, Suite 1000, Overland Park, KS 66210 |
| 27.3 | Grant Thornton LLP | 03/31/2026 | Undetermined | Don Pemberton | 9401 Indian Creek Parkway, Suite 1000, Overland Park, KS 66210 |
| | | **Total** | **Undetermined** | | |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P13, Q28 - CURRENT D&O'S/CONTROLLING SHAREHOLDERS

| | Name and Address | Position and nature of any interest | % Interest |
|---|---|---|---|
| 28.1 | Ajay B. Khushu<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS, 66210 | Director | |
| 28.2 | Avinash Puri<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS, 66210 | Director | |
| 28.3 | Dennis Cruise<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS, 66210 | President | |
| 28.4 | Don Pemberton<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS, 66210 | Chief Financial Officer | |
| 28.5 | John S. Dubel<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS, 66210 | Independent Director | |
| 28.6 | Karnavati Holdings, Inc.<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS, 66210 | Controlling Shareholder | 100% |
| 28.7 | Kaushik N. Patel<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS, 66210 | Director | |
| 28.8 | Manan Shah<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS, 66210 | Board Member | |
| 28.9 | Matthew J. Dowd<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS, 66210 | Director and Corporate Secretary | |
| 28.10 | Niraj Raval<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS, 66210 | VP of Sales & Logistics | |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P13, Q29 - FORMER D&O'S/CONTROLLING SHAREHOLDERS

| | Name and Address | Position | From | To |
|---|---|---|---|---|
| 29.1 | Emanuel J. DiTeresi<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS, 66210 | Former Director | 01/01/2007 | 06/14/2026 |
| 29.2 | Karl Cleary<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS, 66210 | Former VP of Operations | 02/11/2019 | 08/29/2025 |
| 29.3 | Pamela Ford<br>9401 Indian Creek Parkway, Suite 1000, Overland Park, KS, 66210 | Former VP of Sales and Marketing | 10/01/1990 | 04/07/2026 |

Debtor: Searles Valley Minerals Inc. Case No. 26-10966

# EXHIBIT P13, Q31 - TAX CONSOLIDATION GROUP

| | Parent Corporation | EIN |
|---|---|---|
| 31.1 | Karnavati Holdings, Inc. | 98-0557653 |