**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SEARLES VALLEY MINERALS INC., *et al.,* [1] | Case No. 26-10966 (BLS) |
| Debtors. | (Jointly Administered) |
|  | **Related Docket Nos. 12, 15** |

**NOTICE OF DEPOSITION OF JOHN S. DUBEL**
**IN CONNECTION WITH THE MOTION OF DEBTORS FOR ENTRY OF**
**INTERIM AND FINAL ORDERS (I)AUTHORIZING THE DEBTORS TO (A)**
**OBTAIN POSTPETITION FINANCING; (B) CONTINUE TO ACCESS**
**FINANCING UNDER ITS RECEIVABLES FACILITY; AND (C) UTILIZE CASH**
**COLLATERAL; (II) GRANTING ADEQUATE PROTECTION TO THE**
**PREPRETITION SECURED LENDER; (III) MODIFYING THE AUTOMATIC**
**STAY; (IV) SCHEDULING FINAL HEARING AND (V) GRANTING RELATED**
**RELIEF [DOCKET NO. 15] AND THE MOTION OF THE DEBTORS FOR**
**ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTORS**
**TO ASSUME SODA ASH SUPPLY AND LIQUIDITY AGREEMENT AND**
**OBTAIN FINANCING THEREUNDER [DOCKET NO. 12]**

PLEASE TAKE NOTICE that pursuant to Rule 26 of the Federal Rules of Civil

Procedure, as made applicable to this proceeding by Rules 7026 and 7030 of the

Federal Rules of Bankruptcy Procedure, and the corresponding Local Rules of Bankruptcy

Practice and Procedure of the United States Bankruptcy Court for the District of Delaware,

the Official Committee of Unsecured Creditors of Searles Valley Minerals, Inc. (the

"**Committee**") in the above-captioned chapter 11 case, by its attorneys, will take the

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Mineral Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

deposition upon oral examination of **John S. Dubel**, in connection with the hearing on the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue to Access Financing Under its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Lender; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief* [Docket No. 15] and the *Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder* [Docket No. 12].

PLEASE TAKE FURTHER NOTICE that the deposition shall commence at 2:00 p.m. (Eastern Time) on Monday, July 20, 2026 at the law offices of Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, Wilmington, Delaware, and shall continue thereafter until the deposition has been completed.  The deposition will be taken before a notary public or other duly qualified officer authorized to administer oaths. The deposition will be recorded stenographically and may also be recorded by audiovisual means.

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Matthew P. Ward*
Matthew P. Ward (DE Bar No. 4471)
Lisa Bittle Tancredi (DE Bar No. 4657)
Marcy J. McLaughlin Smith (DE Bar No. 6184)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:    (302) 252-4320
Facsimile:    (302) 252-4330
Email: matthew.ward@wbd-us.com
        lisa.tancredi@wbd-us.com
        marcy.smith@wbd-us.com

- 3 -

-and-

Philip J. Mohr, Esquire (*pro hac vice*)
300 North Greene Street, Suite 1900
Greensboro, North Carolina 27401
Telephone:    (336) 721-3577
Email: philip.mohr@wbd-us.com

*Proposed Counsel for the Official Committee of
Unsecured Creditors*

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew P. Ward, do hereby certify that, on July 14, 2026, I caused a copy of the foregoing **Notice Deposition of John Dubel,** to be served upon the parties listed on the attached service list via email and first-class mail.

/s/ *Matthew P. Ward*
Matthew P. Ward (DE Bar No. 4471)

**<u>SERVICE LIST</u>**

*Searles Valley Minerals Inc.*
9401 Indian Creek Parkway, Suite 1000
Overland Park, Kansas 66210
Email: cruise@svminerals.com

James J. Mazza, Jr., Esquire
Mike Jones, Esquire
*Skadden, Arps, Slate, Meagher & Flom LLP*
320 South Canal Street
Chicago, Illinois 60606
Email: james.mazza@skadden.com
        mike.jones@skadden.com
(Co-counsel for the Debtors)

Jennifer Madden, Esquire
*Skadden, Arps, Slate, Meagher & Flom LLP*
525 University Avenue
Palo Alto, California 94301
Email: jennifer.madden@skadden.com
(Co-counsel for the Debtors)

Destiny N. Almogue, Esquire
*Skadden, Arps, Slate, Meagher & Flom LLP*
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Email: destiny.almogue@skadden.com
(Co-counsel for the Debtors)

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Edward A. Corma, Esquire
*Pachulski Stang Ziehl & Jones LLP*
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Email: ljones@pszjlaw.com
        joneill@pszjlaw.com
        ecorma@pszjlaw.com
(Co-counsel for the Debtors)

Jane M. Leamy, Esquire
Joseph J. McMahon, Jr., Esquire
*Office of the United States Trustee*
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Email: jane.m.leamy@usdoj.gov
        joseph.mcmahon@usdoj.gov

William Hao, Esquire
*Alston & Bird LLP*
90 Park Avenue
New York, New York 10016
Email: william.hao@alston.com
(Counsel for HSBC Bank USA, National Association)

David M. Fournier, Esquire
*Troutman Pepper Locke LLP*
1313 North Market Street
Wilmington, Delaware 19801
Email: david.fournier@troutman.com
(Counsel to the DIP Lender)

Matthew J. Ochs, Esq.
*Holland & Hart LLP*
555 17th Street, Suite 3200
Denver, Colorado 80202
Email: mjochs@hollandhart.com
(Counsel to the Supplier)

Curtis S. Miller, Esq.
*Morris, Nichols, Arsht & Tunnel LLP*
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: miller@morrisnichols.com
(Counsel to the Supplier)