**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEARLES VALLEY MINERALS INC., *et al.*,[1] | ) | Case No. 26-10966 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 22, 2026 AT 1:30 P.M. (ET) BEFORE**
**THE HONORABLE BRENDAN L. SHANNON AT THE UNITED**
**STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET,**
**SIXTH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted in person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Shannon's Chambers Procedures (https://www.deb.uscourts.gov/judge-brendan-l-shannon) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Shannon's expectations of remote participants, and the advance registration requirements. Registration is required no later than one hour prior to the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**MATTERS GOING FORWARD**

1.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue to Access Financing Under Its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Lender; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief [Filed: 6/15/26] (Docket No. 15)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

4905-6721-0429.1 78006.00001

Response Deadline:  June 30, 2026 at 4:00 p.m. Eastern Time [Extended for the Official Committee of Unsecured Creditors (the "Committee") until July 9, 2026 at 4:00 p.m. Eastern Time].

Responses Received:

a) Sisecam Chemical Resources LLC Limited Objection and Reservation of Rights Regarding (A) Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder and the (B) Motion of Debtors For Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue To Access Financing Under Its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection To the Prepetition Secured Lender; (III) Modifying The Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief [Filed: 6/30/26] (Docket No. 110)

b) [Sealed] Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue to Access Financing Under its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Lender; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief and the Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder [Filed: 7/9/26] (Docket No. 161)

c) [REDACTED] Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue to Access Financing Under Its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Lender; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief [Docket No. 15] and the Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder [Docket No. 12] [Filed: 7/14/26] (Docket No. 198)

d) Reply of Debtors to Objection of the Committee of Unsecured Creditors to the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue to Access Financing Under Its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Lender; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief [Docket No. 15] and the Motion of the Debtors For Entry of Interim and Final Orders Authorizing the Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder [Filed 7/17/26] (Docket No. 215)

e) Joinder and Reply of Karnavati Holdings, Inc. and Nirma Limited in Support of the Debtors' Supply Agreement Motion and Debtor-In-Possession Financing Motion and in Reply to the Unsecured Creditors' Committee's Objection Thereto

[Filed 7/17/26] ([Docket No. 216](#))

Related Documents:

a)  Declaration Of Adrian Frankum In Support Of Motion Of Debtors For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Obtain Junior Postpetition Financing; (II) Authorizing Debtors To Use Cash Collateral; (III) Granting Adequate Protection To Prepetition Secured Lender; (IV) Modifying The Automatic Stay; (V) Scheduling Final Hearing And (VI) Granting Related Relief [Filed: 6/15/26] ([Docket No. 15-4](#))

b)  Declaration Of Christian Tempke In Support Of Motion Of Debtors For Entry Of Interim And Final Orders (I) Authorizing The Debtors To (A) Obtain Postpetition Financing; (B) Continue Access Financing Under Its Receivables Facility; And (C) Utilize Cash Collateral; (II) Granting Adequate Protection To The Prepetition Secured Lender; (III) Modifying The Automatic Stay; (IV) Scheduling Final Hearing And (V) Granting Related Relief [Filed: 6/15/26] ([Docket No. 15-5](#))

c)  [Signed] Interim Order Authorizing The Debtors To (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection To The Prepetition Secured Lender; (III) Modifying The Automatic Stay; (IV) Scheduling Final Hearing And (V) Granting Related Relief [Filed: 6/16/26] ([Docket No. 59https://ecf.deb.uscourts.gov/doc1/042023039946](#))

d)  Notice of Final Hearing on Motion of Debtors For Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue to Access Financing Under Its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Lender; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief [Filed: 6/17/26] ([Docket No. 75](#))

e)  Notice of Intent to Serve Subpoena Seeking the Production of Documents Upon HSBC Bank USA, National Association [Filed: 7/14/26] ([Docket No. 206](#))

f)  Declaration of John S. Dubel in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue to Access Financing Under its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Lender; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief [Docket No. 15] and the Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder [Filed 7/17/26] ([Docket No. 217)](#)

g)  Declaration of Philip J. Gund in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue Access Financing Under Its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Lender; (III)

Modifying the Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief [Docket No. 15] and the Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder [Filed 7/19/26] ([Docket No. 219](#))

Status:  This matter is going forward.  The Limited Objection and Reservation of Rights filed by Sisecam Chemical Resources LLC has been resolved with agreed-upon language being added to the proposed final order.

2.      Motion Of Debtors For Entry Of Interim And Final Orders Authorizing The Debtors To Assume Soda Ash Supply And Liquidity Agreement And Obtain Unsecured Financing Thereunder [Filed: 6/15/26] ([Docket No. 12](#))

Response Deadline:  June 30, 2026 at 4:00 p.m. Eastern Time [Extended for the Committee until July 9, 2026 at 4:00 p.m. Eastern Time].

Responses Received:

a) Sisecam Chemical Resources LLC Limited Objection and Reservation of Rights Regarding (A) Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder and the (B) Motion of Debtors For Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue To Access Financing Under Its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection To the Prepetition Secured Lender; (III) Modifying The Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief [Filed: 6/30/26] ([Docket No. 110](#))

b) [Sealed] Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue to Access Financing Under its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Lender; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief and the Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder [Filed: 7/9/26] (Docket No. 161)

c) [REDACTED] Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue to Access Financing Under Its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Lender; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief [Docket No. 15] and the Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder [Docket No. 12] [Filed: 7/14/26] ([Docket No. 198](#))

d) Reply of Debtors to Objection of the Committee of Unsecured Creditors to the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue to Access Financing Under Its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Lender; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief [Docket No. 15] and the Motion of the Debtors For Entry of Interim and Final Orders Authorizing the Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder [Filed 7/17/26] (Docket No. 215)

e) Joinder and Reply of Karnavati Holdings, Inc. and Nirma Limited in Support of the Debtors' Supply Agreement Motion and Debtor-In-Possession Financing Motion and in Reply to the Unsecured Creditors' Committee's Objection Thereto [Filed 7/17/26] (Docket No. 216)

Related Documents:

a) Declaration Of Adrian Frankum In Support Of Motion Of Debtors For Entry Of Interim And Final Orders Authorizing The Debtors To Assume Soda Ash Supply And Liquidity Agreement And Obtain Unsecured Financing Thereunder [Filed: 6/15/26] (Docket No. 12-5)

b) Debtors' Motion For Entry Of An Order Authorizing The Filing Of Certain Information Under Seal In Connection With Debtors' Motion For Entry Of An Order Authorizing The Debtors To Assume Soda Ash Supply And Liquidity Agreement And Obtain Financing Thereunder [Filed: 6/15/26] (Docket No. 13)

c) [Signed] Interim Order Authorizing The Debtors To Assume Soda Ash Supply And Liquidity Agreement And Obtain Unsecured Financing Thereunder [Filed: 6/16/26] (Docket No. 50https://ecf.deb.uscourts.gov/doc1/042023039946)

d) Notice of Final Hearing on Motion of Debtors for Entry of Interim and Final Orders Authorizing The Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder [Filed: 6/17/26] (Docket No. 73)

e) Notice of Intent to Serve Subpoena Seeking the Production of Documents Upon HSBC Bank USA, National Association [Filed: 7/14/26] (Docket No. 206)

f) Declaration of John S. Dubel in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue to Access Financing Under its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Lender; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief [Docket No. 15] and the Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder [Filed 7/17/26] (Docket No. 217)

g) Declaration of Philip J. Gund in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing; (B) Continue Access Financing Under Its Receivables Facility; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Lender; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing and (V) Granting Related Relief [Docket No. 15] and the Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder [Filed 7/19/26] (Docket No. 219)

Status:  This matter is going forward.  The Limited Objection and Reservation of Rights filed by Sisecam Chemical Resources LLC has been resolved with agreed-upon language being added to the proposed final order.

3.    Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Filing Under Seal of its Objection to the Debtors' (I) Motion for Postpetition Financing, to Utilize Cash Collateral, and Related Relief; and (II) Motion to Assume Soda Ash Supply and Liquidity Agreement and Obtain Financing Thereunder [Filed: 7/14/26] (Docket No. 202)

Response Deadline:  At or before the hearing.

Responses Received:  None as of the date hereof.

Status:  This matter is going forward.

Dated:  July 20, 2026
Wilmington, Delaware

*/s/ James E. O'Neill*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| Laura Davis Jones (DE Bar No. 2436) | Joseph O. Larkin (I.D. No. 4883) |
| James E. O'Neill (DE Bar No. 4042) | One Rodney Square |
| Edward A. Corma (DE Bar No. 6718) | 920 N. King Street |
| 919 North Market Street, 17th Floor | Wilmington, Delaware 19801 |
| P.O. Box 8705 | Telephone: (302) 651-3000 |
| Wilmington, Delaware 19899-8705 (Courier 19801) | Joseph.Larkin@skadden.com |
| Telephone: (302) 652-4100 | - and - |
| ljones@pszjlaw.com | |
| joneill@pszjlaw.com | James J. Mazza, Jr. (admitted *pro hac vice*) |
| ecorma@pszjlaw.com | Jennifer Madden (admitted *pro hac vice*) |
| | 320 S. Canal Street |
| *Co-Counsel to Debtors and* | Chicago, Illinois 60606 |
| *Debtors in Possession* | Telephone: (312) 407-0700 |
| | James.Mazza@skadden.com |
| | Jennifer.Madden@skadden.com |

- and -

Destiny N. Almogue (admitted *pro hac vice*)
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Destiny.Almogue@skadden.com

*Co-Counsel to Debtors and*
*Debtors in Possession*