**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SEARLES VALLEY MINERALS INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-10966 (BLS)<br><br>(Jointly Administered) |

**AFFIDAVIT OF PUBLICATION OF**
**NOTICE OF AUCTION AND SALE HEARING**
**IN THE DAILY INDEPENDENT**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF KERN

# DECLARATION OF PUBLICATION (2015.5 C.C.P.)

State of California, County of Kern, ss:

Declarant says:

That at all times, herein mentioned, declarant is and was a citizen of the United States, over the age of twenty-one years, and not a party to nor interested in the within matter; that declarant is the principal clerk of the printer and the publisher of THE DAILY INDEPENDENT, a newspaper of genral circulation printed and published daily in the City of Ridgecrest, Indian Wells Judicial District, County of Kern, State of California, which newspaper has been adjudicated a newspaper of general circulation by the said Superior Court by order made and renewed July 8, 1952, in Civil Proceeding No. 58584 of said Court: that the instrument of which the annexed in a printed copy has been published in each regular and like issue of said newspaper (and not any supplement thereof) on the following dates, to-wit:

July 17, 2026

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __July 17, 2026__, at Ridgecrest California.

Declarant Maria Lueck

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: SEARLES VALLEY MINERALS INC., *et al.*,[1] Debtors. ) Chapter 11 ) Case No. 26-10966 (BLS) ) (Jointly Administered)

**NOTICE OF AUCTION AND SALE HEARING**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On June 15, 2026 (the "Petition Date"), Searles Valley Minerals Inc. and certain of its subsidiaries, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), each filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. On June 15, 2026, the Debtors filed a motion [Docket No. 18] (the "Motion")[2] seeking, among other things, (a) entry of an order (the "Bidding Procedures Order") approving the bidding procedures (the "Bidding Procedures") for the sale or disposition of certain or all of the Debtors' assets (the "Assets") in one or more sale transactions pursuant to Bankruptcy Code section 363 (each, a "Sale Transaction" and collectively, the "Sale"); (b) establishing procedures for the Debtors to designate a stalking horse bidder (the "Stalking Horse Bidder") and to enter into a stalking horse agreement (a "Stalking Horse Agreement") containing bid protections; (c) establishing certain dates and deadlines for the Sale process, including scheduling (i) an auction of the Assets (the "Auction"), if any, in accordance with the Bidding Procedures, and (ii) the hearing with respect to the approval of the Sale of the Assets free and clear of all liens, claims and encumbrances (the "Sale Hearing"); (d) approving procedures for the assumption and assignment of certain executory contracts and unexpired leases (the "Assumption Procedures"); and (iv) approving the form and manner of notice of the Sale.

3. Any property sold pursuant to the Bidding Procedures shall be sold free and clear of all claims, liens, interests, and encumbrances of any kind or nature whatsoever (other than the Assumed Liabilities and the Permitted Encumbrances) to the fullest extent permitted by section 363(f) of the Bankruptcy Code.

4. On July 7, 2026, the Bankruptcy Court entered the Bidding Procedures Order [Docket No. 140]. The Bidding Procedures provide the following:

(a) **Auction.** If two or more Qualified Bids with respect to all or a subgrouping of the Assets are received by the Bid Deadline, the Debtors will conduct an auction (the "Auction") (including any Sub-Auction(s)) to determine the highest or otherwise best Qualified Bid with respect to such Assets. The Auction will begin on **August 13, 2026 at 10:00 a.m. prevailing Eastern Time** at the offices of counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, 395 9th Ave., New York, New York 10001, or such other place (which may be virtual) and time as the Debtors shall notify all Qualified Bidders that have submitted Qualified Bids (including any Stalking Horse Bidder), the DIP Lender, the Prepetition Secured Lender, the Committee, and each of their counsel. Only the Debtors, the DIP Lender, the Prepetition Secured Lender, the Committee, and any Qualified Bidder that has submitted a Qualified Bid (including any Stalking Horse Bidder) by no later than **August 6, 2026 at 11:59 p.m. prevailing Eastern Time** (the "**Bid Deadline**"), in each case, along with their representatives and counsel, or such other parties as the Debtors shall determine shall attend the Auction and only such Qualified Bidders (including any Stalking Horse Bidder) will be entitled to make any further Bids at the Auction. Any Qualified Bidder that wishes to take part in this process and submit a bid for the Debtors' assets must submit their competing bid prior to the Bid Deadline and in accordance with the Bidding Procedures. If two or more Qualified Bids are not received by the Bid Deadline, the Debtors may determine not to conduct the Auction. If only one Qualified Bid is received by the Final Bid Deadline, the Debtors may select the Modified Purchase Agreement or Stalking Horse Agreement, as applicable, of such Qualified Bidder to be the Successful Bid and such Qualified Bidder shall be the Successful Bidder.

(b) **Sale Hearing.** The Sale Hearing is presently scheduled to take place on **August 26, 2026, at 1:30 p.m., prevailing Eastern Time,** at the Bankruptcy Court. At the Sale Hearing, the Debtors will present the Successful Bid or Successful Bids to the Bankruptcy Court for approval. The Sale Hearing may be adjourned by the Debtors and Successful Bidder, from time to time, upon the filing of a notice of adjournment on Bankruptcy Court's docket of the date scheduled for the Sale Hearing.

(c) **Objection Deadline.** Objections, if any, to the Sale of the Assets to a Successful Bidder or Successful Bidders must be made by **August 18, 2026, at 4:00 p.m., prevailing Eastern Time** (the "**Sale Objection Deadline**"). All objections must: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (d) be filed with the Court no later than the Sale Objection Deadline, and be served on (i) proposed counsel to the Debtors, (ii) counsel to the Successful Bidder or Successful Bidders, (iii) counsel to the DIP Lender, (iv) counsel to the Prepetition Secured Lender, and (v) counsel to the Committee. ***Unless an objection is timely served and filed in accordance with this notice, it may not be considered by the Bankruptcy Court and the Bankruptcy Court may grant the relief requested without further hearing and notice.***

5. The key dates for the Transaction process are as follows:

| Date/Time | Event |
|---|---|
| July 7, 2026 at 11:59 p.m. EDT | Mailing Date for Sale Notice |
| July 10, 2026 at 11:59 p.m. EDT | Assumption and Assignment Service Deadline |
| July 10, 2026 at 11:59 p.m. EDT | Non-Binding LOI Deadline |
| August 6, 2026 at 11:59 p.m. EDT | Bid Deadline (due date for Bids and Good Faith Deposits) |
| August 13, 2026 at 10:00 a.m. EDT | Auction |
| August 17, 2026 at 11:59 p.m. EDT | Deadline to enter into and file Successful Bidder Purchase Agreement with Successful Bidder (the "**Transaction Approval Filing**") |
| August 18, 2026 at 4:00 p.m. EDT | Sale Objection Deadline |
| August 19, 2026 at 11:59 p.m. EDT | Deadline to respond to objections to the Sale of the Assets to Successful Bidder or Successful Bidders |
| August 26, 2026 at 1:30 p.m. EDT | Sale Hearing |

6. This notice (the "**Sale Notice**") and the Sale Hearing are subject to the fuller terms and conditions of the Motion and the Bidding Procedures Order, which shall control in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of certain or all of the Debtors' Assets or copies of any related document, including the Motion or the Bidding Procedures Order, may make a written request to counsel for the Debtors, (a) Skadden, Arps, Slate, Meagher & Flom LLP, 320 S. Canal Street, Chicago, Illinois 60606 (Attn: James J. Mazza, Jr., Esq. (james.mazza@skadden.com) and Jennifer Madden, Esq. (jennifer.madden@skadden.com)), 2000 Avenue of the Stars, Suite 200N, Los Angeles, California 90067 (Attn: Destiny N. Almogue, Esq. (destiny.almogue@skadden.com)), One Manhattan West, 395 9th Ave., New York, New York 10001 (Attn: Dohyun Kim, Esq. (dohyun.kim@skadden.com)), and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899 (Courier 19801) (Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com), James E. O'Neill (joneill@pszjlaw.com), and Edward A. Corma, Esq. (ecorma@pszjlaw.com)). In addition, copies of the Motion, the Bidding Procedures Order and this Notice can be found (a) at https://cases.stretto.com/SVM; and (b) through PACER on the Court's website, https://ecf.deb.uscourts.gov (registration required), and are on file with the Clerk of the Bankruptcy Court, 824 Market St. N., Wilmington, Delaware 19801.

Dated: Wilmington, Delaware, July 7, 2026, /s/ Laura Davis Jones, **PACHULSKI STANG ZIEHL & JONES LLP**, Laura Davis Jones (DE Bar No. 2436), James E. O'Neill (DE Bar No. 4042), Edward A. Corma (DE Bar No. 6718), 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705, (Courier 19801), Telephone: 302-652-4100, ljones@pszjlaw.com, joneill@pszjlaw.com, ecorma@pszjlaw.com, *Proposed Co-Counsel to Debtors and Debtors in Possession* -and- **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**, Joseph O. Larkin (I.D. No. 4883), One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, Telephone: (302) 651-3000, Joseph.Larkin@skadden.com -and- James J. Mazza, Jr. (admitted *pro hac vice*), Jennifer Madden (admitted *pro hac vice*), 320 S. Canal Street, Chicago, Illinois 60606, Telephone: (312) 407-0700, James.Mazza@skadden.com, Jennifer.Madden@skadden.com -and- Destiny N. Almogue (admitted *pro hac vice*), 2000 Avenue of the Stars, Suite 200N, Los Angeles, California 90067, Telephone: (213) 687-5000, Destiny.Almogue@skadden.com, *Proposed Co-Counsel to Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion or the Bidding Procedures, as applicable.

estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

A HEARING on the petition will be held on 08/07/2026 at 8:30 AM in Dept. J-1 located at 2100 College Ave, Bakersfield, CA 93305, JJC-Probate Division

IF YOU OBJECT to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

If you are a creditor or a contingent creditor of the deceased, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code. Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.

YOU MAY EXAMINE the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.

Attorney for the Petitioner:
WAYNE SILVA, ATTORNEY AT LAW
912 PERDEW AVENUE, SUITE C
RIDGECREST, CA 93555
760-7746-5300

**(07/03, 07/10, 07/17/2026)**

**NOTICE OF PETITION TO ADMINISTER ESTATE OF LILLIAN L.T. DEVOUS**
**Case No. BPB-25-003258**

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of LILLIAN L.T. DEVOUS

A PETITION FOR PROBATE has been filed by MARGARET A. STOOKEY in the Superior Court of California, County of KERN.

THE PETITION FOR PROBATE requests that MARGARET A. STOOKEY be appointed as personal representative to administer the estate of the decedent.

THE PETITION requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

A HEARING on the petition will be held on 08-14-2026 at 8:30 AM in Dept. J-1, Room: Zoom, located at 2100 College Ave, Bakersfield, CA 93305, JJC-Probate Division

IF YOU OBJECT to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

If you are a creditor or a contingent creditor of the deceased, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code. Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.

YOU MAY EXAMINE the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.

Petitioner:
14719 W. McElroy Rd.
Orlando, OK 73073
417-309-1311

**(07/03, 07/10, 07/17/2026)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>SEARLES VALLEY MINERALS INC., *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 26-10966 (BLS)<br>(Jointly Administered) |

**NOTICE OF AUCTION AND SALE HEARING**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On June 15, 2026 (the "**Petition Date**"), Searles Valley Minerals Inc. and certain of its subsidiaries, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), each filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

2. On June 15, 2026, the Debtors filed a motion [Docket No. 18] (the "**Motion**")[2] seeking, among other things, (a) entry of an order (the "**Bidding Procedures Order**") approving the bidding procedures (the "**Bidding Procedures**") for the sale or disposition of certain or all of the Debtors' assets (the "**Assets**") in one or more sale transactions pursuant to Bankruptcy Code section 363 (each, a "**Sale Transaction**" and collectively, the "**Sale**"); (b) establishing procedures for the Debtors to designate a stalking horse bidder (the "**Stalking Horse Bidder**") and to enter into a stalking horse agreement (a "**Stalking Horse Agreement**") containing bid protections; (c) establishing certain dates and deadlines for the Sale process, including scheduling (i) an auction of the Assets (the "**Auction**"), if any, in accordance with the Bidding Procedures, and (ii) the hearing with respect to the approval of the Sale of the Assets free and clear of all liens, claims and encumbrances (the "**Sale Hearing**"); (d) approving procedures for the assumption and assignment of certain executory contracts and unexpired leases (the "**Assumption Procedures**"); and (iv) approving the form and manner of notice of the Sale.

3. Any property sold pursuant to the Bidding Procedures shall be sold free and clear of all claims, liens, interests, and encumbrances of any kind or nature whatsoever (other than the Assumed Liabilities and the Permitted Encumbrances) to the fullest extent permitted by section 363(f) of the Bankruptcy Code.

4. On July 7, 2026, the Bankruptcy Court entered the Bidding Procedures Order [Docket No. 140]. The Bidding Procedures provide the following:

(a) **Auction**. If two or more Qualified Bids with respect to all or a subgrouping of the Assets are received by the Bid Deadline, the Debtors will conduct an auction (the "**Auction**") (including any Sub-Auction(s)) to determine the highest or otherwise best Qualified Bid with respect to such Assets. The Auction will begin on **August 13, 2026 at 10:00 a.m. prevailing Eastern Time** at the offices of counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, 395 9th Ave., New York, New York 10001, or such other place (which may be virtual) and time as the Debtors shall notify all Qualified Bidders that have submitted Qualified Bids (including any Stalking Horse Bidder), the DIP Lender, the Prepetition Secured Lender, the Committee, and each of their counsel. Only the Debtors, the DIP Lender, the Prepetition Secured Lender, the Committee, and any Qualified Bidder that has submitted a Qualified Bid (including any Stalking Horse Bidder) by no later than **August 6, 2026 at 11:59 p.m. prevailing Eastern Time** (the "**Bid Deadline**"), in each case, along with their representatives and counsel, or such other parties as the Debtors shall determine shall attend the Auction and only such Qualified Bidders (including any Stalking Horse Bidder) will be entitled to make any further Bids at the Auction. Any Qualified Bidder that wishes to take part in this process and submit a bid for the Debtors' assets must submit their competing bid prior to the Bid Deadline and in accordance with the Bidding Procedures. If two or more Qualified Bids are not received by the Bid Deadline, the Debtors may determine not to conduct the Auction. If only one Qualified Bid is received by the Final Bid Deadline, the Debtors may select the Modified Purchase Agreement or Stalking Horse Agreement, as applicable, of such Qualified Bidder to be the Successful Bid and such Qualified Bidder shall be the Successful Bidder.

(b) **Sale Hearing**. The Sale Hearing is presently scheduled to take place on **August 26, 2026, at 1:30 p.m., prevailing Eastern Time**, at the Bankruptcy Court. At the Sale Hearing, the Debtors will present the Successful Bid or Successful Bids to the Bankruptcy Court for approval. The Sale Hearing may be adjourned by the Debtors and Successful Bidder, from time to time, upon the filing of a notice of adjournment on Bankruptcy Court's docket of the date scheduled for the Sale Hearing.

(c) **Objection Deadline.** Objections, if any, to the Sale of the Assets to a Successful Bidder or Successful Bidders must be made by **August 18, 2026, at 4:00 p.m., prevailing Eastern Time** (the "**Sale Objection Deadline**"). All objections must: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (d) be filed with the Court no later than the Sale Objection Deadline, and be served on (i) proposed counsel to the Debtors, (ii) counsel to the Successful Bidder or Successful Bidders, (iii) counsel to the DIP Lender, (iv) counsel to the Prepetition Secured Lender, and (v) counsel to the Committee. ***Unless an objection is timely served and filed in accordance with this notice, it may not be considered by the Bankruptcy Court and the Bankruptcy Court may grant the relief requested without further hearing and notice.***

5. The key dates for the Transaction process are as follows:

| Date/Time | Event |
|---|---|
| **July 7, 2026** at 11:59 p.m. EDT | Mailing Date for Sale Notice |
| **July 10, 2026** at 11:59 p.m. EDT | Assumption and Assignment Service Deadline |
| **July 10, 2026** at 11:59 p.m. EDT | Non-Binding LOI Deadline |
| **August 6, 2026** at 11:59 p.m. EDT | Bid Deadline (due date for Bids and Good Faith Deposits) |
| **August 13, 2026** at 10:00 a.m. EDT | Auction |
| **August 17, 2026** at 11:59 p.m. EDT | Deadline to enter into and file Successful Bidder Purchase Agreement with Successful Bidder (the "**Transaction Approval Filing**") |
| **August 18, 2026** at 4:00 p.m. EDT | Sale Objection Deadline |
| **August 19, 2026** at 11:59 p.m. EDT | Deadline to respond to objections to the Sale of the Assets to Successful Bidder or Successful Bidders |
| **August 26, 2026** at 1:30 p.m. EDT | Sale Hearing |

6. This notice (the "**Sale Notice**") and the Sale Hearing are subject to the fuller terms and conditions of the Motion and the Bidding Procedures Order, which shall control in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of certain or all of the Debtors' Assets or copies of any related document, including the Motion or the Bidding Procedures Order, may make a written request to counsel for the Debtors, (a) Skadden, Arps, Slate, Meagher & Flom LLP, 320 S. Canal Street, Chicago, Illinois 60606 (Attn: James J. Mazza, Jr., Esq. (james.mazza@skadden.com) and Jennifer Madden, Esq. (jennifer.madden@skadden.com)), 2000 Avenue of the Stars, Suite 200N, Los Angeles, California 90067 (Attn: Destiny N. Almogue, Esq. (destiny.almogue@skadden.com)), One Manhattan West, 395 9th Ave., New York, New York 10001 (Attn: Dohyun Kim, Esq. (dohyun.kim@skadden.com)), and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899 (Courier 19801) (Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com), James E. O'Neill (joneill@pszjlaw.com), and Edward A. Corma, Esq. (ecorma@pszjlaw.com)). In addition, copies of the Motion, the Bidding Procedures Order and this Notice can be found (a) at https://cases.stretto.com/SVM; and (b) through PACER on the Court's website, https://ecf.deb.uscourts.gov (registration required), and are on file with the Clerk of the Bankruptcy Court, 824 Market St. N., Wilmington, Delaware 19801.

Dated: Wilmington, Delaware, July 7, 2026, */s/ Laura Davis Jones*, **PACHULSKI STANG ZIEHL & JONES LLP,** Laura Davis Jones (DE Bar No. 2436), James E. O'Neill (DE Bar No. 4042), Edward A. Corma (DE Bar No. 6718), 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705, (Courier 19801), Telephone: 302-652-4100, ljones@pszjlaw.com, joneill@pszjlaw.com, ecorma@pszjlaw.com, *Proposed Co-Counsel to Debtors and Debtors in Possession* -and- **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP,** Joseph O. Larkin (I.D. No. 4883), One Rodney Square , 920 N. King Street, Wilmington, Delaware 19801, Telephone: (302) 651-3000, Joseph.Larkin@skadden.com -and- James J. Mazza, Jr. (admitted *pro hac vice* ), Jennifer Madden (admitted *pro hac vice*), 320 S. Canal Street, Chicago, Illinois 60606, Telephone: (312) 407-0700, James.Mazza@skadden.com, Jennifer.Madden@skadden.com -and- Destiny N. Almogue (admitted *pro hac vice*), 2000 Avenue of the Stars, Suite 200N, Los Angeles, California 90067, Telephone: (213) 687-5000, Destiny.Almogue@skadden.com, *Proposed Co-Counsel to Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion or the Bidding Procedures, as applicable.

**FICTITIOUS BUSINESS NAME STATEMENT 2026-B3794**

The following persons are doing business as: BLACK FLAG ARMORY; 125 W FRANKLIN AVE, RIDGECREST, CA 93555, County of Kern, Mailing Address: 125 W FRANKLIN AVE, RIDGECREST, CA 93555

This business is conducted by a INDIVIDUAL: CHARLES DON RENFROW II, 125 W FRANKLIN AVE, RIDGECREST, CA 93555

This statement filed with the County Clerk of Kern County on 06/17/2026.

The registrant commenced to transact business under the fictitious business name or names listed above on N/A.

AIMEE X. ESPINOSA, Auditor-Controller-County Clerk

By D. HINOJOSA, Deputy Clerk

The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another to a trademark or trade name under federal, state, or common law (see section 14400 et seq., business and professions code). It is the responsibility of the registrant to determine that the fictitious business name selected will not violate another's rights established under law.

**NOTICE: THIS FICTITIOUS BUSINESS NAME STATEMENT EXPIRES FIVE YEARS FROM THE DATE IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK.**

**(07/10, 07/17, 07/24, 07/31/2026) FBN**

**ORDER TO SHOW CAUSE FOR CHANGE OF NAME SUPERIOR COURT OF CALIFORNIA COUNTY OF KERN CASE NUMBER 26CUR00039**

TO ALL INTERESTED PERSONS:

1. Petitioner, GAGE ARES BALLARD filed a petition with this court for a decree changing names as follows:

Present Name:
GAGE ARES BALLARD

Proposed Name:
GAGE ARES PRESTON

2. THE COURT ORDERS that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted.

**NOTICE OF HEARING**
DATE:
8-12-2026
TIME: 9:00am
ADDRESS:
Superior Court of California, County of Kern, 132 E. Coso St. Ridgecrest, CA 93555
East Division, Ridgecrest Branch
DEPT: B

3. A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county (specify newspaper): The Daily Independent.

Dated: JUNE 18, 2026
By: MURRAY ROBERTSON,
Judge of the Superior Court

**(07/10, 07/17, 07/24, 07/31/2026)**

**NOTICE TO CREDITORS OF BULK SALE**

**(UCC Sec. 6101 et seq. and B & P Sec. 24074 et seq.)**
**Escrow No. 7404186-B**

Notice is hereby given that a bulk sale about to be made. The name(s), and address(es) of the Seller(s) are: GM DIN INC., 515 BROADWAY AVE, JOHANNESBURG, CA 93528

Doing Business as: JOBURG PIT STOP

All other business name(s) and address(es) used by the Seller(s) within three years, as stated by the Seller(s) is/are: NONE

The location in California of the chief executive officer of the Seller is: 575 BROADWAY AVE, JOHANNESBURG, CA 93528

The names, and addresses of the Buyer/Transferee are: 395 MINI MART & FUEL INC, 310 MESQUITE AVE, RIDGECREST, CA 93555

The location and general description of the assets to be sold are: ALL STOCK, TRADE, INVENTORY, TANGIBLES AND INTANGIBLES, CHATTEL, FURNITURE, FIXTURES, AND EQUIPMENT and transfer of License No. 405693 of that certain business known as JOBURG PIT STOP located at: 515 BROADWAY AVE, JOHANNESBURG, CA 93528

The Bulk Sale and transfer of the Alcoholic Beverage License is intended to be consummated at the office of: FIRST AMERICAN TITLE COMPANY, 4645 BUENA VISTA ROAD, STE 500, BAKERSFIELD, CA 93311, Escrow No. 7404186-B, Escrow Officer: JANA EASTIN and the anticipated date of the sale/transfer is AUGUST 4, 2026

The Bulk Sale IS NOT subject to California Uniform Commercial Code Section 6106.2, but is subject to Section 24074 of the Business and Professions Code. Claims will be accepted until Settlement Agent is notified by the Department of Alcoholic Beverage Control of the transfer of the permanent Alcoholic Beverage License to the Buyer.

As required by Sec. 24073 of the Business and Professions Code, it has been agreed between the Seller and the buyer that the consideration for transfer of the business and license is to be paid only after the transfer has been approved by the Department of Alcoholic Beverage Control.

395 MINI MART & FUEL INC, Buyer(s)
5320427-PP

**(DAILY INDEPENDENT 07/17/2026)**

**NOTICE TO CREDITORS OF BULK SALE AND OF INTENTION TO TRANSFER ALCOHOLIC BEVERAGE LICENSE(S)**

(U.C.C. 6105 et seq. and B & P 24073 et seq.)
Escrow No. 26-144195

Notice is hereby given that a bulk sale of assets and a transfer of alcoholic beverage license(s) is about to be made. The name(s) and business address(es) of the Seller(s)/Licensee(s) are: Silverport Enterprises, Inc.
207 N. China Lake, Ridgecrest, CA 93555

Doing Business as: RIdgecrest Mini Mart

All other business name(s) and address(es) used by the Seller(s)/Licensee(s) within the past three years, as stated by the Seller(s)/Licensee(s), is/are: None

The name(s) and address(es) of the Buyer(s)/Applicant(s) are: Cristo Gas, Inc., a California Corporation
17148 Vista Cielo Court, Fontana, CA 92337

The assets being sold are generally described as: All stock, trade, inventory, tangibles and intangibles, chattels, furniture, fixtures and equipment located at: 207 N. China Lake, Ridgecrest, CA 93555

The type of license(s) and license no(s) to be transferred is/are: Off-Sale Beer and Wine 20-626596 and are now issued for the premises located at: Same as Property

The bulk sale and transfer of alcoholic beverage license(s) is/are intended to be consummated at the office of WFG National Title Company of California 25240 Hancock Avenue, Suite 405 Murrieta, CA 92562 and the anticipated date of sale/transfer is 07/28/26.

The purchase price or consideration in connection with the sale of the business and transfer of the license, is the sum of $250,000.00, including inventory, estimated at , which consists of the following:
DESCRIPTION: AMOUNT:
SEE ATTACHED ALLOCATION $250,000.00

It has been agreed between the Seller(s)/Licensee(s) and the intended Buyer/Applicant(s), as required by Sec. 24073 of the Business and Professions Code, that the consideration for the transfer of the business and license is to be paid only after the transfer has been approved by the Department of Alcoholic Beverage Control.

Dated:
Buyer(s)/Applicant(s)
Cresto Gas, Inc. a California Corporation
S/ FADI MAHER
Seller(s)/Licensee(s)
Dated: 5/8/26
Silverport Enterprises, Inc.
S/ AEZAH DAVID ALI
7/17/26
CNS-4058797#

**(DAILY INDEPENDENT 07/17/2026)**

**NOTICE OF ELECTION**

**NOTICE IS HEREBY GIVEN** that a governing board member election will be held in the
TRONA JOINT UNIFIED SCHOOL DISTRICT
in San Bernardino County, on Tuesday, the 3rd of November 2026, for the following offices:

Member of the Governing Board, 4-year term, number to be elected – 3

The qualifications required to be a candidate for the above offices are:

At the time nomination documents are issued, a candidate must be a registered voter residing within the district (and area, if any).

Official candidate filing documents for eligible candidates desiring to file for the above elective offices may be obtained from the San Bernardino County Registrar of Voters, 777 E. Rialto Avenue, San Bernardino, California, starting on July 13, 2026, and filed not later than 5 p.m. on August 7, 2026, in the aforementioned office.

The San Bernardino County Registrar of Voters provides candidate filing documents and services by appointment. Visit Elections.SBCounty.gov or call (909) 387-8300 to schedule a video conference or in-person appointment. Walk-ins are welcome but may experience some wait time.

If by 5 p.m. on August 12, 2026, only one person has been nominated or an insufficient number of persons have been nominated for the above elective offices or no one has been nominated, and if no petition requesting that the election be held has been presented to the officer conducting the election, appointments will be made as prescribed by Section 5326 and 5328 of the Education Code.

Date: July 2, 2026
Joani Finwall, Registrar of Voters

**AVISO DE ELECCIONES**

**POR LA PRESENTE SE NOTIFICA** que se llevarán a cabo elecciones para miembros de la junta gobernante en el
DISTRITO ESCOLAR UNIFICADO CONJUNTO TRONA
en el Condado de San Bernardino, el martes, 3 de noviembre de 2026, para los siguientes cargos:

Miembro de la Junta Gobernante, mandato de 4 años, cantidad por elegir - 3

Las calificaciones requeridas para ser candidato a los cargos antes mencionados son:

En el momento en el que se emitan los documentos de nominación, el candidato debe ser un votante registrado que viva dentro del distrito (y área, si corresponde).

Los documentos oficiales de presentación de candidatura para aspirantes elegibles que deseen postularse para los cargos electivos antes mencionados se pueden obtener en el Registro de Votantes del Condado de San Bernardino, 777 E. Rialto Avenue, San Bernardino, California, a partir del 13 de julio de 2026, y presentarse a más tardar a las 5 p.m. del 7 de agosto de 2026 en la oficina antes mencionada.

El Registro de Votantes del Condado de San Bernardino proporciona documentos para la presentación de candidatura y servicios por cita. Visite Elections.SBCounty.gov/es/ o llame al (909) 387-8300 para programar una videoconferencia o una cita en persona. Las personas pueden presentarse sin cita previa pero es posible que experimenten un tiempo de espera.

Si a las 5 p.m. del 12 de agosto de 2026, solo se ha nominado a una persona o si se ha nominado a un número insuficiente de personas para los cargos electivos antes mencionados o si no se ha nominado a nadie, y si no se ha presentado al funcionario que dirige las elecciones ninguna petición de que se celebre la elección, los nombramientos se harán según lo establecido en las Secciones 5326 y 5328 del Código de Educación.

Fecha: 2 de julio de 2026
Joani Finwall, Registro de Votantes
7/10/26
CNS-4058733#

**(DAILY INDEPENDENT 07/17/2026)**

**NOTICE OF LIEN SALE VEHICLE Valued Over $4000 Civil Code 3071**

2024 TOYOTA COROLLA
VIN: 5YFB4MDE8RP120285
LICENSE:
9XPE405 (CA)
DATE OF SALE:
JULY 20, 2026
TIME: 10:00AM
LOCATION:
SIERRA TOWING
401 INYOKERN RD
RIDGECREST, CA 93555

Vehicle will be available for inspection one hour before the time of sale.

**(07/17/2026)**

Trustee Sale No. 190765 Title No. 95533026-55 NOTICE OF TRUSTEE'S SALE YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 08/06/2003. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. On 08/10/2026 at 10:00 AM, PRIME RECON LLC, as duly appointed Trustee under and pursuant to Deed of Trust recorded 08/18/2003, as Instrument No. 0203171191, in book xx, page xx, of Official Records in the office of the County Recorder of KERN County, State of CALIFORNIA, executed by ROBERT G. MIZE AND MARLENE A. MIZE, HUSBAND AND WIFE, AS JOINT TENANTS, WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK/CASH EQUIVALENT or other form of payment authorized by 2924h(b), (payable at time of sale in lawful money of the United States), AT THE FRONT ENTRANCE TO THE CITY HALL CITY HALL, 1501 TRUXTUN AVENUE, BAKERSFIELD, CA 93301. All right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County and State, described as: FULLY DESCRIBED IN THE ABOVE DEED OF TRUST. APN 084-263-12-00 The street address and other common designation, if any, of the real property described above is purported to be: 6012 WEST ARGUS AVENUE, INYOKERN, CA 93527. The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, if any, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is: $30,142.94 IF THE TRUSTEE IS UNABLE TO CONVEY TITLE FOR ANY REASON, THE SUCCESSFUL BIDDER'S SOLE AND EXCLUSIVE REMEDY SHALL BE THE RETURN OF MONIES PAID TO THE TRUSTEE, AND THE SUCCESSFUL BIDDER SHALL HAVE NO FURTHER RECOURSE. The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and written Notice of Default and Election to Sell. The undersigned caused a Notice of Default and Election to Sell to be recorded in the county where the real property is located. Dated: 6/29/2026 PRIME RECON LLC By: Rafael Pena-Costa, Authorized Signer PRIME RECON LLC 27368 VIA INDUSTRIA, STE 201 TEMECULA, CA 92590 (888) 725-4142 PRIME RECON LLC MAY BE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. FOR TRUSTEE'S SALE INFORMATION PLEASE CALL: (844) 901-0998 OR VIEW OUR WEBSITE: HTTPS://SALESINFORMATION.PRIME-RECON.COM NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (844) 901-0998 for information regarding the trustee's sale or visit this internet website - HTTPS://SALESINFORMATION.PRIME-RECON.COM - for information regarding the sale of this property, using the file number assigned to this case: TS#190765. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the internet website. The best way to verify postponement information is to attend the scheduled sale. NOTICE TO TENANT: You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call (844) 901-0998 for information regarding the trustee's sale, or visit this internet website HTTPS://SALESINFORMATION.PRIME-RECON.COM for information regarding the sale of this property, using the file number assigned to this case TS#190765 to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase. NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property. Effective March 1, 2026, new federal regulations (89 Fed. Reg. 70.258) require specified information to be reported on non-financed title transfers of residential real property to covered entities and trusts. In order to successfully bid on applicable properties, the successful bidder will be required to complete, sign, and certify a form providing specified information, including but not limited to the following: All Successful Bidders: Category Information Required Beneficial Owner(s) Full legal names of all individuals who exercise substantial control over the entity, date of birth, complete residential street address, citizenship, and unique identifying number (like tax ID no. or nonexpired passport no.) Legal Name Full legal name of transferee Trade Name Any trade name or "doing business as" name Principal Place of Business Street address, city, state, zip code Tax Identification No. Federal EIN or applicable tax ID Entity Type Corporation, LLC, partnership, trust, etc. Additional Information Required for a Trust: Category Information Required Trustee Information Full legal name, date of birth, complete street address, citizenship, unique identifying number (like IRS TIN, nonexpired passport no.) Legal Name Full name of trust agreement Date trust agreement executed Revocability Whether trust is revocable or irrevocable Trust Tax Identification