# <u>Exhibit A</u>

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEARLES VALLEY MINERALS INC., *et al.*,[1] | ) | Case No. 26-10966 (BLS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Ref. Docket No. ____** |

**ORDER (I) SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING ON MOTION OF DEBTORS FOR ENTRY OF AN ORDER APPROVING THE IMPLEMENTATION OF THE DEBTORS' (I) KEY EMPLOYEE INCENTIVE PLAN AND (II) NON-INSIDER KEY EMPLOYEE RETENTION PLAN**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"): (a) shortening notice on the *Motion of Debtors for Entry of an Order Approving the Implementation of the Debtors' (I) Key Employee Incentive Plan and (II) Non-Insider Key Employee Retention Plan* (the "KEIP-KERP"); (b) setting a hearing to consider the KEIP-KERP Motion (the "Hearing"); (c) setting an objection deadline with respect to the relief requested in the KEIP-KERP Motion; and (d) granting related relief, all as more fully set forth in the Motion; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having found cause for the relief requested in the Motion pursuant to Local Rule 9006-1(e); and the Court having found that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The KEIP-KERP Motion will be considered by the Court on **August 6, 2026 at 10:00 a.m. (prevailing Eastern Time)**.

3. Any response or objection to the KEIP-KERP Motion (an "Objection") shall be filed on or before **August 3, 2026 at 4:00 p.m. (prevailing Eastern Time)**.

4. Any reply to an Objection shall be filed on or before **August 5, 2026 at 4:00 p.m. (prevailing Eastern Time)**.

*[Remainder of Page Intentionally Left Blank]*

5. The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

6. This Court retains jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.