**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>SEARLES VALLEY MINERALS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10966 (BLS)<br><br>Jointly Administered<br><br>**Re D.I.**: 18, 77, 149 & 259<br><br>**Reply Deadline:** Aug. 21, 2026 at 4:00 p.m. EDT<br><br>**Hearing Date:** Aug. 26, 2026 at 1:30 p.m. EDT |

**NOTICE OF MOTION AND MOTION BY CALIFORNIA AIR RESOURCES BOARD'S SEEKING:**

**(1) AN ORDER CLARIFYING THAT THE SALE OF SEARLES VALLEY MINERALS' ASSETS WILL NOT IMPAIR FUTURE ENVIRONMENTAL LAW OBLIGATIONS IN CALIFORNIA, OR, IN THE ALTERNATIVE,**

**(2) AN ORDER THAT THE SALE OF SEARLES VALLEY MINERALS' ASSETS CANNOT "CLEAR" ENVIRONMENTAL LAW OBLIGATIONS UNDER 11 U.S.C. 363(f), OR, IN THE ALTERNATIVE,**

**(3) AN ORDER PROVIDING ADEQUATE PROTECTION TO THE CALIFORNIA AIR RESOURCES BOARD DURING AND AFTER THE SALE OF SEARLES VALLEY MINERAL'S ASSETS.**

TO THE COURT, ALL PARTIES, AND THEIR ATTONREYS:

**PLEASE TAKE NOTICE** that the California Air Resources Board (CARB) has filed a Motion SEEKING (1) AN ORDER CLARIFYING THAT THE SALE OF SEARLES VALLEY MINERALS' ASSETS WILL NOT IMPAIR FUTURE ENVIRONMENTAL LAW OBLIGATIONS IN CALIFORNIA, OR, IN THE ALTERNATIVE, (2) AN ORDER THAT THE SALE OF SEARLES VALLEY MINERALS' ASSETS CANNOT "CLEAR" ENVIRONMENTAL LAW OBLIGATIONS UNDER 11 U.S.C. 363(f) , OR, IN THE

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Mineral, Inc. (9263), Trona Railway Company LLC (3177), and Searles Domestic Water Company LLC (N/A).

ALTERNATIVE, (3) AN ORDER PROVIDING ADEQUATE PROTECTION TO THE CALFIORNIA AIR RESOURCES BOARD DURING AND AFTER THE SALE OF SEARLES VALLEY MINERAL ASSETS with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that any responses or objection to the Motion or the entry of an order with respect to the relief requested in the Motion must be filed on or before August 21, 2026, at 4:00 p.m. prevailing Eastern Time with the United States Bankruptcy Court for the District of Delaware at 824 N. Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that CARB does not consent to final orders beyond the jurisdiction of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must serve a copy of the response or objection to the Motion upon the undersigned counsel for CARB:

California Office of the Attorney General
Michael P. Cayaban, Supervising Deputy Attorney General,
600 West Broadway, Suite 1800
San Diego, California 92101
Mike.Cayaban@doj.ca.gov

California Office of the Attorney General
Michael S. Dorsi, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
MichaelSDorsi@doj.ca.gov

California Office of the Attorney General
Barbara C. Spiegel
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Barbara.Spiegel@doj.ca.gov

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THIS MOTION WILL BE HELD ON **AUGUST 26, 2026, AT 1:30 P.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE JUDGE BRENDAN

L. SHANNON, UNITED STATES BANKRUTPCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 12, 2026

ROB BONTA
Attorney General of California
ANNADEL ALMENDRAS
Senior Assistant Attorney General
MICHAEL P. CAYABAN
Supervising Deputy Attorney General

*/s/ Michael S. Dorsi*
MICHAEL S. DORSI (CA BAR NO. 281865)
RYAN ZICK (CA BAR NO. 303649)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3527
Email: Michael.Dorsi@doj.ca.gov
Email: Ryan.Zick@doj.ca.gov
*Attorneys for California Air Resources Board*

As the attorney responsible for electronically filing this document, I attest that attorney Michael S. Dorsi has authorized me to file this document on his behalf. Attorney Dorsi satisfies the requirements for electronic filing in this Court, but his request to be permitted to file by ECF has not yet been approved.

Dated: August 12, 2026

*/s/ Ryan Zick*
RYAN ZICK (CA BAR NO. 303649)