**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SEARLES VALLEY MINERALS, INC., et al[1] | Chapter 11<br><br>Case No. 26-10966 (BLS)<br><br>(Jointly Administered)<br><br>**Ref: 149** |

**RESERVATION OF RIGHTS AND LIMITED OBJECTION OF**
**AMERGIN RAIL 2023-1 TO DEBTOR'S SALE**

Amergin Rail 2023-1 ("Amergin"), by and through its counsel, hereby files this Reservation of Rights and Limited Objection to the Debtor's Sale.

Amergin has a claim against the Debtor for use of its rail cars from and since June 15, 2026. Amergin detailed its administrative claim in its Objection to the Debtor's Omnibus Motion to Reject Leases *Nunc Pro Tunc* ("Debtor's Rejection Motion") filed on June 30, 2026 [Doc. 111]. The Debtor continued the originally set hearing date for the Debtor's Rejection Motion to a date to be decided, and has opposed Amergin's request to place it on the calendar for the August 26th hearing date. The Debtor's sale may impact Amergin's administrative claim, and for that reason Amergin files this Reservation of Rights and Limited Objection.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number of business identification number, as applicable, are: Searles Valley Minerals Inc., (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

Dated: August 18, 2026

**ELLIOTT GREENLEAF, P.C.**

Respectfully submitted,

*/s/ Deirdre M. Richards*
Deirdre M. Richards
1105 N. Market Street, 17th Floor
Wilmington, DE 19801
dmr@elliottgreenleaf.com
Ph: (302) 384-9402