**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>SEARLES VALLEY MINERALS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10966 (BLS)<br><br>Jointly Administered<br><br>**Re D.I.**: 18, 77, 149 & 259<br><br>**Objection Deadline:** Aug. 24, 2026 at 12:00 p.m. EDT<br><br>**Hearing Date:** Aug. 26, 2026 at 1:30 p.m. EDT |

**MOTION FOR LEAVE TO APPEAR REMOTELY VIA VIDEO AT HEARING**

On July 7, 2026, this Court entered an Order (ECF 140, as modified by ECF 259) setting an in-person hearing for August 26, 2026, 1:30 p.m. EDT ("Sale Hearing"). The California Regional Water Quality Control Board, Lahontan Region ("California Lahontan Regional Water Board") respectfully request leave to appear remotely via the Court's Zoom Video Conference. The California Lahontan Regional Water Board, by and through counsel, Deputy Attorney General Bryant Cannon, intends to file a limited objection regarding the sale. Counsel for the California Regional Water Board intends to make only a limited argument at the hearing. Because the office for undersigned counsel plan is located out-of-state, attending the hearing in person would present unnecessary burden on the California Lahontan Regional Water Board. Accordingly, the California Lahontan Regional Water Board respectfully request this Court grant leave for the undersigned counsel to appear at the August 26, 2026, hearing via the Court's Zoom Video Conference. Upon receiving authorization to appear via zoom, the undersigned counsel will register utilizing the "documentation titled "Hearing Registration" posted on the chambers' website.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Mineral, Inc. (9263), Trona Railway Company LLC (3177), and Searles Domestic Water Company LLC (N/A).

Dated: August 18, 2026

ROB BONTA
Attorney General of California
ANNADEL ALMENDRAS
Senior Assistant Attorney General
JANELLE M. SMITH
Supervising Deputy Attorney General

*<u>/s/ Bryant B. Cannon</u>*

BRYANT B. CANNON (CA BAR NO. 284496)
Deputy Attorney General
1515 Clay Street, Suite 2000
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1982
E-mail: Bryant.Cannon@doj.ca.gov
*Attorneys for California Lahontan Regional Water Board*