**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>SEARLES VALLEY MINERALS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 26-10966 (BLS)<br>Jointly Administered<br>**Re D.I.**: 18, 77, 149 & 259, 273, 274, 298<br>**Hearing Date:** Aug. 26, 2026 at 1:30 p.m. EDT |

**NOTICE AND OBJECTION BY CALIFORNIA AIR RESOURCES BOARD CONCERNING: (1) OBJECTION TO FURTHER HEARING ON AUGUST 27, 2026, (2) REQUEST FOR CO-COUNSEL AND CLIENT REPRESENTATIVES TO OBSERVE BY VIDEOCONFERENCE, (3) SUBSTITITION OF ATTORNEYS, (5) NOTICE OF APPEARANCE, AND (5) REQUEST FOR NOTICE BY EMAIL**

The California Air Resources Board (CARB) provides this notice and hereby files this objection to Debtor Searles Valley Minerals' unilateral change to the hearing schedule concerning the sale of assets.

***

1. CARB objects to the change in schedule (D.I. 298) proposing to extend the hearing, now set for August 26, 2026, at 1:30 p.m., to continue on August 27, 2026. CARB's attorney, Deputy Attorney General Michael S. Dorsi, is making a cross-country trip for the June 26 hearing, and has already made travel arrangements to return to California in time to attend a hearing in an unrelated matter on August 27. If the Court can address CARB's Motion (D.I. 273-274) and Objection (D.I. 278) on August 26, then CARB's counsel can attend by videoconference to address any other issues on August 27. Alternatively, if the Court concludes that the issues raised in CARB's Motion and Objection cannot be resolved with a single day hearing, that may indicate that the issues merit supplemental briefing and a second hearing date.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Mineral, Inc. (9263), Trona Railway Company LLC (3177), and Searles Domestic Water Company LLC (N/A).

2. CARB requests that the Court permit co-counsel and client representatives observe the hearing on August 26, 2026, by videoconference.

3. CARB gives notice of substitution of Supervising Deputy Attorney General Mike Cayaban to replace Deputy Attorney General Ryan Zick, and requests that Mr. Cayaban receive notifications of electronic filings in this case. CARB requests that Mr. Zick be removed from notices in this case. Mr. Cayaban's certification to practice in this Court will be filed later today.

4. CARB also gives notice that Deputy Attorney General Barbara Spiegel will appear in this action, and requests that Ms. Spiegel receive notifications of electronic filings in this case. Ms. Spiegel's certification to practice in this Court will be filed no later than Tuesday, August 25, 2026.

5. For avoidance of confusion, the email addresses for service of CARB should be:

Mike.Cayaban@doj.ca.gov
Michael.Dorsi@doj.ca.gov
Barbara.Spiegel@doj.ca.gov

Dated: August 21, 2026

ROB BONTA
Attorney General of California
ANNADEL ALMENDRAS
Senior Assistant Attorney General
MICHAEL P. CAYABAN
Supervising Deputy Attorney General

*/s/ Michael S. Dorsi*
MICHAEL S. DORSI (CA BAR NO. 281865)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3802
Email: Michael.Dorsi@doj.ca.gov
*Attorneys for California Air Resources Board*