**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SEARLES VALLEY MINERALS INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-10966 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 270** |

**NOTICE OF WITHDRAWAL OF OBJECTION AND RESERVATION OF RIGHTS OF INFOR (US), LLC WITH RESPECT TO DEBTORS' NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE that Infor (US), LLC ("Infor"), by and through its undersigned counsel, hereby withdraws the *Objection and Reservation of Rights of Infor (US), LLC with Respect to Debtors' Notice of Proposed Assumption and Assignment of Certain Executory Contracts* [Docket No. 270], filed on August 11, 2026, *without prejudice*, as a result of the *Amended Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts* [Docket No. 313] filed by Searles Valley Minerals Inc. and certain of its subsidiaries, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors").

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers or business identification numbers, as applicable, are as follows: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The address of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

Dated: August 24, 2026
Wilmington, Delaware

BARNES & THORNBURG LLP

*/s/ Amy E. Tryon*

Mark R. Owens (DE No. 4364)
Amy E. Tryon (DE No. 6945)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Tel: (302) 300-3434
Fax: (302) 300-3456
Email: Mark.Owens@btlaw.com
Email: Amy.Tryon@btlaw.com

*Counsel for Infor (US), LLC*