**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEARLES VALLEY MINERALS INC., *et al.*,[1] | ) | Case No. 26-10966 (BLS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Related Docket No. 256** |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST MONTHLY FEE APPLICATION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY CO-COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM JUNE 15, 2026 THROUGH JUNE 30, 2026**

The undersigned counsel for the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies that:

1. On July 31, 2026, Skadden, Arps, Slate, Meagher & Flom LLP, as bankruptcy co-counsel for the Debtors, filed its First Monthly Fee Application for allowance of compensation and reimbursement of expenses for the period June 15, 2026 through June 30, 2026 (the "**Application**") [Docket No. 256].

2. Objections to the Application were due no later than August 21, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

[1] The Debtors in these chapter 11 case, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

3. The undersigned further certifies that no formal or informal objection or response to the Application has been received by the undersigned and that, after reviewing the Court's docket, no formal or informal objection or response to the Application appears thereon.

4. Accordingly, pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 183] (the "**Interim Compensation Order**"), the Debtors are authorized to pay 80% of the $1,079,043.00 in fees requested in the Application, or $863,234.40, and 100% of the $10,944.26 in expenses requested in the Application, for a total of $874,178.66.

Dated: August 24, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*
**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
ljones@pszjlaw.com
joneill@pszjlaw.com
ecorma@pszjlaw.com

*Co-Counsel to Debtors and Debtors in Possession*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Joseph O. Larkin (I.D. No. 4883)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Joseph.Larkin@skadden.com

- and -

James J. Mazza, Jr. (admitted *pro hac vice*)
Jennifer Madden (admitted *pro hac vice*)
320 S. Canal Street
Chicago, Illinois 60606
Telephone: (312) 407-0700
James.Mazza@skadden.com
Jennifer.Madden@skadden.com

- and -

Destiny N. Almogue (admitted *pro hac vice*)
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Destiny.Almogue@skadden.com

*Co-Counsel to Debtors and Debtors in Possession*