**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEARLES VALLEY MINERALS INC., *et al.*,[1] | ) | Case No. 26-10966 (BLS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Related Docket No(s). 140, 149, 166, 259, 298, 300, 313, 314** |

**NOTICE OF SUCCESSFUL BIDDER**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Pursuant to the *Order (A) Approving Bidding Procedures for the Sale of Certain or All of the Debtors' Assets; (B) Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections; (C) Approving Assumption and Assignment Procedures; (D) Scheduling a Hearing to Consider Any Proposed Sale; and (E) Granting Certain Related Relief* [Docket No. 140] (the "**Bidding Procedures Order**") entered by the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on July 7, 2026, the *Notice of Auction and Sale Hearing* [Docket No. 149] (the "**Auction Notice**") filed by the debtors and debtors in possession (the "**Debtors**") on July 7, 2026, and the *Notice of Proposed Assumption and Assignment of Certain Executory Contracts* [Docket No. 166], filed by the Debtors on July 10, 2026, as supplemented and amended by the *Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts* [Docket No. 300], filed by the Debtors on August 20, 2026, and the *Amended Supplemental Notice of Proposed Assumption and Assignment*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

*of Certain Executory Contracts* [Docket No. 313], filed by the Debtors on August 21, 2026, the Debtors held an auction for the soda ash contracts (the "**Auction**") on August 25, 2026.

2. The Debtors have determined that the Qualified Bid[2] of TATA Chemicals North America Inc. as determined at the Auction (the "**Successful Bid**") for the soda ash contracts is the highest or otherwise best Qualified Bid for the soda ash contracts, and have therefore designated TATA Chemicals North America Inc. as the Successful Bidder. The Debtors have also determined that the Qualified Bid of American Soda LLC for the soda ash contracts is the second highest Qualified Bid, and have therefore designated American Soda LLC as the Backup Bidder. The parties are still in the process of finalizing the transactional documents and the order approving the assignment and assumption of the soda ash contracts to the Successful Bidder, and expect to file such documents prior to the Sale Hearing.

3. The Sale Hearing will be held on **August 26, 2026 at 1:30 p.m. prevailing Eastern Time** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801. If necessary, the Sale Hearing may be continued to **August 27, 2026 at 1:30 p.m. prevailing Eastern Time**.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

Dated: August 26, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*
**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
ljones@pszjlaw.com
joneill@pszjlaw.com
ecorma@pszjlaw.com

*Co-Counsel to Debtors and Debtors in Possession*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Joseph O. Larkin (I.D. No. 4883)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Joseph.Larkin@skadden.com

- and -

James J. Mazza, Jr. (admitted *pro hac vice*)
Jennifer Madden (admitted *pro hac vice*)
320 S. Canal Street
Chicago, Illinois 60606
Telephone: (312) 407-0700
James.Mazza@skadden.com
Jennifer.Madden@skadden.com

- and -

Destiny N. Almogue (admitted *pro hac vice*)
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Destiny.Almogue@skadden.com

*Co-Counsel to Debtors and Debtors in Possession*