**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SEARLES VALLEY MINERALS, INC., et al[1] | Chapter 11<br><br>Case No. 26-10966 (BLS)<br><br>(Jointly Administered)<br><br>**Ref: 290** |

**NOTICE OF WITHDRAWAL OF RESERVATION OF RIGHTS AND LIMITED OBJECTION OF AMERGIN RAIL 2023-1 TO DEBTOR'S SALE [Doc. 290]**

Amergin Rail 2023-1, LLC ("Amergin"), by and through the undersigned counsel, hereby files this Notice of Withdrawal of the Reservation of Rights and Limited Objection of Amergin Rail 2023-1 LLC to Debtor's Sale, filed on August 18, 2026.

Dated: August 26, 2026

**ELLIOTT GREENLEAF, P.C.**

Respectfully submitted,

*/s/ Deirdre M. Richards*
Deirdre M. Richards (DE Bar. 4191)
600 N. King Street, Suite 100
Wilmington, DE 19801
dmr@elliottgreenleaf.com
Ph: (302) 384-9402

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number of business identification number, as applicable, are: Searles Valley Minerals Inc., (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.