**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEARLES VALLEY MINERALS INC., *et al.*,[1] | ) | Case No. 26-10966 (BLS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Related Docket No.** |

**ORDER APPROVING JOINT STIPULATION OF AGREED FACTS WITH RESPECT TO DEBTORS' OMNIBUS (I) RESPONSE TO THE MOTION AND OBJECTION OF CALIFORNIA AIR RESOURCES BOARD SEEKING: (1) AN ORDER CLARIFYING THAT THE SALE OF SEARLES VALLEY MINERALS' ASSETS WILL NOT IMPAIR FUTURE ENVIRONMENTAL LAW OBLIGATIONS IN CALIFORNIA, OR, IN THE ALTERNATIVE, (2) AN ORDER THAT THE SALE OF SEARLES VALLEY MINERALS' ASSETS CANNOT "CLEAR" ENVIRONMENTAL LAW OBLIGATIONS UNDER 11 U.S.C. 363(F), OR, IN THE ALTERNATIVE, (3) AN ORDER PROVIDING ADEQUATE PROTECTION TO THE CALIFORNIA AIR RESOURCES BOARD DURING AND AFTER THE SALE OF SEARLES VALLEY MINERALS' ASSETS AND (II) REPLY IN FURTHER SUPPORT OF THEIR SALE MOTION**

Upon consideration of the *Joint Stipulation of Agreed Facts with Respect to Debtors' Omnibus (I) Response to the Motion and Objection of California Air Resources Board Seeking: (1) an Order Clarifying that the Sale of Searles Valley Minerals' Assets Will Not Impair Future Environmental Law Obligations in California, or, in the Alternative, (2) an Order that the Sale of Searles Valley Minerals' Assets Cannot "Clear" Environmental Law Obligations Under 11 U.S.C. 363(f), or, in the Alternative, (3) an Order Providing Adequate Protection to the California Air Resources Board During and After the Sale of Searles Valley Minerals' Assets and (II) Reply in*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

*Further Support of Their Sale Motion* (the "Stipulation"),[2] a copy of which is attached to this Order as **Exhibit 1**; and the Debtors' contention that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and that the Court determined that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and the Debtors' contention that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice was sufficient under the circumstances and no further notice or hearing is required; and after due deliberation; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is APPROVED.

2. The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

**Dated: August 26th, 2026**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.