**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Searles Valley Minerals Inc., *et al.,* | : | Case No. 26-10966 (BLS) |
| | : | (Jointly Administered) |
| | : | |
| | : | **SECOND AMENDED** NOTICE OF |
| Debtor(s). | : | APPOINTMENT OF COMMITTEE |
| ---------------------------------- | : | OF UNSECURED CREDITORS* |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Mountain Coal Co., L.L.C.**, Attn: Nathan Tucker, 275 Technology Drive, Suite 101, Canonsburg, PA 15317, Phone: 724-416-8336; E-mail: NathanTucker@coreresources.com

2. **$D^2$ Industrial Services, LLC**, c/o Chad Horner, ASRC Industrial, 1501 W. Fountainhead Parkway, Suite 550, Tempe, AZ 85282, Phone: 925-206-5203, E-mail: Chad.Horner@asrcindustrial.com

3. **Bakersfield Machine Co.**, Attn: Dirk Bentz, P.O. Box 122, Bakersfield, CA 93302, Phone: 661-709-7027, E-mail: dirk@bmc-ind.com

4. **Amergin Rail 2023-1, LLC**, Attn: Jerrold Rosen, 317 Country Club Drive, Butler, KY 41006, Phone: 201-615-0555, E-mail: jrosen@amerginam.com

5. **ChemTron Supply, LLC d/b/a CRB Water**, Attn: Anthony Metzner, 3500 Harry S. Truman Blvd., St. Charles, MO 63301, Phone: 341-803-8696, E-mail: tonym@crbwater.com

6. **GATX Corp.**, Attn: Woodrow Morris, 233 S. Wacker Drive, Chicago, IL 60606, Phone: 312-621-4592, E-mail: woodrow.morris@gatx.com

7. **Metropolitan Stevedore Company (d/b/a Metro Ports)**, Attn: Helen Yu, 3806 Worsham Avenue, Long Beach, CA 90808, Phone: 562-900-3504, E-mail: helen.yu@nautilisintl.com

ANDREW R. VARA
United States Trustee, Region 3

/s/ *Jane M. Leamy* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: September 3, 2026

Attorney assigned to this Case: Jane M. Leamy, Esq., Phone: (302) 573-6491
Debtors' Counsel: Laura Davis Jones, Esq., Phone: (302) 652-4100

*Amended to reflect the resignation of CMP Sales dba Mertec Eng, as of September 2, 2026.