**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>SEARLES VALLEY MINERALS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 26-10966 (BLS)<br>Jointly Administered<br>**Re D.I.**: 18, 77, 149 & 259, 273, 274, 298, 331<br>**Hearing Date:** Sept. 8, 2026 at 2:00 p.m. EDT |

**CALIFORNIA AIR RESOURCES BOARD**
**(1) OBJECTION TO FORM OF PROPOSED SALE ORDER, AND**
**(2) REQUEST TO APPEAR BY VIDEOCONFERENCE**

The California Air Resources Board (CARB) provides this response and hereby files this objection to the form of Debtor Searles Valley Minerals' Proposed Sale Order.

***

## Introduction

1. CARB objected to the sale, free and clear, of Searles Valley Minerals' assets on the basis that Searles was required by law to comply with California regulations implementing CARB's Cap-and-Invest Program. CARB presented argument in writing and by counsel, appearing in person on August 26, 2026. This Court overruled CARB's Objection. CARB requested that the Court issue a stay pending appeal. The Court stated that the question of a stay pending appeal was not yet ripe because there was no sale order to approve on August 26, 2026.

## Objection to Form of Order

2. Searles submitted a revised Proposed Sale Order. D.I. 331. The Proposed Sale Order contains new language concerning the effect of the sale on CARB policy. *See* D.I. 33102 at 8-10.

3. CARB communicated its view that the proposed language is less clear than it should be.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Mineral, Inc. (9263), Trona Railway Company LLC (3177), and Searles Domestic Water Company LLC (N/A).

The language is notably less clear than the Court's explanation, from the bench, of its Order.

4. CARB proposes that the Sale Order be straightforward. If the Court intends to make a ruling about the Cap-and-Invest Program, it should make a statement specific to the Cap-and-Invest Program.

**Request for Remote Appearance**

5. CARB requests that the Court permit its attorneys to appear by videoconference at the hearing on Tuesday, September 8, 2026.

6. In-person appearances for CARB's counsel are time-consuming because they require cross-country travel. CARB's counsel made the cross-country trip for the August 26, 2026 hearing, and acknowledges that the in-person appearance was useful for hearing on CARB's Motion and Objection, but, in CARB's view, the next hearing does not merit compelling CARB's counsel to make a second trip because the Court has already issued a substantive ruling on CARB's objection.

Dated: September 4, 2026

ROB BONTA
Attorney General of California
ANNADEL ALMENDRAS
Senior Assistant Attorney General
MICHAEL P. CAYABAN
Supervising Deputy Attorney General

*/s/ Michael S. Dorsi*
MICHAEL S. DORSI (CA BAR NO. 281865)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3802
Email: Michael.Dorsi@doj.ca.gov
*Attorneys for California Air Resources Board*