**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEARLES VALLEY MINERALS INC., *et al.*,[1] | ) | Case No. 26-10966 (BLS) |
| Debtors. | ) | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 11, 2026 AT 10:00 A.M. (ET) BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, SIXTH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

**AS NO MATTERS ARE GOING FORWARD,**
**THE HEARING HAS BEEN CANCELLED WITH THE COURT'S PERMISSION**

**The sale hearing has been continued to September 15, 2026 at 2:00 p.m. (ET)**

**ADJOURNED MATTER:**

1. Motion of Debtors for Entry of Orders (I) Approving Bidding Procedures for the Sale of Certain or All of the Debtors' Assets; (B) Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections; (C) Approving Assumption and Assignment Procedures; (D) Scheduling a Hearing to Consider Any Proposed Sale; and (II) (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Filed: 6/15/26] (Docket No. 18)

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

[2] **Amended items in bold**.

Response Deadline: August 24, 2026 at 12:00 p.m. (Eastern Time) (other than with respect to the identity of the Successful Bidder); August 25, 2026 at 4:00 p.m. (Eastern Time) (with respect to the identity of the Successful Bidder)

Sale Objections:

A. California Air Resources Board's Objection to Sale of Assets, Requesting: (1) an Order Clarifying that the Sale of Searles Valley Minerals' Assets Will Not Impair Future Environmental Law Obligations in California, or, in the Alternative, (2) an Order that the Sale of Searles Valley Minerals' Assets Cannot "Clear" Environmental Law Obligations Under 11 U.S.C. 363(f), or, in the Alternative, (3) an Order Providing Adequate Protection to the California Air Resources Board During and After the Sale of Searles Valley Mineral's Assets [Filed: 8/14/26] (Docket No. 278)

B. Withdrawn Item

C. Limited Objection by Process Equipment, Inc. to Sale and Disposition of Sale Proceeds [Filed: 8/18/26] (Docket No. 292)

D. Limited Objection By Ardent Companies, Inc. to Sale and Disposition of Sale Proceeds [Filed: 8/21/26] (Docket No. 305)

E. Limited Objection and Reservation of Rights of California Regional Water Quality Control Board, Lahontan Region with Respect to Sale of Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests [Filed: 8/21/26] (Docket No. 309)

F. Limited Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors for Entry of Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Filed: 8/25/26] (Docket No. 325)

G. California Air Resources Board (1) Objection to Form of Proposed Sale Order, and (2) Request to Appear by Videoconference [Filed 9/4/26] (Docket No. 355]

Cure Objections:

A. Objection of Union Pacific Railroad Company to Debtors' Notice of Proposed Assumption and Assignment of Certain Executory Contracts [Filed: 7/23/26] (Docket No. 235)

B. Objection of Progress Rail Leasing Corporation to Debtors' Notice of Proposed Assumption and Assignment of Certain Executory Contracts [Filed: 7/24/26] (Docket No. 238)

C. Limited Objection of Process Equipment, Inc. to Debtors' Notice of Proposed Assumption and Assignment of Certain Executory Contracts [Filed: 7/24/26] (Docket No. 239)

D. Objection and Reservation of Rights of Infor (US), LLC with Respect to Debtors' Notice of Proposed Assumption and Assignment of Certain Executory Contracts [Filed: 8/11/26] (Docket No. 270)

E. Amended Objection of Union Pacific Railroad Company to Debtors' Notice of Proposed Assumption and Assignment of Certain Executory Contracts [Filed: 8/19/26] (Docket No. 297)

F. Objection of Progress Rail Leasing Corporation to Debtors' Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts [Filed: 8/21/26] (Docket No. 308)

G. Objection of Airgas USA, LLC to Debtors' Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts [Filed: 8/27/26] (Docket No. 339)

Related Documents:

A. Notice of Filing of Proposed Form of Purchase Agreement [Filed: 6/27/26] (Docket No. 108)

B. [Signed] Order (I) Approving Bidding Procedures for the Sale of Certain or All of the Debtors' Assets; (B) Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections; (C) Approving Assumption and Assignment Procedures; (D) Scheduling a Hearing to Consider any Proposed Sale; and (II) (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Entered: 7/7/26] (Docket No. 140)

C. Notice of Auction and Sale Hearing [Filed: 7/7/26] (Docket No. 149)

D. Notice of Proposed Assumption and Assignment of Certain Executory Contracts [Filed: 7/10/26] (Docket No. 166)

E. Affidavit of Publication of Notice of Auction and Sale Hearing in the New York Times [Filed: 7/21/26] (Docket No. 227)

F. Affidavit of Publication of Notice of Auction and Sale Hearing in the Daily Independent [Filed: 7/21/26] (Docket No. 228)

G. Notice of Rescheduled Bid Deadline, Auction, and Related Deadlines [Filed: 8/1/26] (Docket No. 259)

H. Notice of Rescheduled Auction and Related Deadlines [Filed: 8/20/26] (Docket No. 298)

I. Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts [Filed: 8/20/26] (Docket No. 300)

J. Debtors' Omnibus (I) Response to the Motion and Objection of California Air Resources Board Seeking: (1) an Order Clarifying that the Sale of Searles Valley Minerals' Assets Will Not Impair Future Environmental Law Obligations in California, or, in the Alternative, (2) an Order that the Sale of Searles Valley Minerals' Assets Cannot "Clear" Environmental Law Obligations Under 11 U.S.C. 363(f), or, in the Alternative, (3) an Order Providing Adequate Protection to the California Air Resources Board During and After the Sale of Searles Valley Minerals' Assets and (II) Reply in Further Support of Their Sale Motion [Filed: 8/21/26] (Docket No. 310)

K. Declaration of Dennis Cruise in Support of Debtors' Omnibus (I) Response to the Motion and Objection of California Air Resources Board Seeking: (1) an Order Clarifying that the Sale of Searles Valley Minerals' Assets Will Not Impair Future Environmental Law Obligations in California, or, in the Alternative, (2) an Order that the Sale of Searles Valley Minerals' Assets Cannot "Clear" Environmental Law Obligations Under 11 U.S.C. 363(f), or, in the Alternative, (3) an Order Providing Adequate Protection to the California Air Resources Board During and After the Sale of Searles Valley Minerals' Assets and (II) Reply in Further Support of Their Sale Motion [Filed: 8/21/26] (Docket No. 311)

L. Amended Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts [Filed: 8/21/26] (Docket No. 313)

M. Notice of Rescheduled Auction and Related Deadlines [Filed: 8/23/26] (Docket No. 314)

N. Notice of Withdrawal of Objection and Reservation of Rights of Infor (US), LLC with Respect to Debtors' Notice of Proposed Assumption and Assignment of Certain Executory Contracts [Filed: 8/24/26] (Docket No. 315)

O. Notice of Rescheduled Auction (Assets Other Than Soda Ash Contracts) [Filed: 8/25/26] (Docket No. 319)

P. Notice of Successful Bidder [Filed: 8/26/26] (Docket No. 329)

Q. Notice of Withdrawal of Reservation of Rights and Limited Objection to Sale [Filed 8/26/26] (Docket No. 330)

R. Notice of Filing of Revised Proposed Sale Order [All Assets Except Soda Ash Contracts] [Filed: 8/26/26] (Docket No. 331)

S. Notice of Filing of Revised Proposed Sale Order [Soda Ash Contracts] [Filed: 8/26/26] (Docket No. 332)

T. Certification of Counsel Regarding Order Approving Joint Stipulation of Agreed Facts with Respect to Debtors' Omnibus (I) Response to the Motion and Objection of California Air Resources Board Seeking: (1) an Order Clarifying that the Sale of Searles Valley Minerals' Assets Will Not Impair Future Environmental Law Obligations in California, or, in the Alternative, (2) an Order that the Sale of Searles Valley Minerals' Assets Cannot "Clear" Environmental Law Obligations Under 11 U.S.C. 363(f), or, in the Alternative, (3) an Order Providing Adequate Protection to the California Air Resources Board During and After the Sale of Searles Valley Minerals' Assets and (II) Reply in Further Support of Their Sale Motion [Filed: 8/26/26] (Docket No. 333)

U. Certification of Counsel Regarding Proposed Sale Order [Soda Ash Contracts] [Filed: 3/26/26] (Docket No. 337)

V. [Signed] Order Approving Joint Stipulation of Agreed Facts with Respect to Debtors' Omnibus (I) Response to the Motion and Objection of California Air Resources Board Seeking: (1) an Order Clarifying that the Sale of Searles Valley Minerals' Assets Will Not Impair Future Environmental Law Obligations in California, or, in the Alternative, (2) an Order that the Sale of Searles Valley Minerals' Assets Cannot "Clear" Environmental Law Obligations Under 11 U.S.C. 363(f), or, in the Alternative, (3) an Order Providing Adequate Protection to the California Air Resources Board During and After the Sale of Searles Valley Minerals' Assets and (II) Reply in Further Support of Their Sale Motion [Entered: 8/28/26] (Docket No. 340)

W. [Signed] Order (A) Approving the Assumption and Assignment of Certain Executory Contracts Free and Clear of All Liens, Claims, and Encumbrances, and (B) Granting Related Relief [Entered: 8/28/26] (Docket No. 341)

X. Notice of Rescheduled Sale Hearing [Filed 9/4/26] (Docket No. 356)

Y. **California Air Resources Board's Request for Stay Pending Appeal [Filed 9/10/26] (Docket No. 366)**

*[Remainder of Page Intentionally Left Blank]*

**Status: This matter will be continued to the hearing on September 15, 2026 at 2:00 p.m. (ET) with respect to the sale of all assets other than the Soda Ash Contracts. The Court entered an order on August 28, 2026 approving the assumption and assignment of the Soda Ash Contracts. The Court has ruled on the objection of the California Air Resources Objection filed at Docket No. 278. That Objection will not be going forward.**

Dated: September 10, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
ljones@pszjlaw.com
joneill@pszjlaw.com
ecorma@pszjlaw.com

*Co-Counsel to Debtors and*
*Debtors in Possession*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Joseph O. Larkin (I.D. No. 4883)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Joseph.Larkin@skadden.com

- and -

James J. Mazza, Jr. (admitted *pro hac vice*)
Jennifer Madden (admitted *pro hac vice*)
320 S. Canal Street
Chicago, Illinois 60606
Telephone: (312) 407-0700
James.Mazza@skadden.com
Jennifer.Madden@skadden.com

- and -

Destiny N. Almogue (admitted *pro hac vice*)
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Destiny.Almogue@skadden.com

*Co-Counsel to Debtors and*
*Debtors in Possession*