**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SEARLES VALLEY MINERALS INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-10966 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket No. 304** |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST MONTHLY FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 2, 2026 THROUGH JULY 31, 2026**

The undersigned hereby certifies that, as of the date hereof, they have received no answer, objection, or other responsive pleading with respect to the first monthly fee application for compensation and reimbursement of expenses (the "**Monthly Application**") of Alvarez & Marsal North America, LLC ("**Applicant**") listed on **Exhibit A** attached hereto. The Monthly Application was filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on August 21, 2026. The undersigned further certifies that they have reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Monthly Application appears thereon. Pursuant to the *Notice of Fee Application* filed with the Monthly Application, objections to the Monthly Application were to be filed and served no later than September 11, 2026 at 4:00 p.m. (Eastern Time). The Monthly Application was filed and served in accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

*Expenses for Retained Professionals and (II) Granting Related Relief* entered on July 13, 2026 [Docket No. 183] (the "**Interim Compensation Order**").

Consequently, pursuant to the Interim Compensation Order, the debtors and debtors in possession in the above-captioned cases are authorized to pay Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Application upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by Applicant is annexed hereto as **Exhibit A**.

Dated: September 14, 2026
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Marcy J. McLaughlin Smith*
Matthew P. Ward (No. 4471)
Lisa Bittle Tancredi (No. 4567)
Marcy J. McLaughlin Smith (No. 6184)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Email: matthew.ward@wbd-us.com
lisa.tancredi@wbd-us.com
marcy.smith@wbd-us.com

—and—

Philip J. Mohr, Esquire
300 North Greene Street, Suite 1900
Greensboro, North Carolina 27401
Telephone: (336) 574-8030
Email: philip.mohr@wbd-us.com

*Counsel for the Official Committee of Unsecured Creditors*

# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Application**

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Alvarez & Marsal North America, LLC | 07.02.2026 — 07.31.2026 [Docket No. 304] | $605,173.50 | $48.30 | 09.11.2026 | $484,138.80 | $48.30 | $121,034.70 |