**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>SEARLES VALLEY MINERALS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 26-10966 (BLS)<br>Jointly Administered<br>**Re D.I.**: 309 |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, LAHONTAN REGION WITH RESPECT TO DEBTOR'S SALE [D.I. 309]**

PLEASE TAKE NOTICE that California Regional Water Quality Control Board, Lahontan Region ("California Lahontan Regional Water Board"), by and through its undersigned counsel, hereby withdraws the LIMITED OBJECTION AND RESERVATION OF RIGHTS OF CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, LAHONTAN REGION WITH RESPECT TO SALE OF DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS [D.I. 309], filed on August 21, 2026, without prejudice, as a result of the language resolving its objection included in paragraph 30 of the Proposed Sale Order [D.I. 377-3] filed by Searles Valley Minerals Inc. and certain of its subsidiaries, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors").

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Mineral, Inc. (9263), Trona Railway Company LLC (3177), and Searles Domestic Water Company LLC (N/A).

Dated: September 15, 2026

ROB BONTA
Attorney General of California
ANNADEL ALMENDRAS
Senior Assistant Attorney General
JANELLE M. SMITH
Supervising Deputy Attorney General

*/s/ Bryant B. Cannon*
BRYANT B. CANNON (CA BAR NO. 284496)
Deputy Attorney General
1515 Clay Street, Suite 2000
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1982
E-mail: Bryant.Cannon@doj.ca.gov
*Attorneys for California Lahontan Regional Water Board*