2:00 PM

**26-10966-BLS Searles Valley Minerals Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Kevin Chiu | Baker Botts L.L.P. | | 2:00 PM | Audio Only | no |
| Jessica Chue | HSBC USA, N.A. | HSBC USA, N.A. | 2:00 PM | Zoom(Video and Audio) | yes |
| Michael Dorsi | California Attorney General's Office | California Air Resources Board | 2:00 PM | Zoom(Video and Audio) | yes |

2:30 PM

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Destiny N Almogue | Skadden, Arps, Slate, Meagher & Flom LLP | Searles Valley Minerals Inc. | 2:30 PM | Zoom(Video and Audio) | yes |
| Frank Anthony | | | 2:30 PM | Audio Only | no |
| Rick Archer | Law360 | | 2:30 PM | Audio Only | no |
| Phoebe Bakos | BankruptcyData | Media | 2:30 PM | Audio Only | no |
| Michael Barber | Womble Bond Dickinson (US) LLP | Creditors' Committee | 2:30 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Karen C Bifferato | Connolly Gallagher LLP | Progress Rail Leasing Corp. | 2:30 PM | Zoom(Video and Audio) | yes |
| Jean-Philippe Brisson | LATHAM & WATKINS LLP | 5E Advanced Materials, Inc. | 2:30 PM | Zoom(Video and Audio) | yes |
| Luke Brzozowski | Morris Nichols Arsht and Tunnell | TATA Chemicals | 2:30 PM | Zoom(Video and Audio) | yes |
| Bryant Cannon | California Department of Justice | CA Lahontan Regional Water Board | 2:30 PM | Zoom(Video and Audio) | yes |
| Nathan Chien | Alvarez & Marsal | Creditors' Committee | 2:30 PM | Zoom(Video and Audio) | yes |
| Kevin Chiu | Baker Botts L.L.P. | | 2:30 PM | Audio Only | no |
| Abigail Davis | Skadden, Arps, Slate, Meagher & Flom LLP | Searles Valley Minerals Inc. | 2:30 PM | Zoom(Video and Audio) | yes |
| Bryan DeBroka | HSBC USA, N.A. | HSBC USA, N.A. | 2:30 PM | Zoom(Video and Audio) | yes |
| Michelle M. Dero | Womble Bond Dickinson (US) LLP | Creditors' Committee | 2:30 PM | Zoom(Video and Audio) | yes |
| Kim Dohyun | Skadden, Arps, Slate, Meagher & Flom LLP | Searles Valley Minerals Inc. | 2:30 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Michael Dorsi | California Attorney General's Office | California Air Resources Board | 2:30 PM | Zoom(Video and Audio) | yes |
| Josh Dubreuil | | | 2:30 PM | Audio Only | no |
| Mark W. Eckard | Womble Bond Dickinson | Creditors' Committee | 2:30 PM | Zoom(Video and Audio) | yes |
| Joel Francia | Skadden, Arps, Slate, Meagher & Flom LLP | Searles Valley Minerals Inc. | 2:30 PM | Zoom(Video and Audio) | yes |
| Vijay N. Furia | TATA Chemicals North America, Inc. | | 2:30 PM | Zoom(Video and Audio) | yes |
| Clara Geoghegan | Law360 | | 2:30 PM | Audio Only | no |
| Paul R. Glassman | Stradling Yocca Carlson & Rauth LLP | | 2:30 PM | Zoom(Video and Audio) | yes |
| Mark Greenberg | Alvarez & Marsal | Creditors' Committee | 2:30 PM | Zoom(Video and Audio) | yes |
| William Hao | Alston & Bird LLP | HSBC USA, N.A. | 2:30 PM | Zoom(Video and Audio) | yes |
| Nanette Heide | Troutman Pepper Locke | Karnavati Holdings Inc. | 2:30 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Mary Hellings | | | 2:30 PM | Audio Only | no |
| Angeline J. Hwang | LATHAM & WATKINS LLP | 5E Advanced Materials, Inc. | 2:30 PM | Zoom(Video and Audio) | yes |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP | Searles Valley Minerals Inc. | 2:30 PM | Zoom(Video and Audio) | yes |
| Jeff Kaplan | | | 2:30 PM | Zoom(Video and Audio) | yes |
| Ben Kaplan | LATHAM & WATKINS LLP | 5E Advanced Materials, Inc. | 2:30 PM | Zoom(Video and Audio) | yes |
| Eleonora P. Khazanova | Dressler Peters, LLC | Amergin Rail 2023-1 LLC | 2:30 PM | Zoom(Video and Audio) | yes |
| Ajay Khushu | Karnavati Holdings Inc. | | 2:30 PM | Zoom(Video and Audio) | yes |
| George Kildonas | LATHAM & WATKINS LLP | 5E Advanced Materials, Inc. | 2:30 PM | Zoom(Video and Audio) | yes |
| Barath Kumar Mahesh | Ankura | | 2:30 PM | Audio Only | no |
| Timothy S. McCoy | TATA Chemicals North America, Inc. | | 2:30 PM | Zoom(Video and Audio) | yes |
| Marcy J. McLaughlin Smith | Womble Bond Dickinson (US) LLP | Creditors' Committee | 2:30 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Colin Meehan | Richards, Layton & Finger | 5E Advanced Materials, Inc. | 2:30 PM | Zoom(Video and Audio) | yes |
| Curtis S. Miller | Morris Nichols Arsht & Tunnell | TATA CHEMICALS | 2:30 PM | Zoom(Video and Audio) | yes |
| Philip Mohr | Womble Bond Dickinson (US) LLP | Creditors' Committee | 2:30 PM | Zoom(Video and Audio) | yes |
| John Morris | | Debtors | 2:30 PM | Zoom(Video and Audio) | yes |
| Daniel Mun | LATHAM & WATKINS LLP | 5E Advanced Materials, Inc. | 2:30 PM | Zoom(Video and Audio) | yes |
| Natasha Nath | Ankura Consulting Group | | 2:30 PM | Zoom(Video and Audio) | yes |
| Alexander Overton | LATHAM & WATKINS LLP | 5E Advanced Materials, Inc. | 2:30 PM | Zoom(Video and Audio) | yes |
| Randy E Penland | | | 2:30 PM | Audio Only | yes |
| Kenneth Peters | Dressler Peters, LLC | Amergin Rail 2023-1 LLC | 2:30 PM | Zoom(Video and Audio) | yes |
| David T Queroli | Richards, Layton & Finger | 5E Advanced Materials, Inc. | 2:30 PM | Zoom(Video and Audio) | yes |
| Anna Rakich | | Caterpillar Financial | 2:30 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| | | Services Corporation | | | |
| Glenn Reisman | Reisman Law Firm | GE Steam | 2:30 PM | Zoom(Video and Audio) | yes |
| Michael Schein | Vedder Price, P.C. | CIT Equipment Financing, LLC, First-Citizens Bank | 2:30 PM | Zoom(Video and Audio) | yes |
| Michael Schein | Vedder Price, P.C. | CIT Equipment Financing, LLC, First-Citizens Bank | 2:30 PM | Zoom(Video and Audio) | yes |
| Alexander Edward Schmidt | DOJ-USAO | BLM/ONRR | 2:30 PM | Zoom(Video and Audio) | yes |
| Nathan A Schultz | Law Office of Nathan A. Schultz, P.C. | Victory Ridge Capital Fund I GP LP | 2:30 PM | Zoom(Video and Audio) | yes |
| Manan Shah | Karnavati Holdings, Inc. | | 2:30 PM | Zoom(Video and Audio) | yes |
| Zachary I Shapiro | Richards, Layton & Finger, P.A. | 5E Advanced Materials, Inc. | 2:30 PM | Zoom(Video and Audio) | yes |
| Sally Siconolfi | Morrison Cohen LLP | Creditors' Committee | 2:30 PM | Zoom(Video and Audio) | yes |
| Tristan Sierra | Reed Smith LLP | | 2:30 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| David E Singer | | First-Citizens Bank & Trust Company | 2:30 PM | Audio Only | no |
| Jay D Squiers | Ankura Consulting Group | | 2:30 PM | Audio Only | no |
| Kathleen St. John | Holland & Knight LLP | Walters Wholesale Electric Co. | 2:30 PM | Audio Only | yes |
| Evan Stevens | | | 2:30 PM | Audio Only | no |
| Katherine Strauch | | 5E Advanced Materials, Inc. | 2:30 PM | Zoom(Video and Audio) | yes |
| Dawn Sudama | Morrison Cohen LLP | Creditors' Committee | 2:30 PM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 2:30 PM | Audio Only | no |
| Sheetal Talwar | TATA Chemicals North America, Inc. | | 2:30 PM | Zoom(Video and Audio) | yes |
| Lisa Bittle Tancredi | Womble Bond Dickinson (US) LLP | Creditors' Committee | 2:30 PM | Zoom(Video and Audio) | yes |
| Christopher Tarrant | LATHAM & WATKINS LLP | 5E Advanced Materials, Inc. | 2:30 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Gregory A. Taylor | Ashby & Geddes, P.A. | Union Pacific Railroad | 2:30 PM | Zoom(Video and Audio) | yes |
| Michael Tomback | | | 2:30 PM | Audio Only | no |
| Angela Tsai | Stretto | Searles Valley Minerals Inc., et al. | 2:30 PM | Zoom(Video and Audio) | yes |
| Tyler Viljaste | Skadden, Arps, Slate, Meagher & Flom LLP | Searles Valley Minerals Inc. | 2:30 PM | Zoom(Video and Audio) | yes |
| Daniel Villalba | Skadden, Arps, Slate, Meagher & Flom LLP | Searles Valley Minerals Inc. | 2:30 PM | Zoom(Video and Audio) | yes |
| Matthew P. Ward | Womble Bond Dickinson (US) LLP | Creditors' Committee | 2:30 PM | Zoom(Video and Audio) | yes |
| Seth Waschitz | Alvarez & Marsal | Creditors' Committee | 2:30 PM | Zoom(Video and Audio) | yes |
| Alex Wittenberg | | | 2:30 PM | Audio Only | no |
| Wenyue Zhu | Skadden, Arps, Slate, Meagher & Flom LLP | Searles Valley Minerals Inc. | 2:30 PM | Zoom(Video and Audio) | yes |
| Henderson heussner | Alston & Bird LLP | HSBC USA, N.A. | 2:30 PM | Zoom(Video and Audio) | yes |

# SIGN-IN SHEET

**CASE NAME:** Searles Valley Mineral Inc.
**CASE NO:** 26-10966

**COURTROOM No.1-Judge Shannon**
**DATE:** 9/15/26

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Fred Rosner | Rosner Law Group | Process Equipment Inc. |
| JAMES MAZZA | ~~Debtor~~ SKADDEN | Debtor |
| JENNIFER MADDEN | SKADDEN | " |
| LAURA DAVIS JONES | PSZJ | " |
| JAMES O'NEILL | " | " |
| Jane Leamy | US Trustee | US Trustee |
| Matthew Ward | Womble | Committee |
| David Fournier | Troutman Pepper | Kernavents Holdings Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**