**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEARLES VALLEY MINERALS INC., *et al.*,[1] | ) | Case No. 26-10966 (BLS) |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: October 5, 2026 at 4:00 p.m. (ET)**

**NOTICE OF ADDITIONAL ORDINARY COURSE PROFESSIONALS**

**PLEASE TAKE NOTICE** that the above-captioned captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this notice of additional ordinary course professionals (the "Notice") pursuant to the *Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business* entered on July 13, 2026 [Docket No. 185] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, the Debtors are authorized to supplement the list of ordinary course professionals (each an "OCP" and collectively, the "OCPs") in Exhibit B to the *Motion of Debtors for Entry of Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business* [Docket No. 98] (the "Motion"), without the need for further Court approval, by filing a supplemental list of OCPs with the Court and serving the same on the Notice Parties (as defined in the Order). Pursuant to the

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

Order, the Notice Parties will have ten days after service of a supplemental list to object to the Debtors' employment and compensation of any professionals on a supplemental list.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby add the professionals listed on **Exhibit A** to this Notice (the "Additional OCPs") to the list of OCPs.

**PLEASE TAKE FURTHER NOTICE** that the declarations of disinterestedness for each of the Additional OCPs are attached to this Notice as **Exhibit B** and **Exhibit C**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to this Notice or any of the attached declarations of disinterestedness shall be made in writing, shall state with particularity the grounds therefor, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, and shall be filed with the Clerk of the Bankruptcy Court and served on the Debtors' undersigned counsel on or before **October 5, 2026 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, unless a timely objection is received, the Debtors shall be authorized to retain the Additional OCPs.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 25, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
ljones@pszjlaw.com
joneill@pszjlaw.com
ecorma@pszjlaw.com

*Co-Counsel to Debtors and*
*Debtors in Possession*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Joseph O. Larkin (I.D. No. 4883)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Joseph.Larkin@skadden.com

- and -

James J. Mazza, Jr. (admitted *pro hac vice*)
Jennifer Madden (admitted *pro hac vice*)
320 S. Canal Street
Chicago, Illinois 60606
Telephone: (312) 407-0700
James.Mazza@skadden.com
Jennifer.Madden@skadden.com

- and -

Destiny N. Almogue (admitted *pro hac vice*)
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Destiny.Almogue@skadden.com

*Co-Counsel to Debtors and*
*Debtors in Possession*