# Exhibit A

## Additional Professionals Utilized in the Ordinary Course of Business

| Name | Services Provided | Address | Estimated Amount |
|---|---|---|---|
| Sidley Austin LLP | Legal (trademark protection, IP services) | 2323 Cedar Springs Rd #2600 Dallas, TX 75201 | $5000 per month |
| Mullins Law Group | Legal (Surface Transportation Board issues) | 2001 L Street NW, Suite 720 Washington, DC 20036 | $10,000 total |