# **Exhibit B**

## **Declaration of Sidley Austin LLP**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEARLES VALLEY MINERALS INC., *et al.*,[1] | ) | Case No. 26-10966 (BLS) |
| Debtors. | ) | (Jointly Administered) |

**DECLARATION OF ORDINARY COURSE PROFESSIONAL**

I, Dusan Clark, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am Counsel of Sidley Austin LLP (the "Firm"), which maintains offices at 2323 Cedar Springs Rd #2600, Dallas, TX 75201.

2. This Declaration is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on July 13, 2026, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of their chapter 11 cases (the "Chapter 11 Cases").

3. The Debtors have requested that the Firm provide trademark protection and IP services to the Debtors, namely Searles Valley Minerals Inc., and the Firm has agreed to provide such services.

4. The Firm is a legal services firm.

5. The Firm provided services to the Debtors prior to the filing of the Debtors' chapter 11 cases on June 15, 2026.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

6. The Firm's current customary rates for attorneys, subject to change from time to time, are $910 - $2,870. In the normal course of its business, the Firm revises its billing rates on January 1 of each year and requests that, effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

7. The Firm may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to the Debtors or the Chapter 11 Cases, for persons that are parties in interest in the Debtors' Chapter 11 Cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with the Chapter 11 Cases, or have any relationship with any such person, its attorneys, or its accountants that would be adverse to the Debtors or their estates.

8. Neither I nor any Principal, Partner, Director, Officer, Etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to, the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. Neither I nor any Principal, Partner, Director, Officer, Etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).[2]

10. The Debtors owe the Firm $14,550.51 for prepetition services.

I declare under penalty of perjury that, to the best of my knowledge and belief after reasonable inquiry, the foregoing is true and correct.

---

[2] In the interest of disclosure, the Firm has partnered with foreign counsel in connection with certain intellectual property services provided to the Debtors. The Firm has historically passed through expenses incurred by such foreign counsel at cost, and will continue to do so during the chapter 11 cases.

Executed on this 4th day of September, 2026.

______________________________
Dusan Clark