# Exhibit A

**Subject: URGENT: Stop Work Notice - CCR25002 Utilities Boiler FD & ID Fan Electrification Project**

Date: May 6, 2026

To: ProcessBarron

Attn: Dash Daniel, Project Manager

RE: NOTICE TO STOP WORK – CCR25002 Utilities Boiler FD & ID Fan Electrification Project FY25 - FY28

Dear Mr. Daniel,

This email serves as a formal directive to **immediately cease all work** related to the CCR25002 Utilities Boiler FD & ID Fan Electrification Project, effective immediately upon receipt of this correspondence.

Please execute the following steps to ensure an orderly suspension of activities:

- **Immediate Cessation:** Stop all physical work, engineering services, and fabrication related to the FD & ID Fan Electrification.
- **Demobilization:** Coordinate the immediate demobilization of all personnel from the job site. This includes the removal of all ProcessBarron-owned tools and equipment, as well as the return and off-hire of all rented equipment associated with this project.
- **Site and Asset Security:** Ensure any equipment or materials currently in transit or remaining on-site at the Utilities facility are secured and protected until they can be removed.
- **Subcontractor Notification:** Immediately notify any subcontractors or sub-vendors associated with this project to stop work.
- **Status Report:** Provide a comprehensive summary of the project status as of today, including an inventory of materials already procured and the percentage of completion for work-in-progress.

**Financial Records & Invoicing**
Please submit a final invoice for all authorized work completed and non-cancelable commitments made up to the date of this notice. As a reminder, any costs incurred after receipt of this email without express written authorization will not be eligible for reimbursement. All final disbursements remain subject to management review and approval.

Please acknowledge receipt of this email by replying to this correspondence. We will notify you in writing should there be a change in status or a request to resume services.

Sincerely,

Tom Perkins

**Thomas A. Perkins, CPSM, CPSD**
Consultant
**Searles Valley Minerals, Inc.**