**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEARLES VALLEY MINERALS INC., *et al.*,[1] | ) | Case No. 26-10966 (BLS) |
| Debtors. | ) | (Jointly Administered) |

**<u>SECOND AMENDED</u>[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 28, 2026 AT 1:30 P.M. (ET) BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, <u>SIXTH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801</u>**

**This proceeding will be conducted remotely via Zoom. Please refer to Judge Shannon's Chambers Procedures (https://www.deb.uscourts.gov/judge-brendan-l-shannon) and the Court's website (http://www.deb.uscourts.gov/ecourtappearances) for information on the method of allowed participation (video or audio), Judge Shannon's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**<u>MATTER GOING FORWARD:</u>**

1. Motion of Debtors for Entry of Orders (I) Approving Bidding Procedures for the Sale of Certain or All of the Debtors' Assets; (B) Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections; (C) Approving Assumption and Assignment Procedures; (D) Scheduling a Hearing to Consider Any Proposed Sale; and (II) (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

[2] **Amended items appear in bold.**

Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Filed: 6/15/26] (Docket No. 18)

Response Deadline: August 24, 2026 at 12:00 p.m. (Eastern Time) (other than with respect to the identity of the Successful Bidder); August 25, 2026 at 4:00 p.m. (Eastern Time) (with respect to the identity of the Successful Bidder)

Sale Objections:

A. Limited Objection by Process Equipment, Inc. to Sale and Disposition of Sale Proceeds [Filed: 8/18/26] (Docket No. 292)

B. **Process Equipment, Inc.'s: (A) Objection to Motion of Debtors for Leave to File Late Reply in Support of Sale Motion and (B) Procedural Response to Debtor's Objection to Filed Claim #34 of Process Equipment [Filed: 9/28/26] (Docket No. 418).**

Replies Filed:

A. Omnibus Reply of Debtors in Support of Motion of Debtors for Entry of Orders (I) Approving Bidding Procedures for the Sale of Certain or All of the Debtors' Assets; (B) Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections; (C) Approving Assumption and Assignment Procedures; (D) Scheduling a Hearing to Consider Any Proposed Sale; and (II) (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Filed: 9/15/26] (Docket No. 378).

B. Reply of Debtors to Limited Objection By Process Equipment, Inc. to Sale and Disposition of Sale Proceeds [Filed: 9/23/26] (Docket No. 410-2)

Related Documents:

A. Certification of Counsel Regarding Proposed Sale Order [Going Concern Sale] [Filed: 9/16/26] (Docket No. 391)

B. Counter-Certification to: Certification of Counsel Regarding Proposed Sale Order [Going Concern Sale] [Filed: 9/16/26] (Docket No. 397)

C. [Signed] Order (A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief [Filed: 9/21/26] (Docket No. 399)

D. Debtors' Objection to Filed Claim #34 of Process Equipment Inc. [Filed: 9/23/26] (Docket No. 409)

E. Motion of Debtors for Leave to File Late Reply in Support of Sale Motion [Filed: 9/23/26] (Docket No. 410)

F. Declaration of Philip J. Gund in Support of Debtors' Objection to Filed Claim #34 of Process Equipment Inc. and Reply of Debtors to Limited Objection By Process Equipment, Inc. to Sale and Disposition of Sale Proceeds [Filed: 9/23/26] (Docket No. 411)

G. Declaration of Christian Tempke in Support of Debtors' Objection to Filed Claim #34 of Process Equipment, Inc. and Reply of Debtors to Limited Objection By Process Equipment, Inc. to Sale and Disposition of Sale Proceeds [Filed: 9/25/26] (Docket No. 415)

Status: This matter will go forward with respect to the objection of Process Equipment, Inc. An order has been entered on the remaining relief requested in the sale motion [Docket No. 399].

*[Remainder of Page Intentionally Blank]*

Dated: September 28, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
ljones@pszjlaw.com
joneill@pszjlaw.com
ecorma@pszjlaw.com

*Co-Counsel to Debtors and*
*Debtors in Possession*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Joseph O. Larkin (I.D. No. 4883)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Joseph.Larkin@skadden.com

- and -

James J. Mazza, Jr. (admitted *pro hac vice*)
Jennifer Madden (admitted *pro hac vice*)
320 S. Canal Street
Chicago, Illinois 60606
Telephone: (312) 407-0700
James.Mazza@skadden.com
Jennifer.Madden@skadden.com

- and -

Destiny N. Almogue (admitted *pro hac vice*)
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Destiny.Almogue@skadden.com

*Co-Counsel to Debtors and*
*Debtors in Possession*