**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEARLES VALLEY MINERALS INC., *et al.*,[1] | ) | Case No. 26-10966 (BLS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 427** |

**ORDER GRANTING MOTION OF DEBTORS FOR RELIEF FROM BANKRUPTCY RULE 2002(b) AND LOCAL RULE 3017-1(a) TO (I) FIX A HEARING DATE AND (II) SHORTEN NOTICE OF HEARING AND OBJECTION DEADLINE WITH RESPECT TO THE DISCLOSURE STATEMENT**

Upon consideration of the *Motion of Debtors for Relief from Bankruptcy Rule 2002(b) and Local Rule 3017-1(a) to (I) Fix a Hearing Date and (II) Shorten Notice of Hearing and Objection Deadline with Respect to the Disclosure Statement* (the "Motion to Shorten");[2] and good cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. The hearing date for conditional approval of the Disclosure Statement and the Procedures Motion is scheduled for **October 13, 2026 at 10:00 a.m. (prevailing Eastern Time)**.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Shorten.

3. The Debtors may serve the Disclosure Statement Notice on or before September 29, 2026, and such service is deemed compliant with the Bankruptcy Rules and the Local Rules, as modified by this Order.

4. Any objections or responses to the Disclosure Statement or the Procedures Motion must be filed with the Court and served by **October 6, 2026 at 4:00 p.m. (prevailing Eastern Time)**.

5. Within one business day of entry of this Order, the Debtors shall serve a copy of this Order by email, if available, or first class mail on the following: (a) the U.S. Trustee; (b) counsel to the Prepetition Secured Lender; (c) counsel to the DIP Lender; (d) counsel to the Committee; and (e) any party that has requested notice pursuant to Bankruptcy Rule 2002.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: October 1st, 2026**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**