# Exhibit A

## Liquidation Analyis

Searles Valley Minerals Inc., et al.
Hypothetical Liquidation Analysis
$ in 000s

| Note | Description | Hypothetical Ch. 7 Liquidation | | GUC Liquidating Trust | |
|---|---|---|---|---|---|
| | | Low Recovery | High Recovery | Low Recovery | High Recovery |
| | **Illustrative Estate Assets** | | | | |
| 1 | Cash | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 |
| | **Total, Estate Assets** | **$ 3,000** | **$ 3,000** | **$ 3,000** | **$ 3,000** |
| | **Illustrative Estate Distribution** | | | | |
| | **Administrative Expenses** | | | | |
| 2 | Chapter 7 Trustee Fees | $ (115) | $ (115) | $ - | $ - |
| 3 | Professional Fees | (1,200) | (875) | (600) | (300) |
| 4 | Chapter 7 Administrative Costs | (150) | (100) | - | - |
| | **Net Proceeds After Administrative Expenses** | **$ 1,535** | **$ 1,910** | **$ 2,400** | **$ 2,700** |
| | **Super-Priority Claims** | | | | |
| 5 | DIP Claims | $ (13,900) | $ (11,900) | $ - | $ - |
| 6 | Prepetition Secured Claims | (40,847) | (38,847) | - | - |
| | **Net Proceeds After Super-Priority Claims** | **$ (51,676)** | **$ (46,926)** | **$ 2,400** | **$ 2,700** |
| 7 | Priority Claims | $ (4,325) | $ (4,325) | $ - | $ - |
| | **Net Proceeds After Priority Claims** | **$ (56,001)** | **$ (51,251)** | **$ 2,400** | **$ 2,700** |
| | **Estimated Recovery Percentage for Priority Claims in Ch. 7** | **0%** | **0%** | | |
| | **Unsecured Claims** | | | | |
| 8 | Trade Claims and Other Unsecured Claims | $ 85,000 | $ 71,000 | $ 85,000 | $ 71,000 |
| 9 | KHI Unsecured Loan Claims | 135,100 | 135,100 | - | - |
| | **Estimated Unsecured Claims** | **$ 220,100** | **$ 206,100** | **$ 85,000** | **$ 71,000** |
| | **Estimated Recovery Percentage for Unsecured Claims** | **0%** | **0%** | **3%** | **4%** |

Searles Valley Minerals Inc., et al.
Hypothetical Liquidation Analysis
Notes

**Note 1 – Cash:** Pursuant to the Plan, the Class 3 - Prepetition Loan Claims and Class 4 - General Unsecured Claims are the only classes that are impaired and entitled to vote. The Prepetition Secured Lenders informed the Debtors that they do not require a chapter 7 liquidation analysis with respect to their Class 3 - Prepetition Loan Claims. Accordingly, this Liquidation Analysis addresses only Class 4 - General Unsecured Claims.

For purposes of the Liquidation Analysis, it is assumed that, prior to the date of conversion to a chapter 7, the DIP Lender and the Prepetition Secured Lender would foreclose on the remaining assets serving as collateral for the related secured facilities, including any remaining cash held by the Debtors (other than the $3,000,000 paid to the estate free and clear of claims pursuant to the Going Concern Purchase Agreement and Going Concern Sale Order). Projected cash amounts do not include any Tax Refund, as any Tax Refund received by the Debtors is contingent on the taxing authority's determination regarding the validity and amount of such refund.

**Note 2 – Chapter 7 Trustee Fees:** Fees associated with the appointment of a trustee under chapter 7 were calculated in accordance with section 326 of the Bankruptcy Code. Distributable value, for the purpose of calculating the chapter 7 trustee's fees, includes all distributable value to creditors monetized by the chapter 7 trustee in addition to any causes of action of the Estate.

**Note 3 – Professional Fees:** It is assumed that the chapter 7 trustee would retain new legal and financial advisors to assist with the wind-down of the Estate and administer distributions to unsecured claimants. It is anticipated that due to the lack of knowledge of the Chapter 11 Cases, settlements, outstanding claims, the need to administer the TSAs as part of the assets sales, and other chapter 11 matters, the chapter 7 trustee would incur significantly more professional fees as compared to professional fees incurred in connection with administration of the GUC Liquidating Trust.

**Note 4 – Chapter 7 Administrative Costs:** Wind-Down costs are estimated costs of administering the TSA entered into in accordance with the Going Concern Purchase Agreement, preparing final tax returns, and dissolving the Debtors' Estate. Under the Plan, the Wind-Down Trustee would have administered the Wind-Down of the Estates and associated costs.

**Note 5 – DIP Claims**: This figure represents the estimated deficiency claims of the DIP Lender after the application of net proceeds under the Asset Purchase Agreements. Deficiency claims of the DIP Lender are waived under the Plan.

**Note 6 – Prepetition Secured Claims**: This figure represents the estimated deficiency claims of the Prepetition Secured Lender after the application of net proceeds under the Asset Purchase Agreements. It is assumed that the Prepetition Secured Lenders establish adequate protection with respect to the Prepetition Secured Claims. Deficiency claims of the Prepetition Secured Lender are waived under the Plan.

**Note 7 – Priority Claims:** The priority claims consist of tax and administrative priority claims, including certain priority claims that the Debtors contest. For purposes of the Liquidation Analysis, priority claims are paid in full and retain priority treatment.

**Note 8 – Trade Claims and Other Unsecured Claims:** The GUC Liquidating Trust High Recovery scenario is estimated by taking the sum of (i) net scheduled unsecured claims (eliminating duplicates and settled claims), (ii) net estimated lease rejection cost, (iii) additional claims related to pre-petition invoices received after the original schedule of claims and (iv) deficiency claims or claims asserted as priority that the Debtors expect to reclassify or settle, in whole or in

part, as unsecured claims, and other related claims. The GUC Liquidating Trust Low Recovery scenario is estimated by taking the sum of (i) net scheduled and filed unsecured claims (eliminating duplicates and settled claims), (ii) net estimated lease rejection cost, and (iii) deficiency claims or claims asserted as priority that the Debtors expect to reclassify or settle, in whole or in part, as unsecured claims, and other related claims.

**Note 9 – KHI Unsecured Loan Claims:** This figure reflects the net prepetition claims outstanding held by Karnavati Holdings, Inc. against the Debtors. As part of its settlement with the Creditors' Committee, Karnavati Holdings, Inc. agreed that under the Plan it would not receive any recoveries from the GUC Liquidating Trust.