**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SEARLES VALLEY MINERALS INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10966 (BLS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: Nov. 9, 2026 at 4:00 p.m.**<br>**Hearing Date: Nov. 23, 2026 at 10:30 a.m.**<br><br>**Related Docket No. 505** |

**NOTICE OF HEARING ON INFINITY TRANSPORTATION 2020-1, LLC AND INFINITY TRANSPORTATION 2024, LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM FOR POST-PETITION USE OF LEASED EQUIPMENT**

**PLEASE TAKE NOTICE** that on October 21, 2026, Infinity Transportation 2020-1, LLC and Infinity Transportation 2024, LLC (collectively, "Infinity") filed *Infinity Transportation 2020-1, LLC and Infinity Transportation 2024, LLC's Motion for Allowance and Payment of Administrative Expense Claim for Post-Petition Use of Leased Equipment* (the "Motion") [Dkt. No. 505] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** any response or objection to the entry of an order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **November 9, 2026 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon (a) Searles Valley Minerals Inc., 9401 Indian Creek Parkway,

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

Suite 1000, Overland Park, Kansas 66210 (Attn: Dennis Cruise, President (cruise@svminerals.com); (b) co-counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 320 S. Canal Street, Chicago, Illinois 60606 (Attn: James J. Mazza, Jr., Esq. (james.mazza@skadden.com)) and 525 University Avenue, Palo Alto, California 94301 (Attn: Jennifer Madden, Esq. (jennifer.madden@skadden.com)) and 2000 Avenue of the Stars, Suite 200N, Los Angeles, California 90067 (Attn: Destiny N. Almogue, Esq. (destiny.almogue@skadden.com)); (c) co-counsel for the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899 (Courier 19801) (Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com), James E. O'Neill, Esq. (joneill@pszjlaw.com), and Edward A. Corma, Esq. (ecorma@pszjlaw.com)); (d) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Jane M. Leamy, Esq. (jane.m.leamy@usdoj.gov) and Joseph J. McMahon, Jr., Esq. (joseph.mcmahon@usdoj.gov)); (e) counsel to the Prepetition Secured Lender, Alston & Bird LLP, 90 Park Avenue, New York, New York 10016 (Attn: William Hao, Esq. (william.hao@alston.com)); (f) counsel to the DIP Lender, Troutman Pepper Locke LLP, 1313 North Market Street, P.O. Box 1709, Wilmington, Delaware 19801 (Attn: David M. Fournier, Esq. (david.fournier@troutman.com)); (g) counsel to the Official Committee of Unsecured Creditors, Womble Bond Dickinson US LLP, 1313 North Market Street, Wilmington, Delaware 19801 (Attn: Matthew Ward, Esq. (Matthew.Ward@wbd-us.com) and Marcy J. McLaughlin Smith, Esq. (Marcy.Smith@wbd-us.com)); (h) counsel to Infinity, Parker Hudson Rainer & Dobbs LLP, 303 Peachtree Street NE, Suite 3600, Atlanta, Georgia 30308 (Attn: Matthew M. Weiss, Esq. (mweiss@phrd.com)); and (i) co-counsel to Infinity, Ballard Spahr LLP, 222 Delaware Avenue, 10th Floor, Wilmington, Delaware 19801 (Attn: Nicholas J. Brannick, Esq. (brannickn@ballardspahr.com)).

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE MOTION WILL BE HELD ON **NOVEMBER 23, 2026 AT 10:30 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of Page Intentionally Left Bank]*

Dated: October 21, 2026
Wilmington, Delaware

*<u>/s/ Nicholas J. Brannick</u>*
**BALLARD SPAHR LLP**
Nicholas J. Brannick (DE No. 5721)
222 Delaware Avenue
10th Floor
Wilmington, DE 19801
Telephone: (302) 252-4464
Email: brannickn@ballardspahr.com

*-and-*

**PARKER, HUDSON, RAINER & DOBBS LLP**
Matthew M. Weiss (*pro hac vice* application forthcoming)
303 Peachtree Street, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: mweiss@phrd.com

*Counsel for Infinity Transportation 2020-1, LLC and Infinity Transportation 2024, LLC*