**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SEARLES VALLEY MINERALS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-10966 (BLS)<br><br>Jointly Administered<br><br>**Objection Deadline: November 9, 2026 at 4:00 p.m. (ET)**<br>**Hearing Date November 23, 2026 at 10:30 a.m. (ET)** |

**NOTICE OF REQUEST OF SSA CONVENTIONAL, INC. FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES**

**PLEASE TAKE NOTICE** that, on, October 21, 2026, SSA Conventional, Inc. ("SSA"), filed the *Request of SSA Conventional, Inc. for Allowance and Payment of Chapter 11 Administrative Expenses* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the undersigned counsel on or before **November 9, 2026 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held on **November 23, 2026 at 10:30 a.m. (ET)** before the Brendan L. Shannon in the United States

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 21, 2026

**BAYARD, P.A.**

/s/ Ericka F. Johnson
Ericka F. Johnson, Esq. (No. 5024)
Ashly L. Riches, Esq. (No. 7256)
600 N. King Street, Suite 400
Wilmington, DE 19899
Telephone: (302) 655-5000
Email: ejohnson@bayardlaw.com
ariches@bayardlaw.com

and

Joseph A.G. Sakay, Esq.
Dakota Pearce, Esq.
**BUCHALTER LLP**
600 University Street, Suite 3100
Seattle, WA 98101
Telephone: (206) 319-7052
Email: jsakay@buchalter.com
dpearce@buchalter.com

*Counsel for SSA Conventional, Inc.*