**CERTIFICATE OF SERVICE**

I, Ericka F. Johnson, hereby certify that on October 21, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed on Exhibit A as indicated.

*/s/ Ericka F. Johnson*
Ericka F. Johnson (No. 5024)

**Exhibit A**

**Via First-Class Mail**

Searles Valley Minerals Inc.
9401 Indian Creek Parkway, Suite 1000
Overland Park, Kansas 66210

**Via First-Class Mail and Electronic Mail**

Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones, Esq.
Attn: James E. O'Neill, Esq.
Attn Edward A. Corma, Esq.
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
ljones@pszjlaw.com
joneill@pszjlaw.com
ecorma@pszjlaw.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Joseph O. Larkin, Esq.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Joseph.Larkin@skadden.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: James J. Mazza, Jr., Esq.
Attn: Jennifer Madden, Esq.
320 S. Canal Street
Chicago, Illinois 60606
James.Mazza@skadden.com
Jennifer.Madden@skadden.com

Womble Bond Dickinson US LLP
Attn: Matthew Ward, Esq.
Attn: Marcy J. McLaughlin Smith, Esq.
1313 North Market Street
Wilmington, Delaware 19801
matthew.ward@wbd-us.com
marcy.smith@wbd-us.com

Troutman Pepper Locke LLP
Attn: David M. Fournier, Esq.
1313 N. Market Street, Suite 1000
Wilmington, Delaware 19801
david.fournier@troutman.com

Alston & Bird LLP
Attn: William Hao, Esq.
90 Park Avenue
New York, New York 10016
william.hao@alston.com

Office of the United States Trustee
for the District of Delaware
Attn: Jane M. Leamy, Esq.
Attn: Joseph J. McMahon, Jr., Esq.
844 King Street, Suite 2207
Wilmington, DE 19801
jane.m.leamy@usdoj.gov
joseph.mcmahon@usdoj.gov