**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SEARLES VALLEY MINERALS INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-10966 (BLS)<br><br>(Jointly Administered) |

**AFFIDAVIT OF PUBLICATION OF NOTICE OF (I) CONDITIONAL APPROVAL OF DISCLOSURES; (II) HEARING TO CONSIDER CONFIRMATION OF THE PLAN; (III) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN; AND (IV) DEADLINE FOR VOTING ON THE PLAN IN THE NEW YORK TIMES**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

The New York Times Company

620 8th Avenue
New York, NY 10018
nytimes.com

# PROOF OF PUBLICATION

October 21, 2026

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

10/21/2026, NY/NATL, pg B3

Larnyce Tabron

ROWENA SORIANO
NOTARY PUBLIC
REG. # 00351915
MY COMMISSION EXPIRES 06302029
COMMONWEALTH OF VIRGINIA

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: SEARLES VALLEY MINERALS INC., *et al.*,[1] Debtors. | Chapter 11<br>Case No. 26-10966 (BLS)<br>(Jointly Administered) |

**NOTICE OF (I) CONDITIONAL APPROVAL OF DISCLOSURES; (II) HEARING TO CONSIDER CONFIRMATION OF THE PLAN; (III) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN; AND (IV) DEADLINE FOR VOTING ON THE PLAN**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On June 15, 2026 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") commenced their cases by filing their respective voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the possession of their property and have continued to operate and manage their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**THE PLAN AND DISCLOSURE STATEMENT**

2. On October 15, 2026, the Debtors filed the *Amended Combined Disclosure Statement and Plan of Liquidation of Searles Valley Minerals Inc. and its Debtor Affiliates* [D.I. 481] (including all exhibits thereto and as amended, supplemented or otherwise modified from time to time, the "Plan").

**INTERIM CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT**

3. By an Order dated October 15, 2026 (the "Solicitation Procedures Order") [D.I. 488], the Bankruptcy Court conditionally approved, on an interim basis, the disclosures (the "Disclosures") in the Plan as containing adequate information within the meaning of section 1125 of the Bankruptcy Code. The Solicitation Procedures Order expressly reserves all parties' rights to raise objections to the adequacy of information in the Disclosures and Plan.

4. By the Solicitation Procedures Order, the Court established **November 16, 2026 at 4:00 p.m. (Eastern Time)** (the "Voting Deadline") as the deadline by which ballots accepting or rejecting the Plan must be received. To be counted, your original ballot must actually be **received** on or before the Voting Deadline by the Voting Agent in accordance with the instructions found on the ballot.

**THE COMBINED HEARING**

5. On **November 23, 2026 at 10:30 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable Judge Brendan L. Shannon in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, DE 19801 to consider final approval of the Disclosures and confirmation of the Plan, as the same may be amended or modified (the "Combined Hearing").

6. The Combined Hearing may be adjourned from time to time. If the Combined Hearing is adjourned, the Debtors will file a notice of adjournment on the docket and serve it by email if available, otherwise by first class or overnight mail, on the parties who have requested notice pursuant to Bankruptcy Rule 2002 and Local Rule 2002-1(b) and on any parties that have filed objections to approval of the Disclosures or confirmation of the Plan. The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Plan, and other applicable law, without further notice, prior to or as a result of the Combined Hearing.

**NOTICE REGARDING CERTAIN INJUNCTION, EXCULPATION, AND RELEASE PROVISIONS IN THE PLAN**

**PLEASE BE ADVISED THAT SECTIONS 10.4, 10.5, 10.6, AND 10.7 OF THE PLAN CONTAIN CERTAIN RELEASE, INJUNCTION AND EXCULPATION PROVISIONS, WHICH MAY AFFECT YOUR RIGHTS.**

**YOU MAY OPT OUT OF THE RELEASE OF NON-DEBTOR PARTIES SET FORTH IN SECTION 10.7 OF THE PLAN (BUT NOT ANY OTHER RELEASE, INJUNCTION, OR EXCULPATION) BY MAKING THE OPT-OUT ELECTION ON THE OPT-OUT FORM OR ON YOUR BALLOT. IF YOU NEED AN OPT-OUT FORM, YOU MAY OBTAIN ONE AS PROVIDED IN PARAGRAPH 8.**

**YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER, WITH YOUR OWN LEGAL COUNSEL, THE PLAN, INCLUDING THE RELEASE, INJUNCTION, AND EXCULPATION PROVISIONS IN SECTION 10 THEREOF, BECAUSE YOUR RIGHTS MIGHT BE AFFECTED.**

**DEADLINE FOR OBJECTIONS TO FINAL APPROVAL OF THE DISCLOSURES OR CONFIRMATION OF THE PLAN**

7. Objections, if any, to final approval of the Disclosures or confirmation of the Plan, including any supporting memoranda, must be in writing, be filed with the Clerk of the Court, United States Bankruptcy Court, District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19801 together with proof of service **on or before November 16, 2026 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") and shall (a) state the name and address of the objecting party and the amount of its claim or the nature of its interest in the Debtors' chapter 11 cases; (b) state with particularity the provision or provisions of the Plan objected to, and for any objection asserted, the legal and factual basis for such objections, and (c) be served on the following parties: (a) co-counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 320 S. Canal Street, Chicago, Illinois 60606 (Attn: James J. Mazza, Jr., Esq. (james.mazza@skadden.com), Jennifer Madden, Esq. (jennifer.madden@skadden.com), and Claire Stephens, Esq. (claire.stephens@skadden.com)); (b) co-counsel for the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899 (Courier 19801) (Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com), James E. O'Neill, Esq. (joneill@pszjlaw.com), and Edward A. Corma, Esq. (ecorma@pszjlaw.com)); (c) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Jane M. Leamy, Esq. (jane.m.leamy@usdoj.gov)); (d) counsel to the Prepetition Secured Lender (Attn: William Hao, Esq. (william.hao@alston.com)); (e) counsel to the DIP Lender (Attn: David Fournier, Esq. (david.fournier@troutman.com)); (f) counsel to the Official Committee of Unsecured Creditors, Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, Delaware 19801 (Attn: Matthew Ward, Esq. (Matthew.Ward@wbd-us.com) and Marcy J. McLaughlin Smith, Esq. (Marcy.Smith@wbd-us.com)).

**COPIES OF THE PLAN AND BALLOTS, IF APPLICABLE**

8. If you wish to receive copies of the Plan, the Opt-Out Form, and all other documents filed in these chapter 11 cases, they will be provided as quickly as practicable, upon request to the Voting Agent, Stretto, Inc. ("Stretto" or the "Voting Agent") by writing to Searles Valley Minerals Ballot Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602. Copies of the Plan are also available for free on the Voting Agent's website at https://cases.stretto.com/SVM and are on file with the Clerk of the Bankruptcy Court for the District of Delaware, and may be reviewed during the regular hours of the Bankruptcy Court or online through the Bankruptcy Court's internet website at http://www.deb.uscourts.gov.

9. IF YOU HAVE ANY QUESTIONS REGARDING YOUR CLAIM OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT AS SET FORTH ABOVE.

10. **IF YOU DO NOT RECEIVE A SOLICITATION PACKAGE (INCLUDING A CLASS 3 OR 4 BALLOT) AND YOU BELIEVE YOU ARE ENTITLED TO VOTE ON THE PLAN, PLEASE PROMPTLY CONTACT THE VOTING AGENT AS SET FORTH ABOVE TO OBTAIN A BALLOT. THE DEBTORS RESERVE ALL RIGHTS WITH RESPECT TO ANY SUCH CAST BALLOTS PURSUANT TO THE SOLICITATION PROCEDURES.**

Dated: Wilmington, Delaware, October 19, 2026, /s/ Laura Davis Jones, **PACHULSKI STANG ZIEHL & JONES LLP**, Laura Davis Jones (DE Bar No. 2436), James E. O'Neill (DE Bar No. 4042), Edward A. Corma (DE Bar No. 6718), 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Telephone: 302-652-4100, ljones@pszjlaw.com, joneill@pszjlaw.com, ecorma@pszjlaw.com, *Co-Counsel to Debtors and Debtors in Possession* and **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**, James J. Mazza Jr. (admitted *pro hac vice*), Jennifer Madden (admitted *pro hac vice*), Claire Stephens (admitted *pro hac vice*), 320 S. Canal Street, Chicago, Illinois 60606, Telephone: (312) 407-0700, James.Mazza@skadden.com, Jennifer.Madden@skadden.com, Claire.Stephens@skadden.com, *Co-Counsel to Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9264); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (9[illegible]4). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

HEALTH | COMPANIES

# Voters Aren't Impressed by Trump's Lower Drug Prices




PHOTOGRAPHS BY DAVID LAWRENCE FOR THE NEW YORK TIMES

Scott Darius, left, on a panel with other voters discussing rising health costs with Bale Delton, a Democratic House candidate in the suburbs of Orlando, Fla.

FROM FIRST BUSINESS PAGE

fordable Care Act plans, and many people faced huge cost spikes when Congress did not extend crucial pandemic-era subsidies. This year, A.C.A. enrollment in the district fell by 11 percent, or 13,000 people, according to an analysis by KFF, a nonprofit health research group.

On top of that, Florida is one of 10 states that have not expanded eligibility for Medicaid, pushing many lower-income adults to go without coverage.

Emily Bellairs-Romero, 57, of Geneva, Fla., said the cost of health care was the most important issue for her in the midterms. This year, Ms. Bellairs-Romero, a Democrat, spent $3,400 for a medicine she takes for Crohn's disease, up from $60 in past years, because her insurance changed the version of the drug it would cover.

She gets her health insurance through her husband's job, after her health problems forced her to retire early. But with her husband planning to retire in two years, she is worried about paying for health insurance during the six years before she becomes eligible for Medicare.

"Health insurance is drowning us," she said. "This is unsustainable."

In his second term, Mr. Trump has held a steady stream of news conferences promoting his various efforts to lower drug prices, like reaching deals with drug companies and introducing TrumpRx, a government website meant to help Americans find the lowest prices for certain prescription drugs.

When asked about the impact of Mr. Trump's drug pricing initiatives, Allison Schuster, a spokeswoman for the White House, said that "countless Americans" had already seen direct savings.

Linda Trocine of Geneva, a local organizer for the state Republican Party, said she applauded the president's efforts to align U.S. drug prices with those of other wealthy countries.

"That's part of what 'America First' is — looking out for Americans, making sure we're not being overcharged for the same service as someone else," she said.

But voters said they still felt overcharged for health care.

Lorraine Little, 64, of DeBary, Fla., a retired server and bartender, said she now paid $208 a month — about one-fifth of her Social Security check — in premiums for her A.C.A. plan. On Thursday, she received a letter notifying her that her monthly premium would rise to $345 in January.

Ms. Little, a Democrat, used to pay less than $30 a month to take a blood thinner, Eliquis, but stopped abruptly when she tried to refill the prescription and was told that it would cost her over $70.

"The cost was so outrageous, I went off the blood thinner and onto an aspirin a day, because I couldn't afford it," she said.

Recently, corporate layoffs in the Orlando area, including the shutdown of Spirit Airlines, have left many people scrambling to find new insurance — and facing sticker shock when they learn how expensive it is, said Anne Packham, a health insurance agent in Orlando who has been counseling some of the people who lost their jobs.

These people, many in their late 50s or early 60s, are facing a difficult choice, she said. Their options, she said, are either an A.C.A. plan that might run them $1,300 a month or a cheaper, short-term health insurance plan that could deny them coverage for preexisting conditions.

One of the Republican Party's big challenges going into the midterms is that Mr. Trump's efforts to lower health care costs can be a hard sell to millions of Americans who aren't seeing the benefits directly.

In an attempt to offset the cost of insurance premiums, the administration has begun sending out checks of $500 or $90 — but only about 6 percent of Americans are expected to receive them.






"It doesn't matter if a few drug prices go down, if everything else goes up," said James Evans, left, a real estate agent lacking good insurance coverage. Matty Rose, right, a retired letter carrier in New Smyrna Beach, Fla., said any costs savings on drugs have been offset by other rising prices.

And while the president's program to lower the costs of certain drugs covered under Medicaid is expected to save money for the government, that isn't translating into lower taxes for Americans or direct savings for lower-income people on Medicaid, who already pay nothing or only a few dollars for their prescriptions.

Over a million people on Medicare have signed up for another Trump administration program allowing them to pay $50 a month for obesity drugs, collectively saving $470 million, according to the White House.

But a vast majority of Americans are ineligible for the Medicare program, and even with TrumpRx, the popular obesity drug Zepbound goes for $450 a month out of pocket — a price still out of reach for many.

"So many of the changes that have been touted haven't hit people in a way that they can see it and feel the level of relief it's meant to provide," said Scott Darius, executive director of Florida Voices for Health, a left-leaning nonprofit that supports expanding health care coverage. "So it all just feels like headlines."

National Republicans hope that enough voters feel they are benefiting from those headlines. In the congressional race in the Orlando suburbs, Republicans are favored to retain the seat, but Democrats have made it a priority to try to flip the district in November.

Ryan Elijah, a former local Fox television news anchor who defeated Representative Cory Mills in the Republican primary in August, said in a statement that he wanted to bring transparency to health care pricing and expand access to health savings accounts, which let people set aside pretax money for health and medical care.

The Democratic nominee, Bale Dalton, a former NASA chief of staff and Navy veteran, has made health care costs a central theme of his campaign, speaking often about the need to "stop the bleeding."

While knocking on doors recently, he said, he met a woman in her 80s who told him she was cutting her pills in half because she could not afford to take them as prescribed.

In an interview, Mr. Dalton said he agreed with the spirit of Mr. Trump's effort to make prescriptions more affordable. But, he said, "I have not run into anybody for which it has become a reality, for which it has actually helped them to reduce the cost of their particular drugs."

Even for the subset of people who have benefited from the president's drug pricing policies, "it's offset by the cost of living, it's offset by the cost of fuel, it's offset by everything else," said Matty Rose, a retired letter carrier and Democrat in New Smyrna Beach, Fla. In a KFF poll of registered voters nationwide, health care ranked alongside gas, and just above groceries, as the top economic worries.

Mr. Evans, the real estate agent, has twice knocked on doors in support of Mr. Dalton's campaign. After years of leaning Republican, Mr. Evans said, he was motivated to switch parties partly because of his support for Medicare for All, which he believes stands a chance of passing only if Democrats are in power.

A decade ago, Mr. Evans became uninsured after leaving a job that offered health insurance. For years, he periodically looked into A.C.A. plans but was deterred by the high premiums and deductible. When he was diagnosed with early stage kidney cancer in 2020, he paid $8,800 out of pocket for surgery.

This year, he enrolled in a limited-benefit plan, at $950 a month, which said it would cover him, his wife and their two sons in case of catastrophe and for a few annual visits to a primary care doctor.

The plan offers him and his family coverage only for a narrow menu of cheap prescription drugs, meaning he must shell out $3,200 a year for Botox to treat a disorder affecting the muscles around his eye. He said he wished he could follow his doctor's advice to take a weight-loss drug, but he could not justify the expense amid the slowdown in the housing market.

Not having regular health insurance is "incredibly worrisome," he said. But an A.C.A. plan is so expensive, he added, that "we opted to risk it."

# *Meta's Head Of Policy Worldwide To Depart*

By ELI TAN

SAN FRANCISCO — Joel Kaplan, Meta's head of global policy and the top Washington adviser to Mark Zuckerberg, said on Tuesday that he was leaving the company after 15 years.

A former senior adviser to George W. Bush known for his Republican ties, Mr. Kaplan, 57, has led Meta's Washington policy team for over a decade, most recently helping to build the company's relationship with the Trump administration. He will stay on through the midterm elections and leave sometime next year, Meta said in a statement.

"When he arrived, there was no playbook for ensuring our products would be available to the billions of people around the world who now rely on them," Mr. Zuckerberg said in the statement. "And throughout all of it, he's been a strong advocate for our policies, and a friend to me."

The departure is a major shakeup for Meta, which under Mr. Kaplan's leadership became more closely aligned with the Trump administration. Mr. Zuckerberg has become an ally of President Trump's, appearing prominently at his inauguration and sitting next to him at luncheons with other tech leaders.

Meta said Mr. Kaplan's duties would fall to two of Mr. Zuckerberg's recently hired lieutenants — Dina Powell McCormick, Meta's president and vice chairman, and C.J. Mahoney, Meta's chief legal officer.

***A top executive with ties to Republican leadership.***

Mr. Zuckerberg hired Ms. Powell McCormick, a Washington power player, in January to lead the company's data center expansion, including its financing and public relations. Mr. Mahoney was hired that same month and oversaw a $17.1 billion settlement that Meta struck with states over child safety harms in August.

Meta has made other leadership changes. David Ginsberg, Meta's longtime head of communications and public affairs, switched to a new A.I.-focused job at the company last month. Last year, Mr. Zuckerberg hired a new chief A.I. officer, Alexandr Wang, to lead development of the technology.

Mr. Kaplan's departure was earlier reported by Axios.

Mr. Kaplan joined Meta, then a young social media company, to help strengthen the company's ties to Republican leadership. He eventually became a top adviser to Mr. Zuckerberg and guided the company through controversies like the 2018 Cambridge Analytica scandal, when people's data from Facebook was used without their consent to build voter profiles.

Mr. Kaplan became Meta's head of global policy in 2025, replacing Nick Clegg, a former deputy prime minister of Britain.

# *Boeing's Large 737 Max Jet Secures U.S. Approval*

By NIRAJ CHOKSHI

Boeing won regulatory approval for the largest version of the 737 Max on Tuesday after a six-year delay. The certification of the plane, the Boeing 737 Max 10, clears the way for Boeing to try to catch up with Airbus, its European rival, which became the world's top airplane manufacturer in recent years.

"After extensive safety reviews — including thousands of hours of test flights — the team at the F.A.A. is ready to approve this critical aircraft for sale," the transportation secretary, Sean Duffy, said in a statement. "This is a major win for American manufacturing and our nation's status as a global aviation powerhouse."

Planes are certified in the United States by the Federal Aviation Administration, which is part of Mr. Duffy's department.

The Max 10 is already an important part of Boeing's portfolio of commercial planes, with more than 1,550 orders for the plane, accounting for more than 30 percent of the company's outstanding Max orders.

Airlines have increasingly favored larger planes like the Max 10 to cater to rising global travel demand and manage congestion at airports. The Max 7, the smallest in the plane family, was approved in early August. The Max 7 can carry up to 172 passengers compared with 230 for the Max 10.

The Max 10 was originally expected to be certified in 2020, but approval was delayed for several reasons, including two fatal crashes of the 737 Max 8 in 2018 and 2019 in which 346 people died. Those crashes led to a nearly two-year global ban on Max flights.

Boeing suffered another setback in 2024 when a panel blew off a Max 9 plane during a flight. To win approval for the Max 10, Boeing also had to make some safety retrofits and redesign the jet's engine anti-icing system.

The announcement on Tuesday clears the way for Boeing to begin delivering the Max 10, which Boeing has started producing. The first deliveries are expected in the coming months.

"Completing the certification program clears the path for us to deliver a Boeing airplane that will set a new standard in commercial aviation," said Stephanie Pope, the chief executive of Boeing's commercial airplanes unit.

The company completed the final Max 10 certification flight this summer, ending a testing campaign that included 976 flights in all. United Airlines, Alaska Airlines and Ryanair, the European carrier, are among the biggest buyers of the Max 10.

Boeing has fallen well behind Airbus in recent years in selling narrow-body planes like the 737 and the Airbus A320. More than 10,200 Airbus narrow-body planes are in active use worldwide, compared with 8,200 Boeings, according to Cirium. Airbus has amassed orders for more than 8,200 narrow-body planes, and Boeing has about 5,000. The last time there were more narrow-body Boeing jets in use than Airbus planes was in 2017.

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: SEARLES VALLEY MINERALS INC., *et al.*,[1] Debtors.
Chapter 11
Case No. 26-10966 (BLS)
(Jointly Administered)

**NOTICE OF (I) CONDITIONAL APPROVAL OF DISCLOSURES; (II) HEARING TO CONSIDER CONFIRMATION OF THE PLAN; (III) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN; AND (IV) DEADLINE FOR VOTING ON THE PLAN**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On June 15, 2026 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") commenced their cases by filing their respective voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the possession of their property and have continued to operate and manage their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**THE PLAN AND DISCLOSURE STATEMENT**

2. On October 15, 2026, the Debtors filed the *Amended Combined Disclosure Statement and Plan of Liquidation of Searles Valley Minerals Inc. and its Debtor Affiliates* [D.I. 483] (including all exhibits thereto and as amended, supplemented or otherwise modified from time to time, the "Plan").

**INTERIM CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT**

3. By an Order dated October 15, 2026 (the "Solicitation Procedures Order") [D.I. 488], the Bankruptcy Court conditionally approved, on an interim basis, the disclosures (the "Disclosures") in the Plan as containing adequate information within the meaning of section 1125 of the Bankruptcy Code. The Solicitation Procedures Order expressly reserves all parties' rights to raise objections to the adequacy of information in the Disclosures and Plan.

4. By the Solicitation Procedures Order, the Court established **November 16, 2026 at 4:00 p.m. (Eastern Time)** (the "Voting Deadline") as the deadline by which ballots accepting or rejecting the Plan must be received. To be counted, your original ballot must actually be **received** on or before the Voting Deadline by the Voting Agent in accordance with the instructions found on the ballot.

**THE COMBINED HEARING**

5. On **November 23, 2026 at 10:30 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable Judge Brendan L. Shannon in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, DE 19801 to consider final approval of the Disclosures and confirmation of the Plan, as the same may be amended or modified (the "Combined Hearing").

6. The Combined Hearing may be adjourned from time to time. If the Combined Hearing is adjourned, the Debtors will file a notice of adjournment on the docket and serve it by email if available, otherwise by first class or overnight mail, on the parties who have requested notice pursuant to Bankruptcy Rule 2002 and Local Rule 2002-1(b) and on any parties that have filed objections to approval of the Disclosures or confirmation of the Plan. The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Plan, and other applicable law, without further notice, prior to or as a result of the Combined Hearing.

**NOTICE REGARDING CERTAIN INJUNCTION, EXCULPATION, AND RELEASE PROVISIONS IN THE PLAN**

**PLEASE BE ADVISED THAT SECTIONS 10.4, 10.5, 10.6, AND 10.7 OF THE PLAN CONTAIN CERTAIN RELEASE, INJUNCTION AND EXCULPATION PROVISIONS, WHICH MAY AFFECT YOUR RIGHTS.**

**YOU MAY OPT OUT OF THE RELEASE OF NON-DEBTOR PARTIES SET FORTH IN SECTION 10.7 OF THE PLAN (BUT NOT ANY OTHER RELEASE, INJUNCTION, OR EXCULPATION) BY MAKING THE OPT-OUT ELECTION ON THE OPT-OUT FORM OR ON YOUR BALLOT. IF YOU NEED AN OPT-OUT FORM, YOU MAY OBTAIN ONE AS PROVIDED IN PARAGRAPH 8.**

**YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER, WITH YOUR OWN LEGAL COUNSEL, THE PLAN, INCLUDING THE RELEASE, INJUNCTION, AND EXCULPATION PROVISIONS IN SECTION 10 THEREOF, BECAUSE YOUR RIGHTS MIGHT BE AFFECTED.**

**DEADLINE FOR OBJECTIONS TO FINAL APPROVAL OF THE DISCLOSURES OR CONFIRMATION OF THE PLAN**

7. Objections, if any, to final approval of the Disclosures or confirmation of the Plan, including any supporting memoranda, must be in writing, be filed with the Clerk of the Court, United States Bankruptcy Court, District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19801 together with proof of service **on or before November 16, 2026 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"), and shall (a) state the name and address of the objecting party and the amount of its claim or the nature of its interest in the Debtors' chapter 11 cases; (b) state with particularity the provision or provisions of the Plan objected to, and for any objection asserted, the legal and factual basis for such objections; and (c) be served on the following parties: (a) co-counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 320 S. Canal Street, Chicago, Illinois 60606 (Attn: James J. Mazza, Jr., Esq. (james.mazza@skadden.com), Jennifer Madden, Esq. (jennifer.madden@skadden.com), and Claire Stephens, Esq. (claire.stephens@skadden.com)); (b) co-counsel for the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899 (Courier 19801) (Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com), James E. O'Neill, Esq. (joneill@pszjlaw.com), and Edward A. Corma, Esq. (ecorma@pszjlaw.com)); (c) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Jane M. Leamy, Esq. (jane.m.leamy@usdoj.gov)); (d) counsel to the Prepetition Secured Lender (Attn: William Hao, Esq. (william.hao@alston.com)); (e) counsel to the DIP Lender (Attn: David Fournier, Esq. (david.fournier@troutman.com)); (f) counsel to the Official Committee of Unsecured Creditors, Womble Bond Dickinson US LLP, 1313 North Market Street, Suite 1200, Wilmington, Delaware 19801 (Attn: Matthew Ward, Esq. (Matthew.Ward@wbd-us.com) and Marcy J. McLaughlin Smith, Esq. (Marcy.Smith@wbd-us.com)).

**COPIES OF THE PLAN AND BALLOTS, IF APPLICABLE**

8. If you wish to receive copies of the Plan, the Opt-Out Form, and all other documents filed in these chapter 11 cases, they will be provided, as quickly as practicable, upon request to the Voting Agent, Stretto, Inc. ("Stretto" or the "Voting Agent") by writing to Searles Valley Minerals Ballot Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602. Copies of the Plan are also available for free on the Voting Agent's website at https://cases.stretto.com/SVM and are on file with the Clerk of the Bankruptcy Court for the District of Delaware, and may be reviewed during the regular hours of the Bankruptcy Court or online through the Bankruptcy Court's internet website at http://www.deb.uscourts.gov.

9. IF YOU HAVE ANY QUESTIONS REGARDING YOUR CLAIM OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT AS SET FORTH ABOVE.

10. **IF YOU DO NOT RECEIVE A SOLICITATION PACKAGE (INCLUDING A CLASS 3 OR 4 BALLOT) AND YOU BELIEVE YOU ARE ENTITLED TO VOTE ON THE PLAN, PLEASE PROMPTLY CONTACT THE VOTING AGENT AS SET FORTH ABOVE TO OBTAIN A BALLOT. THE DEBTORS RESERVE ALL RIGHTS WITH RESPECT TO ANY SUCH CAST BALLOTS PURSUANT TO THE SOLICITATION PROCEDURES.**

Dated: Wilmington, Delaware, October 19, 2026, */s/ Laura Davis Jones*, **PACHULSKI STANG ZIEHL & JONES LLP,** Laura Davis Jones (DE Bar No. 2436), James E. O'Neill (DE Bar No. 4042), Edward A. Corma (DE Bar No. 6718), 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Telephone: 302-652-4100, ljones@pszjlaw.com, joneill@pszjlaw.com, ecorma@pszjlaw.com, *Co-Counsel to Debtors and Debtors in Possession* -and- **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP,** James J. Mazza, Jr. (admitted *pro hac vice*), Jennifer Madden (admitted *pro hac vice*), Claire Stephens (admitted *pro hac vice*), 320 S. Canal Street, Chicago, Illinois 60606, Telephone: (312) 407-0700, James.Mazza@skadden.com, Jennifer.Madden@skadden.com, Claire.Stephens@skadden.com, *Co-Counsel to Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.