**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SEARLES VALLEY MINERALS INC., *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10966 (BLS)<br><br>(Jointly Administered)<br><br>**Hearing Date: November 3, 2026, at 1:30 p.m. (ET)**<br>**Related Docket Nos. 441, 464 and 494** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED *OMNIBUS* ORDER APPROVING FIRST INTERIM FEE APPLICATIONS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' PROFESSIONALS**

The undersigned hereby certifies as follows:

1. In accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, and (II) Granting Related Relief,* entered July 13, 2026 [Docket No. 183], Alvarez & Marsal North America, LLC [Docket No. 441] ("**A&M**") and Womble Bond Dickinson (US) LLP [Docket No. 464] ("**WBD**" and, together, the "**Committee Professionals**") filed their first interim fee applications (the "**Interim Fee Applications**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. Pursuant to the Interim Fee Applications, objections to the A&M Interim Fee Application, if any, were to be filed and served no later than October 21, 2026, at 4:00 p.m. (*prevailing* Eastern Time) and objections to the WBD Interim Fee Application, if any, were to be filed and served no later than October 29, 2026, at 4:00 p.m. (*prevailing* Eastern Time)

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Mineral Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

(collectively, the "**Objection Deadline**"). The hearing to consider the approval of the Interim Fee Applications is currently scheduled for **November 3, 2026, at 1:30 p.m. (*prevailing* Eastern Time).**

3. No objections or responses to the Interim Fee Applications have been filed on the docket. The only informal response received to the Interim Fee Application was from the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") to WBD's Interim Fee Application. The U.S. Trustee's informal response was resolved by the voluntary reduction of $2,737 in fees requested in WBD's Interim Fee Application.

4. The Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned cases prepared a proposed form of omnibus order (the "**Proposed Order**") approving the Interim Fee Applications. A copy of the Proposed Order is attached hereto as **Exhibit A** with the attached **Exhibit 1**, which accurately represents the fees and expenses (including the reflection of WBD's voluntary reductions) of the Committee Professionals with respect to the Interim Fee Applications.

**WHEREFORE**, the Committee respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit A** without further notice or hearing at the Court's earliest convenience.

Dated: November 2, 2026
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Marcy J. McLaughlin Smith*

Matthew P. Ward (DE Bar No. 4471)
Lisa Bittle Tancredi (DE Bar No. 4657)
Marcy J. McLaughlin Smith (DE Bar No. 6184)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
lisa.tancredi@wbd-us.com
marcy.smith@wbd-us.com

—and—

Philip J. Mohr, Esquire (Admitted *pro hac vice*)
300 North Greene Street, Suite 1900
Greensboro, North Carolina 27401
Telephone: (336) 574-8030
Email: philip.mohr@wbd-us.com

*Counsel for the Official Committee of Unsecured Creditors*