# <u>EXHIBIT A</u>

## Proposed *Omnibus* Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SEARLES VALLEY MINERALS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10966 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 441, 464 and 494** |

## *OMNIBUS* ORDER APPROVING FIRST INTERIM FEE APPLICATIONS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' PROFESSIONALS

Upon the interim fee applications (the "**Interim Fee Applications**")[2] of those professionals referenced on **Exhibit 1** annexed hereto (collectively, the "**Committee Professionals**") for entry of an order (the "**Order**"), for allowance of compensation for professional services provided to the Official Committee of Unsecured Creditors (the "**Committee**") and reimbursement of actual and necessary expenses that the Committee Professionals incurred, all as more fully set forth in the Interim Fee Applications; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Interim Fee Applications in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Committee's notice of the Interim Fee

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Mineral Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

2 Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Fee Applications, as applicable.

Applications and opportunity for a hearing on the Interim Fee Applications were appropriate and no other notice need be provided; and this Court having reviewed the Interim Fee Applications and having heard the statements in support of the relief requested therein at a hearing before this Court, if any, (the "**Hearing**"); and this Court having determined that the requested compensation and expense reimbursement set forth in the Interim Fee Applications and at the Hearing, if any, is reasonable, and upon all of the proceedings had before this Court, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Interim Fee Applications are granted on an interim basis in the amounts set forth on **Exhibit 1** annexed hereto for services rendered and reimbursement of actual and necessary expenses incurred during the period from the date of each Committee Professional's respective retention through and including August 31, 2026.

2. Notice of each Interim Fee Application, as provided therein, shall be deemed good and sufficient notice of such Interim Fee Application and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

3. The Debtors are authorized and directed to make payment to each of the Committee Professionals on account of any outstanding balances on the fees and expenses approved herein, as set forth on **Exhibit 1**.

4. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. The Debtors and the Committee Professionals are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Interim Fee Applications.

6. This Order shall be deemed a separate order with respect to each of the Interim Fee Applications. Any stay of this Order pending appeal with respect to any one Professional shall only apply to the particular Professional that is the subject of such appeal and shall not operate to stay the applicability and/or finality of this Order with respect to any other Professional

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# Exhibit 1

## Schedule of Professional Compensation

**Professional Compensation for the Interim Period from**
**Date of Retention through and including August 31, 2026**

| APPLICANT | APPLICATION | FEES REQUESTED | EXPENSES REQUESTED | AGREED REDUCTIONS | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED |
|---|---|---|---|---|---|---|
| **Alvarez & Marsal North America, LLC**<br>(Financial Advisor to the Committee) | Docket No. 441<br>Filed 09.30.2026 | $947,199.50 | $95.42 | $0.00 | $947,199.50 | $95.42 |
| **Womble Bond Dickinson (US) LLP**<br>(Counsel to the Committee) | Docket No. 464<br>Filed 10.08.2026 | $1,207,422.50 | $31,841.72 | $ 2,737.00 | $1,204,685.50 | $31,841.72 |
| | **TOTALS:** | **$2,154,622.00** | **$31,937.14** | **$ 2,737.00** | **$2,151,885.00** | **$31,937.14** |