**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEARLES VALLEY MINERALS INC., *et al.*, | ) | Case No. 26-10966 (BLS) |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | **Re: D.I. 483, 488** |

**NOTICE OF ZURICH AMERICAN INSURANCE COMPANY'S**
**ELECTION TO OPT-OUT OF RELEASES**

Zurich American Insurance Company and its affiliates (collectively, "**Zurich**"), a creditor and party in interest in above-captioned jointly administered cases, files this *Notice of Zurich American Insurance Company's Election to Opt-Out of Releases* (the "**Opt-Out**"), and respectfully shows the Court as follows:

1. On June 15, 2026 (the "**Petition Date**"), Searles Valley Minerals Inc. and its affiliates (collectively, the "**Debtors**") filed voluntary petitions in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") under chapter 11 title 11 of the United States Code (the "**Bankruptcy Cases**"). The Bankruptcy Cases are jointly administered under Case No. 26-10966.

2. On September 29, 2026, the Debtors filed their *Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Searles Valley Minerals, Inc. and Its Debtor Affiliates* [D.I. 425] (the "**Disclosure Statement**" and "**Plan**"), as subsequently amended and/or filed of record [D.I. 483].

3. On October 15, 2026, the Court entered an order at D.I. 488 conditionally approving the Debtors' Disclosure Statement, setting a hearing date for confirmation, and setting certain confirmation-related deadlines (the "**Combined Order**"). The Combined Order set the

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland, Park, Kansas 66210.

voting record date for October 15, 2026 (the "**Voting Record Date**") and set the deadline for opting out of releases (the "**Releases**") contained in the Debtor's Plan for November 16, 2026.

4. On September 21, 2026, the Court entered an order at D.I. 398 setting the deadlines for creditors to file various types of claims (the "**Bar Date Order**"). The Bar Date Order set the general claims bar date for October 21, 2026 (the "**Claims Bar Date**").

5. On October 21, 2026, Zurich timely filed a proof of claim [Claim No. 230] ("**Zurich's Claim**") for $11,882.642.00 representing the total penal limit on all surety bonds issued on behalf of the Debtors, as Zurich has the right to be reimbursed and indemnified by the Debtors under the *General Agreement of Indemnity*.[2] Zurich's Claim is partially secured by a Letter of Credit[3] in the amount of $7,500,000.00, with the remaining $4,382,642.00 of its claim being a general unsecured claim.

6. Pursuant to the Plan, Zurich's Claim is classified as a Class 2 – Other Secured Claim ("**Class 2 Claim**") and a Class 4 – General Unsecured Claim ("**Class 4 Claim**"). Class 2 Claims are unimpaired and are not entitled to vote but were to receive a form allowing them to opt-out of the Plan's Releases (the "**Opt-Out Form**") and Class 4 Claims are impaired and are entitled to vote and were to receive a ballot for voting to accept or reject the Debtors' Plan and allowing them to opt-out of the Plan's Releases (the "**Class 4 Ballot**").

7. Due to the Voting Record Date being before the Claims Bar Date, Zurich was not provided with an Opt-Out Form nor a Class 4 Ballot. Zurich has since requested an Opt-Out Form from the Debtors' noticing agent but did not receive any forms.

8. Based on the foregoing, Zurich hereby provides notice that it **elects to opt-out** of all Releases contained in the Debtors' Plan.

[2] A copy of the *General Agreement of Indemnity* is attached as Exhibit A to Claim No. 230.
[3] A copy of the Letter of Credit is attached as Exhibit C to Claim No. 230.

Dated: November 16, 2026

**CLARK HILL PLC**

By: */s/ Karen M. Grivner*
Karen M. Grivner (Bar No. 4372)
824 N. Market Street, Suite 710
Wilmington, Delaware 19801
Tel: (302) 250-4750 / Fax: (302) 421-9439
kgrivner@clarkhill.com

-and-

Duane J. Brescia (TX Bar No. 24025265)
3711 S. Mopac Expressway
Building One, Suite 500
Austin, Texas 78746
Tel: (512) 499-3647 / Fax: (512) 499-3660
dbrescia@clarkhill.com

*Attorneys for Zurich American Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, a true and correct copy of the foregoing *Notice of Zurich American Insurance Company's Election to Opt-Out of Releases* was filed and served electronically via the Court's CM/ECF system to all counsel of record.

*/s/ Karen M. Grivner*
Karen M. Grivner