**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARLES VALLEY MINERALS INC., *et al.*,[1] | ) | Case No. 26-10966 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON NOVEMBER 23, 2026 AT**
**10:30 A.M. (ET) BEFORE THE HONORABLE BRENDAN L. SHANNON**
**AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET**
**STREET, SIXTH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

**AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE COURT'S PERMISSION.**

**RESOLVED MATTER**

1. **Infinity Admin Expense Claim Motion** – Infinity Transportation 2020-1, LLC and Infinity Transportation 2024, LLC's Motion for Allowance and Payment of Administrative Expense Claim for Post-Petition Use of Leased Equipment [Filed: 10/21/26] (Docket No. 505).

   Response Deadline: November 9, 2026 at 4:00 p.m. Eastern Time. Extended to November 20, 2026 for the Debtors.

   Responses Received: None.

   Related Documents:

   A. Notice of Hearing on Infinity Transportation 2020-1, LLC and Infinity Transportation 2024, LLC's Motion for Allowance and Payment of Administrative

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Searles Valley Minerals Inc. (9263); Trona Railway Company LLC (3177); and Searles Domestic Water Company LLC (N/A). The location of Searles Valley Minerals Inc.'s corporate headquarters and the Debtors' service address is 9401 Indian Creek Parkway, Suite 1000, Overland Park, Kansas 66210.

Expense Claim for Post-Petition Use of Leased Equipment [Filed: 10/21/26] (Docket No. 506).

Status: A proposed order will be submitted under certification of counsel resolving this matter. No hearing is necessary.

**CONTINUED MATTERS**

2. **Combined Amended Plan and Disclosure Statement** – Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Searles Valley Minerals, Inc. and Its Debtor Affiliates [Filed: 10/15/26] (Docket No. 483).

Response Deadline: November 16, 2026 at 4:00 p.m. Eastern Time.

Responses Received:

A. Limited Objection of Element Fleet to Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Filed: 11/12/26] (Docket No. 555).

B. Notice of Zurich American Insurance Company's Election to Opt-Out of Releases [Filed: 11/16/26] (Docket No. 570).

C. Limited Objection and Reservation of Rights of San Bernardino County [Filed: 11/16/26] (Docket No. 572).

D. United States Trustee's Objection to Confirmation of Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Searles Valley Minerals, Inc. and Its Debtor Affiliates [Filed: 11/16/26] (Docket No. 573).

E. Opt-Out Form of San Bernardino County [Filed: 11/16/26] (Docket No. 574).

Related Documents:

A. Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Searles Valley Minerals, Inc. and Its Debtor Affiliates [Filed: 9/29/26] (Docket No. 425).

B. Notice of Filing of Liquidation Analysis in Connection with the Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Searles Valley Minerals, Inc. and Its Debtor Affiliates [Filed: 10/14/26] (Docket No. 480).

C. Notice of Filing Redline of Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Searles Valley Minerals, Inc. and Its Debtor Affiliates [Filed: 10/15/26] (Docket No. 484).

D. [Signed] Order (I) Granting Conditional Approval of the Disclosures; (II) Scheduling a Combined Hearing to Consider Final Approval of the Disclosures and Confirmation of the Plan, and Setting Deadlines Related Thereto; (III) Approving

Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief [Filed: 10/15/26] (Docket No. 488).

E. Notice of (I) Conditional Approval of Disclosures; (II) Hearing to Consider Confirmation of the Plan; (III) Deadline for Filing Objections to Confirmation of the Plan; and (IV) Deadline for Voting on the Plan [Filed: 10/20/26] (Docket No. 496).

F. Affidavit of Publication of Notice of (I) Conditional Approval of Disclosures; (II) Hearing to Consider Confirmation of the Plan; (III) Deadline for Filing Objections to Confirmation of the Plan; and (IV) Deadline for Voting on the Plan in the New York Times [Filed: 10/22/26] (Docket No. 511).

G. Notice of Filing of Plan Supplement for the Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Searles Valley Minerals, Inc. and Its Debtor Affiliates [Filed: 11/9/26] (Docket No. 551).

H. Notice of Adjournment of Confirmation Hearing [Filed: 11/18/26] (Docket No. 582)

Status: This matter is continued until December 17, 2026 at 10:00 a.m. (ET). The Debtors intend to file the confirmation brief and voting declaration on December 14, 2026.

3. **SSA Admin Expense Claim Request** – Request of SSA Conventional, Inc. for Allowance and Payment of Chapter 11 Administrative Expenses [Filed: 10/21/26] (Docket No. 508).

Response Deadline: November 9, 2026 at 4:00 p.m. Eastern Time.

Responses Received:

A. Debtors' First Omnibus (Substantive) Objection to Claims (Reclassified Claims; Insufficient Documentation Claims; No Liability Claims; Duplicate Claims) [Filed: 11/17/26] (Docket No. 581).

Related Documents: None as of the date hereof.

Status: This matter is continued until December 17, 2026 at 10:00 a.m. (ET).

*[Remainder of Page Intentionally Blank]*

Dated: November 19, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
ljones@pszjlaw.com
joneill@pszjlaw.com
ecorma@pszjlaw.com

*Co-Counsel to Debtors and Debtors in Possession*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Joseph O. Larkin (I.D. No. 4883)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Joseph.Larkin@skadden.com

- and -

James J. Mazza, Jr. (admitted *pro hac vice*)
Jennifer Madden (admitted *pro hac vice*)
320 S. Canal Street
Chicago, Illinois 60606
Telephone: (312) 407-0700
James.Mazza@skadden.com
Jennifer.Madden@skadden.com

- and -

Destiny N. Almogue (admitted *pro hac vice*)
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Destiny.Almogue@skadden.com

*Co-Counsel to Debtors and Debtors in Possession*